| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 8, 2018 3:56:15 PM EST | 7655533 | 106 | 4 | Received |

Mar/08/2018 5:04:14 PM          OLOL PHYSICIANS RHUMETOLOGY 7655533                          1/4



# OUR LADY OF THE LAKE PHYSICIAN GROUP

## FACSIMILE TRANSMITTAL SHEET

### DATE: 5/8/2018

TO: Sedgwick

COMPANY:

PHONE: (800) 599-7740

FAX: (888) 353-0013

NUMBER OF PAGES FAXED: 4 (INCLUDING COVER SHEET)

FROM: YOLANDA M. - MA

COMPANY: RHEUMATOLOGY SERVICES
PRIOR AUTHORIZATIONS

PHONE: (225) 765-6505

FAX: (225) 765-5533

REMARKS: Seneca, Javon ▆▆▆▆ -1480

Employee Claim Form

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. The material is covered by the hospital/clinic patient privilege and/or attorney client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

3-8-2018                                301896137770001                              2118
5220180308025961



Employee Name:    Jason T. Seneca
Claim Number:    30189513777-0001
Medical Due Date:    04/04/2018

## ATTENDING PHYSICIAN STATEMENT
To Be Completed by Physician (Please Type or Print)
Sedgwick, P.O. Box 14867, Lexington, KY 40512
Telephone: (800) 598-7720 Facsimile: (888) 353-0013

1. Patient's Name: Jason T. Seneca    Date of Birth: ████ 1980
2. Objective findings: HT. 70"   WT. 406 lb   BP. 170/90   TEMP. 99.5   PULSE 92   RESP:
3. Patient's Complaints: _Origina pain, stiffness, fatigue_

4. Your Diagnoses (list all disabling diagnoses including all ICD9 codes)
Primary:    ICD9 Code: 406.09   Description: _Rheumatoid Arthritis_
Secondary:    ICD9 Code: 660.3   Description: _Idiopathic progressive Neuropathy_
    ICD9 Code: _____   Description: _____

5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visits. _joint swelling, pain, tenderness in multiple small joints of hands, wrists, elbows, feet_

6. When was patient first diagnosed with this condition? ___/___/___
   List all medications, identify dates of new medications or dose adjustments (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | | Adjusted Med | | Date Adjusted |
|---|---|---|---|---|---|---|---|---|
| Methotrexate | 15 | weekly | | Yes ☐ No ☐ | | Yes ☑ No ☐ | | 3/12/18 |
| Rheumatoid other Meds | | | | Yes ☑ No ☐ | | Yes ☐ No ☐ | | ___/___/___ |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | ___/___/___ |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | ___/___/___ |

7. Is this condition the result of an injury? Yes ☐ No ☑   Is this condition work related? Yes ☐ No ☐   If yes, provide date and description of event: _____

   List all co-morbid conditions: _____

8. If patient is pregnant, indicated estimated date of delivery ___/___/___
9. Is a C-Section planned? Yes ☐   No ☐   If so what is the date of the planned C-Section? ___/___/___
   Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: _____

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): _immunosuppression therapy to include methotrexate, possible biologic therapy depending on response_





Employee Name: Jason T. Seneca
Claim Number: 301895137770-0001

sedgwick

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period? Yes ☐ No ☒

If Yes: ☐ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission

Name and address of hospital or facility _____

Date of admission: ___/___/___ Date of discharge: ___/___/___
Indicate treatment provided: _____

12. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☐ No ☒

List the name of the procedure: _____
CPT code: _____
Date of procedure: ___/___/___

13. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☐ If yes, provide physician name, specialty, and telephone number. _____

14. List specific functional limitations of Activities of Daily Living (ADL): Intermittent flares of joint swelling + pain can affect mobility and fine motor movement

15. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒
If yes please describe: _____

16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and prevented from working? From ___/___/___ to and including ___/___/___

17. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒
If "Yes", give the date the patient was able to return to work ___/___/___
If "No", in your opinion when may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months, the total duration of disability. ___/___/___
~6 months

18. Has the patient recovered sufficiently to return to restricted work? Yes ☒ No ☐
If "Yes", indicate date restrictions begin: 3/2/18 Date restrictions end: _____
Restriction(s) required: preferably work from home, limitation on office distance to less than 15 minutes, do not lift, push, pull more than 15-20 lbs.

Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Telephone Number: (225) 765-6505 Physician Printed Name: Bobby Dupre
Fax Number: (225) 765- Physician Specialty: Rheumatology

2/13/2018       301895137770001       562018021314858



Case 3:23-cv-00109-BAJ-SDJ   Document 11-45   07/31/25   Page 4 of 238

Date Completed: _3/7/19_          Physician Signature: _____



   2/13/2018        3D1895137770001        S620180213:4688

3-8-2018                                  301895137770001                          5220180308025351

Case 3:23-cv-00109-BAJ-SDJ Document 11-45 07/31/23 Page 5 of 238

5220180313027081

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 13, 2018 4:29:58 PM EDT | BCBSLA | 170 | 5 | Received |

BCBSLA                3/13/2018 3:27:11 PM   PAGE   1/005   Fax Server



# Facsimile Transmission

**From:** Fax Sender
Fax Number:
Voice Phone: 2262981653

**To:** Fax User
Company:
Fax Number: 18883530013
Voice Phone:

**cc:**

**Fax Notes:**

Date and time of transmission: Tuesday, March 13, 2018 3:21:44 PM
Number of pages including this cover sheet: 05

**CONFIDENTIALITY NOTICE**

The document(s) accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Fax

From:

Jason Seneca

1 225 572 7670

jasontseneca@yahoo.com


To:

Sedgwick, 888-353-0013

Re: Claim #30189513777-0001

Case 3:23-cv-00109-BAJ-SDJ Document 11-5 07/31/25 Page 8 of 238



## Reimbursement Agreement for Short Term Disability Benefits

Sedgwick, P.O. Box 14667, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (888) 353-0013

In consideration of payment to me of benefits under any sponsored Short Term Disability Plan, I hereby agree to reimburse HP to the extent any such benefits were paid to me under the Short Term Disability Plan erroneously, or which should be offset in accordance with the Short Term Disability Plan, by reason of my eligibility for benefits (1) under any federal Social Security law, (2) under any workers' compensation law, whether by formal award, redemption award, informal compromise, or otherwise, or (3) from any other sources that HP or Sedgwick, the Short Term Disability Plan claim administrator, deem are to be taken into account in determining the amount of Short Term Disability Plan benefits. As a means to obtain reimbursement, I hereby give HP and Sedgwick my full and free consent to offset against any benefits for which I am eligible under the Short Term Disability Plan or any compensation (excluding wages payments) or other employee benefits payable to me by HP until reimbursement is complete. I understand this agreement remains in effect until any overpayment owed the Short Term Disability Plan has been paid in full.

I understand that if any monies or benefits listed in items 1, 2 and 3 above are awarded retroactively, they shall be treated as having been received during the entire time period for which Short Term Disability Plan benefits were payable and any overpayment of benefits shall be calculated accordingly. I understand that that this Reimbursement Agreement must be signed by me and returned to Sedgwick Claims Management Services to receive HP Short Term Disability Plan benefits.

I understand that in consideration of payments made to me I am required to file for any benefits due me under federal Social Security law, if eligible, and see a Social Security assistance vendor as required by the Short Term Disability Plan, and pursue such application to the extent allowed under the law.

Claim Number:   301895137770001

Employee ID:   00021378023

Employee Name:   Jason T. Seneca

Employee Signature or
Legal Representative Signature: _____   Date: 3/13/18

Legal Representative Name:   Self



2/13/2018          301895137770001          5523180213146568



3-13-2018                    301895137770001

2125

5220180313027081

## AUTHORIZATION FOR RELEASE AND USE OF MEDICAL INFORMATION

I authorize each of Sedgwick Claims Management Services (Sedgwick), Metropolitan Life Insurance ("MetLife") and HP to use and disclose any and all of my individually identifiable medical or health information, as described below, for purposes of administering my workers' compensation, disability income claim, leave request, or request for reasonable accommodation. I understand that the information about me that I authorize to be used or disclosed may be re-disclosed in accordance with the terms of this Authorization by the recipient thereof and may no longer be protected by federal or state privacy laws or regulations. I also authorize physicians, nurses and hospitals to disclose my individually identifiable medical or health information by any means, including written or telephonic communications or by direct interview, whether or not I am present during or notified of, such disclosure. I hereby authorize Sedgwick and MetLife to request such disclosures whether or not I am present or have received notice thereof.

1. **What Information is covered by this Authorization?** This authorization permits disclosure of all medical and non-medical information that is needed by HP, its parent, subsidiaries and affiliates, its administrators including Sedgwick, and MetLife, to administer any of the following: request for reasonable accommodation; workers' compensation claim; claim for disability benefits; or other medical leave. My information to be disclosed may include, but is not limited to, medical or health history, chart notes, prescriptions, diagnostic test results, x-ray reports, records received from other health care providers, information regarding pre-existing health or medical conditions or illnesses, as well as my occupation and employment activities, employment/employment records, earnings or finances, application for insurance coverage, psychiatric or psychological medical records, but not psychotherapy notes, and alcohol or drug abuse, including any item protected by Federal Regulations 42 CFR Part 2 or other applicable laws, and any prior claim files and claims history.

If directly related to my claimed condition or illness, this information may include the following. Please check yes or no and initial:

| | | | | | |
|---|---|---|---|---|---|
| HIV test results, HIV or AIDS information. | YES | ☒ | NO | ☐ | Initial here _____ |
| Psychiatric information. | YES | ☒ | NO | ☐ | Initial here _____ |
| Information related to drug or alcohol abuse. | YES | ☒ | NO | ☐ | Initial here _____ |

2. **Who may disclose and receive information under this Authorization?**

A. Any person or facility that attends, treats or examines me, any financial institution, accountant, tax preparer, insurance company, consumer reporting agency, insurance support organization, pharmacy benefit manager, employers, government agencies including the Social Security Administration, or any other person or organization that possesses any of the information described above, is to make this information available to HP, its parent, subsidiaries and affiliates, insurers or administrators, including Sedgwick and/or any of its agents, representatives or independent contractors.

B. When relevant to my claim, Sedgwick and MetLife may re-disclose (without my further authorization) any and all of my individually identifiable medical or health information (whether obtained pursuant to this authorization or otherwise from any person or entity) to any of the following: (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that evaluates my benefits; (c) My employer and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to the extent permitted by state or federal law; (d) service providers for my long term disability claim or workers' compensation claim or (e) The Social Security Administration, social security advisor, or a social security or vocational rehabilitation vendor. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

3. **How long this Authorization is Valid?** Unless previously revoked by me, this authorization shall be valid for 24 months from the date I sign this form or for the duration of my claim(s) whichever is shorter.

4. **Revocation of this Authorization** Unless otherwise provided by federal or state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick at PO Box 14067, Lexington, KY 40512-4067; Fax: (888)353-6011 and MetLife at P.O. Box 14590,

5. Lexington, KY 40512 of my revocation and that my revocation shall be effective upon Sedgwick and MetLife's receipt of my notice of revocation. I also understand that my revocation of this Authorization will not have any effect on any actions taken by Sedgwick or MetLife before they receive my revocation.

6. **Processing of Claims** I understand that this Authorization is generally necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation.

7. **Refusal to Sign** I further understand my health care providers will not condition my treatment, payment, enrollment or eligibility for my refusal to sign this Authorization and that refusal to sign this Authorization will not affect my rights under the FMLA.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.





2/13/2018 301895137770001 562018021314868



3-13-2018 301895137770001 5220180313027091

Case 3:23-cv-00109-BAJ-SDJ   Document 13-45   07/31/23   Page 10 of 238

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Jason T. Serian
Printed Name of Patient or Patient's Representative

Representative's Relationship to Patient   Self

301895137770001
Claim Number

Last 4 Digits of Patient's SSN

Signature of Patient or Patient's Representative

Date Signed



   2/13/2018   301895137770001   562018021314868

3-13-2018   301895137770001   **2127**   8220180313027001

Case 3:23-cv-00109-BAJ-SDJ   Document 12-15   07/31/23   Page 11 of 238

5220180406014153

2128

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 6, 2018 1:11:57 PM EDT | 7655533   9999 | 125 | 5 | Received |
| Apr/06/2018 12:20:16 PM | OLOL PHYSICIANS RHUMETOLOGY 7655533 | | | 1/5 |



# OUR LADY OF THE LAKE
## PHYSICIAN GROUP

# FACSIMILE TRANSMITTAL SHEET

### DATE: 4-6-18

TO: Doug Druckman     FROM: YOLANDA M.-MA Dr. Aupre

COMPANY: Sedgwick     COMPANY: RHEUMATOLOGY SERVICES

PHONE: 800-599-7790          PRIOR AUTHORIZATIONS

FAX: 888-353-0013     PHONE: (225)765-6505

          FAX: (225)765-5533

NUMBER OF PAGES FAXED: 5     (INCLUDING COVER SHEET)

REMARKS: Jason Seneca

████ -80

Disability form

Thank you!

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. The material is covered by the hospital/clinic patient privilege and/or attorney client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

4-6-2018                                    301895137770001                          2129

5220180406014153

08/28/18   14:37:55 Disability Email UCC   18003833741045   07/31/23   Disability Email UCC   Page 046
04/02/2018  1:51:04 PM  -0500  SEDGWICK

Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 13 of 238



sedgwick

## Request for Medical Information to support Disability

Sedgwick, P.O. Box 14667, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (888) 353-0013

| | | | |
|---|---|---|---|
| Today's Date: | 04/02/2018 | Pages: | 5 |
| To: | Dr. Dupree | From: | Douglas Druckman |
| Fax: | 2257655533 | Fax: | (888) 353-0013 |
| Patient: | Jason T. Seneca | Telephone: | (800) 599-7790 |
| Patient DOB: | ██████ 1980 | Claim Number: | 30189513777-0001 |

**Medical Information Due Date:**          **04/22/2018**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require <u>objective clinical information</u> that supports your patient's inability to return to work due to reduced functional capacity.  If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached <u>Attending Physician Statement</u>, completed

☒ Office <u>Treatment Notes</u>

☐ Other:

### Please fax all clinical information after each visit or patient contact to:
### Fax (888) 353-0013

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Employee Name: Jason T. Seneca
Claim Number: 3018951377-0001
Medical Due Date: 04/22/2018


sedgwick

## ATTENDING PHYSICIAN STATEMENT
To Be Completed by Physician (Please Type or Print)
Sedgwick, P.O. Box 14867, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (859) 363-0013

1. Patient's Name: Jason T. Seneca   Date of Birth: ████ 1980

2. Objective findings: HT. 70"   WT. 40b lbs.   BP. 114/60   TEMP. 99.5   PULSE. 92   RESP. 16

3. Patient's Complaints: Diffuse joint pain, stiffness, swelling, weakness, decreased fine motor coordination to hands

4. Your Diagnosis: (list all disabling diagnoses including all ICD9 codes)
   Primary: ICD Code: M06.09   Description: Rheumatoid Arthritis
   Secondary: ICD9 Code: _____   Description: _____
   ICD9 Code: _____   Description: _____

5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visits: Pt presented 11/3/17 with inflammatory arthritis of multiple joints in symmetric pattern c swelling, tenderness c increased warmth

6. When was patient first diagnosed with this condition? 11/3/17
   List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | | Adjusted Med | | Date Adjusted |
|---|---|---|---|---|---|---|---|---|
| Methotrexate | 15mg | weekly | | Yes ☐ No ☑ | | Yes ☑ No ☐ | | 3/8/18 |
| Rheumate | 1gm daily | | | Yes ☐ No ☑ | | Yes ☐ No ☑ | | / / |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | / / |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | / / |

7. Is this condition the result of an injury? Yes ☐ No ☑ Is this condition work related? Yes ☐ No ☑ If yes, provide date and description of event: _____

   List all co-morbid conditions: Peripheral Neuropathy, Hypertension, Hyperlipidemia, Hypothyroidism, Morbid Obesity

8. If patient is pregnant, indicated estimated date of delivery _____ / / _____

9. Is a C-Section planned? Yes ☐ No ☐   If so what is the date of the planned C-Section? _____ / / _____
   Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: _____

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): Continued progression of immunosuppressive therapy c chemicals with likely addition of biologic therapy by apt visit

Case 3:23-cv-00109-BAJ-SDJ    Document 11-15    07/31/23    Page 15 of 238



sedgwick.

**Employee Name:** Jason T. Seneca
**Claim Number:** 301895137770-0001

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?   Yes ☐   No ☒

If Yes:   ☐ Emergency Room visit   ☐ Hospitalization   ☐ 23 hour admission

Name and address of hospital or facility _____

_____

Date of admission: ___/___/___   Date of discharge: ___/___/___

Indicate treatment provided: _____

12. Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☒

List the name of the procedure: _____

CPT code: _____

Date of procedure: ___/___/___

13. Has patient been referred to other physician(s)/specialist?  Yes ☐   No ☒  If yes, provide physician name, specialty, and

telephone number. _____

14. List specific functional limitations of Activities of Daily Living (ADL's): *He will have intermittent*
*fatigue, dyspnea with red difficulty with pain with motor movements*
*which may intermittently affect all ADL.*

15. Has patient been given any driving restrictions for this disability period? Yes ☐   No ☒

If yes please describe: _____

16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and

prevented from working?   From _4_/_2_/_18_ to and including _7_/_21_/_18_

17. Has the patient recovered sufficiently to return to work?  Yes ☐   No ☒

If "Yes", give the date the patient was able to return to work ___/___/___

If "No", in your opinion when, may work be resumed?  (Please do not use "Indefinite", "unknown", "undetermined", etc.)  If a

date cannot be determined, please estimate in days, weeks or months, the total duration of disability. ___/___/___
*between 6 weeks to 3 months depends on medication response*

18. Has the patient recovered sufficiently to return to restricted work?  Yes ☐   No ☒

If "Yes", indicate date restrictions begin: ___/___/___   Date restrictions end: ___/___/___

Restriction (s) required: _____

_____

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: _225-765-6505_   Physician Printed Name: _Bobby Dupré_

Fax Number: _225-765-1123_   Physician Specialty: _Rheumatology_

Case 3:23-cv-00109-BAJ-SDJ   Document 12-15   07/31/23   Page 16 of 238

Date Completed: 4/6/18          Physician Signature:



Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 17 of 238

5220180525011771

Case 3:23-cv-00109-BAJ-SDJ    Document 11-1    07/31/23    Page 18 of 238

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 25, 2018 12:22:25 PM EDT | 225-765-1223  9999 | 415 | 9 | Received |

OLOL Rheumatology 225-765-1223                                         1/9

25/May/2018 11:25:05 AM

05/11/2018 1:09:03 PM  -0500  SEDGWICK                    PAGE 1   OF 5

## Sedgwick Claims Management Services, Inc.

To:        Dr. Dupree

Fax:       12257651223

From:      Druckman, Douglas T.

Fax:

Date:      May 11, 2018

Subject:   30189513777-0001 - SENECA, JASON T - 03/30/2018

---

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by calling the number listed above and return the original message to us at the address above by the United States Postal Service.

5-25-2018                              301895137770001              5220180525011771

2135

05/11/2018 1:09:33 PM -0600 SEDGWICK                                    PAGE 2   OF 5



sedgwick

## Request for Medical Information to support Disability

Sedgwick, P.O. Box 14667, Lexington, KY 40512
Telephone: (800) 593-7730 Facsimile: (888) 353-0013

| | | | |
|---|---|---|---|
| Today's Date: | 05/11/2018 | Pages: | 5 |
| To: | Dr. Dupree | From: | Douglas Druckman |
| Fax: | 2257855535 | Fax: | (868) 353-0013 |
| Patient: | Jason T. Seneca | Telephone: | (800) 599-7790 |
| Patient DOB: | ▮▮▮▮1980 | Claim Number: | 30189513777-0001 |

**Medical Information Due Date:**          06/01/2018

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached Attending Physician Statement, completed

☒ Office Treatment Notes

☐ Other:

**Please fax all clinical information after each visit or patient contact to:**
**Fax (888) 353-0013**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by the law. To comply with the law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Employee Name:   Jason T. Seneca
Claim Number:    301695137777-0001
Medical Due Date: 06/01/2018


sedgwick.

**ATTENDING PHYSICIAN STATEMENT**
To Be Completed by Physician (Please Type or Print)
Sedgwick, P.O. Box 14067, Lexington, KY 40512
Telephone: (800) 599-7780 Facsimile: (888) 393-0013

1.  Patient's Name: Jason T. Seneca    Date of Birth: ▮▮▮▮ 1980

2.  Objective findings: HT ~70"  WT 404.8  BP 117/9 P  TEMP 99.5  PULSE 92   RESP 16

3.  Patient's Complaint: _foot pain, swelling, stiffness, weakness, immobility, decreased fine motor movement_

4.  Your Diagnosis: (list all disabling diagnoses including all ICD9 codes)
Primary:  ICD9 Code: M06.09   Description: Rheumatoid Arthritis
Secondary: ICD9 Code: G60.3   Description: Neuropathy
ICD9 Code: _____   Description: _____

5.  Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visit: _Patient has an active inflammatory polyarthritis that has been present for several years and has slowly progressed to multiple joints c inflammation, swelling, tenderness, decreased grip strength._

6.  When was patient first diagnosed with this condition? 11/03/17
List all medications. Identify dates of new medications or dose adjustments. (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | | Adjusted Med | | Date Adjusted |
|---|---|---|---|---|---|---|---|---|
| Methotrexate | 15mg weekly | indefinite | | Yes ☑ No ☐ | | Yes ☑ No ☐ | | 3 8 18 |
| Rheumatt = 100 daily | | indefinite | | Yes ☑ No ☐ | | Yes ☐ No ☑ | | / / |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | / / |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | / / |

7.  Is this condition the result of an injury?  Yes ☐  No ☑  Is this condition work related? Yes ☐  No ☐  If yes, provide date and description of event: _____

List all co-morbid conditions: _Morbid Obesity; Peripheral Neuropathy_

8.  If patient is pregnant, indicated estimated date of delivery ___/___/___

9.  Is a C-Section planned? Yes ☐  No ☐   If so what is the date of the planned C-Section? ___/___/___
Give all dates of treatments by you during this period of disability, also indicate date of follow up visit: _11/3/17, 12/14/17, 3/8/18; follow up every 3 months_

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): _Immunosuppressive therapy_

Employee Name: Jason T. Seneca
Claim Number: 30189613777-0001

sedgwick.

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period? Yes ☐ No ☒

If Yes: ☐ Emergency Room visit ☐ Hospitalization ☐ 23 hour admission

Name and address of hospital or facility _____

Date of admission: ___ / ___ / ___  Date of discharge: ___ / ___ / ___

Indicate treatment provided: _____

12. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☐ No ☒

List the name of the procedure: _____

CPT code: _____

Date of procedure: ___ / ___ / ___

13. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☒ If yes, provide physician name, specialty, and telephone number. _____

14. List specific functional limitations of Activities of Daily Living (ADL's): *decreased ability to dress with dusting, walking, long distances, standing more than 15 minutes, doing household*

15. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒

If yes please describe: _____

16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and prevented from working? From *11/3/17* to and including *5/24/18*

17. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒

If "Yes", give the date the patient was able to return to work: ___ / ___ / ___

If "No", in your opinion when may work be resumed? (Please do not use "Indefinite", "Unknown", "Undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months, the total duration of disability. ___ / ___ / ___

*~ 3 to 6 months from date on 4/3/18*

18. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☒

If "Yes", indicate date restrictions begin ___ / ___ / ___  Date restrictions end ___ / ___ / ___

Restriction (s) required: _____

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number (225) 765-6505  Physician Printed Name: *Bobby Dupre*
Fax Number (225) 765-623  Physician Specialty: *Rheumatology*

Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 22 of 238

Date Completed: 5/23/18          Physician Signature:



2139

Case 3:23-cv-00109-BAJ-SDJ   Document 11-5   07/31/23   Page 23 of 238

Seneca, Jason T (MR # 1013660) DOB: ██/1980                Encounter Date: 03/08/2018

# Seneca, Jason T

MRN: 1013660
Description: 37 year old male

**Office Visit** 3/8/2018                **Provider:** Bobby Dupre, MD (Rheumatology)
Rheumatology Services                **Primary diagnosis:** Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)
**Reason for visit:** Follow-up. Referred by Phillip Padgett, MD

## Progress Notes

Bobby Dupre, MD (Physician) • Rheumatology

Expand All  Collapse All

**Subjective**

**Patient ID:** Jason T Seneca is a 37 y.o. male.

**HPI Comments:** The patient presents today for follow-up of rheumatoid arthritis.

The patient reports that since his previous visit he has been feeling significantly better since starting the methotrexate. He reports that he had initially some worsening pain that lasted for about 8 weeks, then he noticed that his pain began to improve significantly and that his flares have continued to for a 5 a week, but the intensity have dropped significantly. He also reports that he is experiencing significantly less fatigue. He reports that since he has been feeling better he is been able to discontinue the hydrocodone and only use ibuprofen as needed intermittently.

Today he reports his pain is down to 3 out of 10 intensity and deep aching nature located but only within the small joints of the feet bilaterally as well as small joints of the hands, wrists, elbows bilaterally. He does report some knee pain associated with this as well, but he does report less fatigue so far. He does report he continues to have morning stiffness lasting for 1-1/2 hours.

He denies any issues taking the methotrexate or tolerating medications.

REVIEW OF SYSTEMS:
**Constitutional:** Negative for fever and fatigue.
**Eyes:** Negative for eye pain, eye redness and dry eye.
**Respiratory:** Negative for shortness of breath and wheezing.
**Skin:** Negative for rash and dry skin.
**HENT:** Negative for tinnitus, dry mouth and mouth sores.
**Cardiovascular:** Negative for chest pain and dyspnea on exertion.
**Hematologic/Lymphatic:** Negative for adenopathy and bleeding problem.
**Musculoskeletal:** Positive for arthritis, joint pain, joint swelling and stiffness. Negative for back pain.
**Gastrointestinal:** Negative for abdominal pain and nausea.
**Neurological:** Negative for dizziness, focal weakness and paresthesias.
**Psychiatric/Behavioral:** Negative for psychosis and nervous/anxious.

Seneca, Jason T (MR # 1013660) DOB: [REDACTED]1980                Encounter Date: 03/08/2018

**Objective**

<u>Physical Exam</u>
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no tenderness. There is no rebound and no guarding.
Lymphadenopathy:
 He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. He exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. No rash noted. He is not diaphoretic. No erythema.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.




Case 3:23-cv-00109-BAJ-SDJ   Document 1-1   07/31/23   Page 25 of 238

Seneca, Jason T. (MR # 1013660) DOB: ███/1980                    Encounter Date: 03/08/2018

## Assessment

**Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)**
Although the patient reports he feels subjectively better and is able to decrease and discontinue his narcotic medications, he still has a significantly active inflammatory polyarthritis. At this time we will increase his methotrexate to 15 mg once weekly and continue Rheumate, if he does not have any significant improvement to near remission at next visit we will add biologic therapy likely with Humira. Discussed this with the patient today and he voiced understanding.

**Peripheral neuropathy**
So the patient's symptoms seem to be improving, I cannot tell if this is secondary to improvement in the rheumatoid arthritis as he continues to have significant active inflammation on exam, due to the methotrexate, or due to the roommate itself as it has some anecdotal evidence of improvement in neuropathy as well. We will continue with therapy at this time.

**Chronic pain syndrome**
Patient has discontinued narcotic medication secondary to improvements with his rheumatoid arthritis treatment. We will continue to monitor.

**BMI 45.0-49.9, adult (HCC)**
This chronic comorbid condition contributed to medical decision making today.

## Plan

Jason was seen today for follow-up.

Diagnoses and all orders for this visit:

**Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)**
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- C-reactive protein; Future
- Sedimentation rate, automated; Future

**Chronic pain syndrome**
- methotrexate 2.5 mg tablet; Take 6 tablets by mouth once a week.

**Idiopathic progressive neuropathy**
- RHEUMATE 1-1-500 mg Capsule; Take 1 capsule by mouth daily.

**BMI 45.0-49.9, adult (HCC)**

Return in about 3 months (around 6/8/2018).

Seneca, Jason T (MR # 1013660) DOB: ████ 1980 Encounter Date: 03/08/2018

## Instructions

Return in about 3 months (around 6/8/2018)

Patient Instructions ∨

After Visit Summary (Printed 3/8/2018)

## Additional Documentation

Vitals: BP 144/80 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large) (Abnormal)
Pulse 92 Temp 99.5 °F (37.5 °C) (Oral) (Abnormal) Ht 177.8 cm (70")
Wt 184.2 kg (406 lb) (Abnormal) SpO2 97% BMI 58.25 kg/m2 BSA 3.02 m2 More Vitals

Flowsheets: Custom Formula Data, Travel and Exposure Screening, Vital Signs

SmartForms: CASSO AMB LSU RISK ASSESSMENT

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Media

Scan on 3/14/2018 2:15 PM by Adria Fair : fee ticket

## Orders Placed

C-reactive protein
CBC and differential
Comprehensive metabolic panel
Sedimentation rate, automated

## Medication Changes

As of 3/8/2018 11:13 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: methotrexate 2.5 mg tablet** | 3 | 3/8/2018 | |
| Take 5 tablets by mouth once a week. - Oral | | | |
| Previously: 10 mg Oral Weekly | | | |

## Visit Diagnoses

Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC) M06.09
Chronic pain syndrome G89.4
Idiopathic progressive neuropathy G60.3
BMI 45.0-49.9, adult (HCC) Z68.42
Medication monitoring encounter Z51.81

2143

Case 3:23-cv-00109-BAJ-SDJ   Document 1D45   07/31/23   Page 27 of 238

5220180615003154

2144

Case 3:23-cv-00109-BAJ-SDJ  Document 12-15  07/31/23  Page 28 of 238



OUR LADY OF THE LAKE
PHYSICIAN GROUP

# FACSIMILE TRANSMITTAL SHEET

DATE: 6/15/18

FROM: Dr. Dupre / Zeneta MA    TO: Sedgwick Claims Man.

OFFICE: RHEUMATOLOGY SERVICES    OFFICE: _____

PHONE: 225-765-8505    PHONE: _____

FAX: 225-765-1223    FAX: 888-353-0013

PATIENT NAME: J. Seneca    DOB: ██████ /80

NUMBER OF PAGES FAXED: 4    (INCLUDING COVER SHEET)

REMARKS: _____

_____

_____

_____

_____

_____

_____

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. The material is covered by the hospital/clinic patient privilege and/or attorney client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED          REMOTE CSID      DURATION  PAGES  STATUS
June 15, 2018 9:22:24 AM EDT   7655533   101   4   Received

OLOL PHYSICIANS RHUMETOLOGY 7655533          JUN/15/2018 8:32:42 AM

09/11/2018 1:08:03 PM -0500 SEDGWICK                                    PAGE 3  OF 5



Employee Name:  Jason T. Seneca
Claim Number:   3018951377-0001
Medical Due Date:  08/01/2018

## ATTENDING PHYSICIAN STATEMENT
To Be Completed by Physician (Please Type or Print)
Sedgwick, P.O. Box 14567, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (888) 353-0013

1. Patient's Name: Jason T. Seneca    Date of Birth: ▮▮▮▮ 1960

2. Objective findings: HT: 5'6"  WT: 406 lb  BP: 144/90  TEMP: 99.5°  PULSE: 92  RESP: 16

3. Patient's Complaints: _joint pain, swelling, stiffness, weakness, immobility, decreased fine motor movement_

4. Your Diagnosis: (list all disabling diagnoses including all ICD9 codes)
Primary:  ICD9 Code: M06.09  Description: _Rheumatoid Arthritis_
Secondary:  ICD9 Code: G60.3  Description: _Neuropathy_
          ICD9 Code: _____  Description: _____

5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visits. _Patient has an active inflammatory sensitivity that has been present for several years and has slowly progressed to multiple joints c̄ inflammation, swelling, tenderness, decreased grip strength._

6. When was patient first diagnosed with this condition? _11/03/17_

List all medications, identify dates of new medications or dose adjustments. (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | | Adjusted Med | | Date Adjusted |
|---|---|---|---|---|---|---|---|---|
| Methotrexate | 15mg | weekly | indefinite | Yes ☑ No ☐ | | Yes ☑ No ☐ | | 3/8/18 |
| Rheumo-TCC | daily | daily | indefinite | Yes ☑ No ☐ | | Yes ☐ No ☑ | | __/__/__ |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | __/__/__ |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | __/__/__ |

7. Is this condition the result of an injury? Yes ☐  No ☑  Is this condition work related? Yes ☐  No ☐  If yes, provide date and description of event: _____

List all co-morbid conditions _Morbid Obesity, Peripheral Neuropathy_

8. If patient is pregnant, indicated estimated date of delivery ___/___/___

9. Is a C-Section planned? Yes ☐  No ☐  If so what is the date of the planned C-Section? ___/___/___

Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: _11/3/17, 12/14/17, 3/8/18; follow up every 3 months_

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary) _Immunosuppressive therapy_



2146

06/11/2018  1:09:09 PM -0500 SEDGWICK                                    PAGE 4  OF 5

Employee Name:    Jason T. Seneca
Claim Number:     3018851 9777-0001

                                                                        sedgwick

11. Have there been any Emergency Room visits OR Hospitalizations during the current disability period?   Yes ☐   No ☑

If Yes:   ☐ Emergency Room visit   ☐ Hospitalization   ☐ 23 hour admission

Name and address of hospital or facility _____

Date of admission ____/____/____        Date of discharge ____/____/____

Indicate treatment provided: _____

12. Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☑

List the name of the procedure: _____

    CPT code: _____

    Date of procedure ____/____/____

13. Has patient been referred to other physician(s)/specialist?   Yes ☐   No ☑   If yes, provide physician name, specialty, and telephone number _____

14. List specific functional limitations of Activities of Daily Living (ADL's): *Decreased ability or difficulty with dressing, pulling on clothing, standing more than 15 minutes, doing housework*

15. Has patient been given any driving restrictions for this disability period?   Yes ☐   No ☑

If yes please describe: _____

16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and prevented from working?   From *11/3/17* to and including *5/24/18*

17. Has the patient recovered sufficiently to return to work?   Yes ☐   No ☑

If "Yes", give the date the patient was able to return to work ____/____/____

If "No", in your opinion when, may work be resumed?  (Please do not use "indefinite", "unknown", "undetermined", etc.)  If a date cannot be determined, please estimate in days, weeks or months, the total duration of disability. ____/____/____

*~ 3 to 6 months from date of 4/2/19*

18. Has the patient recovered sufficiently to return to restricted work?   Yes ☐   No ☑

If "Yes", indicate date restrictions begin ____/____/____   Date restrictions end ____/____/____

Restriction (s) required: _____

_____

Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.

*The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number ( 225 ) 765-6505        Physician Printed Name: *Bobby Dupre*
Fax Number ( 225 ) 765-1213               Physician Specialty: *Rheumatology*

Date Completed: 5/23/18        Physician Signature:

Case 3:23-cv-00109-BAJ-SDJ   Document 12-15   07/31/23   Page 32 of 238

5220180716021272

2149



### OUR LADY OF THE LAKE
### PHYSICIAN GROUP

## FACSIMILE TRANSMITTAL SHEET

DATE: 7/16/18

FROM: Dr. Dupre
OFFICE: Rheumatology Services
PHONE: 225-765-6505
FAX: 225-765-5533

TO: Sedgwick
OFFICE: 
PHONE: 
FAX: 866-353-0013

PATIENT NAME: J. Seneca        DOB: ▮▮▮/80

NUMBER OF PAGES FAXED: 2    (INCLUDING COVER SHEET)

REMARKS: the pt. forms are incomplete

due to the physician not being in the

office in the past couple of days.

Once the physician return to the office the

forms will be completed + faxed to you

ASAP!

Thanks

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. The material is covered by the hospital/clinic patient privilege and/or attorney client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for return of the documents.

Case 3:23-cv-00109-BAJ-SDJ    Document 11-15    07/31/23    Page 34 of 238



## sedgwick

## Request for Medical Information to support Disability

Sedgwick, P.O. Box 14667, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (888) 353-0013

| Today's Date: | 06/28/2018 | Pages: | 4 |
|---|---|---|---|
| To: | Dr. Dupree | From: | Shondra Simmons |
| Fax: | 225-765-1223 | Fax: | (888) 353-0013 |
| Patient: | Jason T. Seneca | Telephone: | (800) 599-7790 |
| Patient DOB: | ▓▓▓/1980 | Claim Number: | 30189513777-0001 |

**Medical Information Due Date:          07/16/2018**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require <u>objective clinical information</u> that supports your patient's inability to return to work due to reduced functional capacity.  If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached <u>Attending Physician Statement</u> completed

☒ Office <u>Treatment Notes from 05/26/2018 to present</u>

### Please fax all clinical information after each visit or patient contact to:
### Fax (888) 353-0013

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Case 3:23-cv-00109-BAJ-SDJ   Document 1-15   07/31/23   Page 35 of 238

5220180717030228

2152

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 17, 2018 5:02:55 PM EDT | 7655533    9999 | 273 | 12 | Received |
| Jul/17/2018 4:11:04 PM | OLOL PHYSICIANS RHUMETOLOGY 7655533 | | | 1/12 |



# OUR LADY OF THE LAKE
## PHYSICIAN GROUP

## FACSIMILE TRANSMITTAL SHEET

DATE: _7-18-9_

FROM: Dr Dupre Mason MD          TO: Shondra Symmons

OFFICE: Rheumatology Services      OFFICE: _____

PHONE: 225-765-6505               PHONE: _____

FAX: 225-765-5533                 FAX: 888-353-0013

PATIENT NAME: John Sames          DOB: ▮▮▮▮▮ 80

NUMBER OF PAGES FAXED: _11_   (INCLUDING COVER SHEET)

REMARKS: Disability

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. The material is covered by the hospital/clinic patient privilege and/or attorney client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

7-17-2018                    301895137770001                    2153
522016071703022B



**sedgwick**

# Request for Medical Information to support Disability

Sedgwick, P.O. Box 14667, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (888) 353-0013

| | | | |
|---|---|---|---|
| Today's Date: | 06/28/2018 | Pages: | 4 |
| To: | Dr. Dupree | From: | Shondra Simmons |
| Fax: | 225-765-1223 | Fax: | (888) 353-0013 |
| Patient: | Jason T. Seneca | Telephone: | (800) 599-7790 |
| Patient DOB: | ████ 1980 | Claim Number: | 30189513777-0001 |

**Medical Information Due Date:      07/18/2018**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached Attending Physician Statement, completed

☒ Office Treatment Notes from 05/26/2018 to present

**Please fax all clinical information after each visit or patient contact to:**
**Fax (888) 353-0013**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

08/28/18   15:12:12  Disabilit...    80...4.1045   ...Disability...IOCC Page 071
07/10/2018 9:35:11 AM -0500 SEDGWICK                          PAGE 4  OF 6

Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 38 of 238

Employee Name:    Jason T. Seneca
Claim Number:     301865137770001
Medical Due Date: 08/20/2018


sedgwick.

## ATTENDING PHYSICIAN STATEMENT
To Be Completed by Physician (Please Type or Print)
Sedgwick, P.O. Box 14567, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (866) 353-0013

1. Patient's Name: Jason T. Seneca   Date of Birth: ████ 1980

2. Objective findings: HT: 73"  WT: 396 lb  BP: 137/85  TEMP: 99.5  PULSE: 93  RESP: 16

3. Patient's Complaints: _joint pain, swelling, stiffness, weakness,_
   _immobility, decreased fine motor movement_

4. Your Diagnosis: (list all disabling diagnoses including all ICD9 codes)
   Primary:  ICD9 Code: _M06.09_   Description: _Rheumatoid Arthritis_
   Secondary: ICD9 Code: _G60.3_   Description: _Neuropathy_
   ICD9 Code: _____   Description: _____

5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during
   office visits. _Patient has continued active inflammatory_
   _polyarthritis with mild improvement on therapy,_
   _still are at goal — continued swelling, pain,_
   _tenderness in multiple joints_

6. When was patient first diagnosed with this condition? _11/03/17_

   List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

   | Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
   |---|---|---|---|---|---|---|
   | Methotrexate | 15mg | Weekly | | Yes ☐ No ☒ | Yes ☐ No ☒ | __/__/__ |
   | Humira | 40mg | orWkly | | Yes ☒ No ☐ | Yes ☐ No ☐ | __/__/__ |
   | Rheumate | iTab | Daily | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |
   | | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |

7. Is this condition the result of an injury?  Yes ☐  No ☒  Is this condition work related?  Yes ☐  No ☐  If yes, provide date
   and description of event: _____

   List all co-morbid conditions: _Morbid Obesity, Persistent neuropathy_

8. If patient is pregnant, indicated estimated date of delivery __/__/__

9. Is a C-Section planned? Yes ☐  No ☐  If so what is the date of the planned C-Section? __/__/__
   Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: _____

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary)
    _Cont. Methotrexate, initiate Humira_
    _Immunosuppressive therapy_

IC24464355.339-61211

07/10/2018 9:35:11 AM -0500 SEDGWICK                                    PAGE 5  OF  6

sedgwick.

Employee Name:    Jason T. Seneca
Claim Number:     301895137770001

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?    Yes ☐  No ☒

If Yes:  ☐ Emergency Room visit  ☐ Hospitalization ☐  23 hour admission

Name and address of hospital or facility _____

_____

Date of admission: ___/___/___     Date of discharge: ___/___/___

Indicate treatment provided: _____

12. Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☒

List the name of the procedure: _____

CPT code: _____

Date of procedure ___/___/___

13. Has patient been referred to other physician(s)/specialist?  Yes ☐   No ☒  If yes, provide physician name, specialty, and telephone number: _____

14. List specific functional limitations of Activities of Daily Living (ADL's)  *Decreased ability to lift with arm pulls, long duration, stands/walks, then 15 min, limited sitting/standing*

15. Has patient been given any driving restrictions for this disability period? Yes ☐   No ☒

If yes please describe: _____

16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and prevented from working?   From  4 / 1 / 18  to and including  10 / 1 / 18

17. Has the patient recovered sufficiently to return to work?  Yes ☐  No ☒

If "Yes", give the date the patient was able to return to work  ___/___/___

If "No", in your opinion when, may work be resumed?  (Please do not use "indefinite", "unknown", "undetermined", etc.)  If a date cannot be determined, please estimate in days, weeks or months, the total duration of disability.  ___/___/___

~ 3-6 months from  4/1/18

18. Has the patient recovered sufficiently to return to restricted work?  Yes ☐  No ☒

If "Yes", indicate date restrictions begin: ___/___/___  Date restrictions end: ___/___/___

Restriction (s) required: _____

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: (225) 765-6505     Physician  Printed Name:  *Bobby Dupré*

Fax Number: (225) 765-1137     Physician  Specialty:  *Rheumatology*

Date Completed:  7/12/18     Physician  Signature:  *Bobby Dupré*

IC24464355.339-61211

05/11/2018 1:09:03 PM -0500 SEDGWICK                    PAGE 3 OF 5

Employee Name:    Jason T. Seneca
Claim Number:     301895137770-0001
Medical Due Date: 06/01/2018



sedgwick.

## ATTENDING PHYSICIAN STATEMENT
### To Be Completed by Physician (Please Type or Print)
Sedgwick, P.O. Box 14867, Lexington, KY 40512
Telephone: (800) 599-7793 Facsimile: (866) 353-0013

1. Patient's Name: Jason T. Seneca    Date of Birth: [REDACTED] 1985

2. Objective findings: HT: 5'9"  WT: 906 lb  BP (119/93)  TEMP: 99.5°  PULSE: 92  RESP: 16

3. Patient's Complaints: _joint pain, swelling, stiffness, weakness, immobility, decreased fine motor movement_

4. Your Diagnosis: (list all disabling diagnoses including all ICD9 codes)
Primary: ICD9 Code: M06.09    Description: _Rheumatoid Arthritis_
Secondary: ICD9 Code: G60.3    Description: _Neuropathy_
ICD9 Code: _____    Description: _____

5. Describe objective/clinical findings to warrant disability, including severity and duration based this patient's presentation during office visits: _Patient has an active inflammatory polyarthritis that has been present for several years and frequently progressed to multiple joints c inflammation, swelling, stiffness, decreased grip strength_

6. When was patient first diagnosed with this condition? _11/03/12_

List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | | Adjusted Med | | Date Adjusted |
|---|---|---|---|---|---|---|---|---|
| Methotrexate | 15mg | weekly | Indefinite | Yes ☑ No ☐ | | Yes ☑ No ☐ | | 3/8/18 |
| Rheumat - tab Ltd | | | Indefinite | Yes ☑ No ☐ | | Yes ☐ No ☑ | | __/__/__ |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | __/__/__ |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | __/__/__ |

7. Is this condition the result of an injury? Yes ☐  No ☑  Is this condition work related? Yes ☐  No ☐  If yes, provide date and description of event: _____

List all co-morbid conditions: _Morbid Obesity, Peripheral Neuropathy_

8. If patient is pregnant, indicated estimated date of delivery __/__/__

9. Is a C-Section planned? Yes ☐  No ☐  If so what is the date of the planned C-Section? __/__/__

Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: _11/3/17, 12/14/17, 3/8/18; follow up every 3 months_

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary): _Immunosuppression therapy_

7-17-2018                    301895137770001

2157

05/11/2019 1:09:03 PM -0500 SEDGWICK                                     PAGE 4 OF 5

Employee Name:    Jason T. Seneca
Claim Number:     301890513777-0001                                      sedgwick

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?   Yes ☐   No ☑

If Yes:  ☐ Emergency Room visit  ☐ Hospitalization  ☐ 23 hour admission

Name and address of hospital or facility _____

Date of admission: ___/___/___    Date of discharge: ___/___/___

Indicate treatment provided: _____

12. Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☑

List the name of the procedure: _____

CPT code: _____

Date of procedure: ___/___/___

13. Has patient been referred to other physician(s)/specialist?   Yes ☐   No ☑   If yes, provide physician name, specialty, and

telephone number: _____

14. List specific functional limitations of Activities of Daily Living (ADL's): _Decreased ability or difficulty_ _with dressing, walking long distance, standing over_ _15 minutes, doing housework_

15. Has patient been given any driving restrictions for this disability period?   Yes ☐   No ☑

If yes please describe: _____

16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and prevented from working?   From _11/3/17_ to and including _5/24/18_

17. Has the patient recovered sufficiently to return to work?   Yes ☐   No ☑

If "Yes", give the date the patient was able to return to work ___/___/___

If "No", in your opinion when, may work be resumed?  (Please do not use "indefinite", "unknown", "undetermined", etc.)  If a date cannot be determined, please estimate in days, weeks or months, the total duration of disability. ___/___/___

_~ 3 to 6 months from date on 4/4/19_

18. Has the patient recovered sufficiently to return to restricted work?   Yes ☐   No ☑

If "Yes", indicate date restrictions begin: ___/___/___   Date restrictions end: ___/___/___

Restriction (s) required: _____

Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number (225) 765-6505    Physician Printed Name: _Bobby Dupre_
Fax Number (225) 765-1213          Physician Specialty: _Rheumatology_

7-17-2018                          301890513777000                        2158

05/11/2018 1:09:03 PM -0500 BEDGWICK

PAGE 5    OF 5

Date Completed: 5/23/18          Physician Signature: _____



7-17-2018                                301898137770001                     8220180717080228

Seneca, Jason T

MRN: 1013660
Description: 38 year old male

| | |
|---|---|
| **Office Visit** 6/28/2018<br>Rheumatology Services | Provider: Bobby Dupre, MD (Rheumatology)<br>Primary diagnosis: Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)<br>Reason for visit: Rheumatoid Arthritis; Referred by Phillip Padgett, MD |

## Progress Notes

Bobby Dupre, MD (Physician) • Rheumatology

**Falls Risk Screening:**
The patient has a positive falls risk screening today. He was provided with information to reduce the risk of falling at home as well as outside the home. See orders and plan for further follow up. He already has accommodations in the home to prevent falls. His greatest risk for falling is neuropathy.

## Progress Notes

Bobby Dupre, MD (Physician) • Rheumatology

**Subjective**

**Patient ID:** Jason T Seneca is a 38 y.o. male.

**HPI Comments:** The patient presents today follow-up of rheumatoid arthritis.

Patient reports that since previous visit he has been feeling slightly better on the methotrexate although he continues to report joint pain that is a 3-6 out of 10 intensity deep aching nature located predominantly within the small joints of the hands, feet, and knees. He reports that the pain does not radiate secondary to the diffuse nature. He reports associated morning stiffness lasting 35-45 minutes which is down from an hour to 2 hours previously. He does report continued fatigue though and he has been having difficulty doing anything throughout the rest of the day. He does report that he has been out of work since April 1, they allow him to have up to 6 months of leave with short-term disability. He is doing some small tasks around the house, but he is unable to do anything continuously for any prolonged period of time. He does report he is able to get up and get out of the house a little bit easier in the morning secondary to decreased morning stiffness and pain.

He is tolerating methotrexate well without any adverse effects and taking Rheumate without any issues.

REVIEW OF SYSTEMS:
**Constitutional:** Negative for fever and fatigue.
**Eyes:** Negative for eye pain, eye redness and dry eye.
**Respiratory:** Negative for shortness of breath and wheezing.
**Skin:** Negative for rash and dry skin.
**HENT:** Negative for tinnitus, dry mouth and mouth sores.
**Cardiovascular:** Negative for chest pain and dyspnea on exertion.
**Hematologic/Lymphatic:** Negative for adenopathy and bleeding problem.
**Musculoskeletal:** Positive for arthritis, joint pain and joint swelling. Negative for back pain.
**Gastrointestinal:** Negative for abdominal pain and nausea.

Seneca, Jason T (MR # 1013660) DOB: ████ 1980                    Encounter Date: 06/28/2018

**Neurological:** Negative for dizziness, focal weakness and paresthesias.
**Psychiatric/Behavioral:** Negative for psychosis and nervous/anxious.

**Objective**

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.  Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no tenderness. There is no rebound and no guarding.
Lymphadenopathy:
  He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. He exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. No rash noted. He is not diaphoretic. No erythema.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.



## Assessment

**Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)**
The patient continues to have significant active inflammatory polyarthritis on examination with continued symptoms and intermittent mild flares with continued morning stiffness and significant fatigue.

Had a discussion about further therapy with the patient today and we would like to initiate Humira. Had a discussion of side effects of Humira including the risk of reactivation of tuberculosis, skin and soft tissue infections, major infections, injection site reactions, and cancer. The patient voiced understanding.

Had a discussion about alternate therapies with the patient today as well.

Had a discussion with the patient about fatigue today as he was asking about Provigil, discussed with the patient that we would like to see his rheumatoid arthritis controlled and in remission prior to discussing any treatments directly aimed at fatigue as this may improve with improvement in his rheumatoid arthritis. He voiced understanding. If he does continue to have symptoms we will initially increase his roommate to twice daily.

**Medication monitoring encounter**
The patient on chronic immune suppressive therapy with methotrexate. We will continue monitor based on laboratory studies to rule out toxicity due to the medication.

**Peripheral neuropathy**
The patient has significant peripheral neuropathy and puts him at risk for falls, he has had a couple falls in the last year but reports that he has all of the equipment in the home installed including bars in the bathroom in the shower, ramps, and other assistive devices.

Seneca, Jason T (MR # 1013660) DOB:        /1980                    Encounter Date: 06/28/2018

**Plan**

Jason was seen today for rheumatoid arthritis.

Diagnoses and all orders for this visit:

**Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)**
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- C-reactive protein; Future
- T-Spot TB; Future
- Sedimentation rate, automated; Future
- adalimumab (HUMIRA) 40 mg/0.8 mL Syringe Kit; Inject 0.8 mLs into the skin every 14 (fourteen) days.

**BMI 45.0-49.9, adult (HCC)**

**Idiopathic progressive neuropathy**
- RHEUMATE 1-1-500 mg Capsule; Take 1 capsule by mouth daily.

**Medication monitoring encounter**

**Chronic pain syndrome**
- methotrexate 2.5 mg tablet; Take 6 tablets by mouth once a week.

Return in about 3 months (around 9/28/2018).

Instructions

📅 Return in about 3 months (around 9/28/2018).

Patient Instructions ⌄

After Visit Summary (Printed 6/28/2018)

Additional Documentation

| | |
|---|---|
| Vitals: | BP 137/85 (BP Location: Right arm, Patient Position: Sitting) Pulse 93 Ht 177.8 cm (70") Wt 179.6 kg (396 lb) (Abnormal) SpO2 94% BMI 56.82 kg/m2 BSA 2.96 m2   More Vitals |
| Flowsheets: | Custom Formula Data, Travel and Exposure Screening, Fall Risk, Vital Signs |
| SmartForms: | CASSO AMB LSU RISK ASSESSMENT |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

Printed by Zeneta Holmes, MA at 7/12/18 2:14 PM                          Page 4 of 5

Seneca, Jason T (MR # 101360) DOB: ███ 1980                    Encounter Date: 06/28/2018

## Media

Electronic signature on 6/28/2018 7:58 AM
Electronic signature on 6/28/2018 7:58 AM
Scan on 7/11/2018 3:28 PM by Tamera J Coleman : fee ticket

## Orders Placed

**C-reactive protein** (Resulted 6/28/2018, Abnormal)
**Comprehensive metabolic panel** (Resulted 6/28/2018, Abnormal)
**Sedimentation rate, automated** (Resulted 6/28/2018, Abnormal)
CBC and differential (Resulted 6/28/2018)
T-Spot TB (Resulted 6/28/2018)

## Medication Changes
As of 6/28/2018  8:43 AM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: adalimumab (HUMIRA) 40 mg/0.8 mL Syringe Kit** | 3 | 6/28/2018 | |
| Inject 0.8 mLs into the skin every 14 (fourteen) days. - Subcutaneous | | | |

## Visit Diagnoses

Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC) M06.09
BMI 45.0-49.9, adult (HCC) Z68.42
Idiopathic progressive neuropathy G60.3
Medication monitoring encounter Z51.81
Chronic pain syndrome G89.4

Case 3:23-cv-00109-BAJ-SDJ   Document 10-15   07/31/23   Page 48 of 238

5220180725006707

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| July 25, 2018 10:40:23 AM EDT | 7655533 | 9999 | 80 | 3 | Received |

Jul/25/2018 9:51:55 AM                    OLOL PHYSICIANS RHUMETOLOGY 7655533                                        1/3



# OUR LADY OF THE LAKE
## PHYSICIAN GROUP

## FACSIMILE TRANSMITTAL SHEET

DATE: 7-24-18

TO: Leslie Torre, RN          FROM: Kassi Sales, CPA

COMPANY: Sedgwick          COMPANY: RHEUMATOLOGY
                                                        Dr. Bobby Dupre!

PHONE #:                                PHONE #: (225) 765-6505

FAX #: 225-765-  888-353-0013     FAX #: (225) 766-1223  5533

NUMBER OF PAGES FAXED: 3     (INCLUDING COVER SHEET)

Remarks: Jason Seneca

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. The material is covered by the hospital/clinic patient privilege and/or attorney client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

7-25-2018                              301895137770001                                    2166



## sedgwick

**To:** Bobby Dupre, MD (Rheumatology)
**Phone:** 225-765-6505      **FAX:** 225-765-1223

**From:** Leslie Dela Torre, RN (Disability Clinical Specialist)

**Phone:** 800-599-7790      **FAX:** 888-353-0013
**Regarding:**

| Patient's Name: | Patient's Date of Birth | Claim |
|---|---|---|
| SENECA, JASON T | ███ 1980 | 30189513777-0001 |

Your patient's income is directly related to the timely receipt of this information.

The above named patient is an employee of Hewlett Packard Inc. and has a disability claim for an absence an absence beginning 04/02/18. Sedgwick CMS administers the claims for Hewlett Packard Inc.

I am a nurse medical case manager for Sedgwick CMS. Our company is currently handling the claim for short term disability for the employee listed above. I have been asked to review the disability claim to determine if the medical information provided supports that the condition is disabling.

Currently the information available does not provide enough detail for me to make an accurate determination. I need further clarification in order to make a determination as to if the condition meets the disability requirements. Please review and provide answers to the questions/information request on the attached document. In addition, the following information would also be helpful:

- ☐ Office Treatment Notes (dates of service)
- ☐ Diagnostic Testing (lab reports, MRI, X-rays, etc.)
- ☐ Operative Reports

Specific questions:
Is 06/28/18 the last office visit?    YES

Are there other treatments aside from medications?   NO

Pending the next office on 09/28/18, what is the current treatment plan?
_[handwritten signature]_

Was the patient referred to other specialist for further examination and treatment while waiting for the next office visit with Dr. Dupre, MD (Rheumatology)? If yes, what is the name and contact number?  NO

We require *objective* medical evidence or documentation that supports the employee's inability to return to work.

**If you have any questions or wish to discuss this patient's disability, please contact me at 615-610-4039 extension # 26710**

This information is strictly confidential and used for claim processing purposes only.

Thank you for your prompt reply to this request.

Leslie Dela Torre
**Disability Clinical Specialist**

*The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.*

| Patient's Name: SENECA, JASON T | Patient's Date of Birth ████/1980 | Claim 30189513777-0001 |
|---|---|---|

2168

Case 3:23-cv-00109-BAJ-SDJ Document 10-15 07/31/23 Page 52 of 238

51201807310958O8

2169



```
******AUTO**MIXED AADC 300
1118 2 MB 0.424                    001118
SEDGWICK CMS
PO BOX 14667
LEXINGTON, KY  40512-4667          7pgs
```

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2).  The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31).  The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.



200524522

301895137770001

7-31-2018

2170

Case 3:23-cv-00109-BAJ-SDJ   Document 12-15   07/31/23   Page 54 of 238

# CiOX HEALTH
## INVOICE

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0251296504**
Date: **7/26/2018**
Customer #: 1455896

| Ship to: | Bill to: | Records from: |
|---|---|---|
| SEDGWICK CMS<br>SEDGWICK CMS<br>PO BOX 14667<br>LEXINGTON, KY 40512-4667 | SEDGWICK CMS<br>SEDGWICK CMS<br>PO BOX 14667<br>LEXINGTON, KY 40512-4667 | OLOL INTERNAL MEDICINE<br>7777 HENNESSEY BLVD STE 7000<br>BATON ROUGE, LA 70808 |

**Requested By:** SEDGWICK CMS
**Patient Name:** SENECA JASON T

**CLAIM NUMBER:** 301895137770001
**DOB:** 050 80

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800 - 367 - 1500. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 4 | 1.00 | 4.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 31.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 31.00 |
| Balance Due | | | 31.00 |

Pay your invoice online at https://paycioxhealth.com/pay/

**Please remit this amount : $ 31.00 (USD)**

✂ ----------------------------------------------

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0251296504**

Check # _____
Payment Amount $ _____

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

2171

Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 55 of 238



## sedgwick

## Request for Medical Information to support Disability

Sedgwick, P.O. Box 14667, Lexington, KY 40512
Telephone: (800) 599-7790 Facsimile: (888) 353-0013

| | | | |
|---|---|---|---|
| Today's Date: | 06/28/2018 | Pages: | 4 |
| To: | Dr. Dupree | From: | Shondra Simmons |
| Fax: | 225-765-1223 | Fax: | (888) 353-0013 |
| Patient: | Jason T. Seneca | Telephone: | (800) 599-7790 |
| Patient DOB: | [REDACTED] 1980 | Claim Number: | 301695137770001 |

Medical Information Due Date:   07/16/2018

The above-named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached Attending Physician Statement, completed — *returned to doctor for completion*

☒ Office Treatment Notes from: 05/26/2018 to present

### Please fax all clinical information after each visit or patient contact to:
Fax (888) 353-0013

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

BEST IMAGE POSSIBLE
BEST IMAGE POSSIBLE

2172

Employee Name:    Jason T. Seneca
Claim Number:    8018613777-0001
Medical Due Date:    08/26/2018

## ATTENDING PHYSICIAN STATEMENT
To Be Completed by Physician (Please Type or Print)
Sedgwick, P.O. Box 14887, Lexington, KY 40512
Telephone: (800) 898-7780 Facsimile: (858) 363-0018



sedgwick.

1. Patient's Name: Jason T. Seneca    Date of Birth: ▮▮▮▮ 1980

2. Objective findings: HT:        WT:        BP:        TEMP:        PULSE:        RESP:

3. Patient's Complaints:

4. Your Diagnosis: (list all disabling diagnoses including all ICD9 codes)

Primary:    ICD9 Code: _____    Description: _____

Secondary:    ICD9 Code: _____    Description: _____

    ICD9 Code: _____    Description: _____

5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visits.

6. When was patient first diagnosed with this condition? ___/___/___

List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med. | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | ___/___/___ |

7. Is this condition the result of an injury? Yes ☐ No ☐  Is this condition work related? Yes ☐ No ☐  If yes, provide date and description of event:

List all co-morbid conditions:

8. If patient is pregnant, indicated estimated date of delivery ___/___/___

9. Is a C-Section planned? Yes ☐ No ☐  If so what is the date of the planned C-Section? ___/___/___

Give all dates of treatments by you during this period of disability; also indicate date of follow-up visit:

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary):

IC24464355,339-61211

BEST IMAGE POSSIBLE

512018073109580B

2173

**sedgwick.**

Employee Name:   Jaydin T. Sorieba
Claim Number:    531986137770001

11.  Have there been any Emergency Room visits OR Hospitalizations during this current disability period?   Yes ☐   No ☐

   If Yes:  ☐ Emergency Room visit   ☐ Hospitalization   ☐  23-hour admission

   Name and address of hospital or facility _____

   Date of admission: ____/____/____        Date of discharge: ____/____/____

   Indicate treatment provided: _____

12.  Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☐

   List the name of the procedure: _____

      CPT code: _____

      Date of procedure: ____/____/____

13.  Has patient been referred to other physician(s)/specialist?  Yes ☐   No ☐   If yes, provide physician name, specialty, and

   telephone number _____

14.  List specific functional limitations of Activities of Daily Living (ADL's): _____

   _____

   _____

15.  Has patient been given any driving restrictions for this disability period?  Yes ☐   No ☐

   If yes please describe: _____

16.  Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and

   prevented from working?  From ____/____/____ to and including ____/____/____

17.  Has the patient recovered sufficiently to return to work?  Yes ☐   No ☐

   If "Yes", give the date the patient was able to return to work  ____/____/____

   If "No", in your opinion when may work be resumed?  (Please do not use "indefinite", "unknown", "undetermined", etc.)  If a

   date cannot be determined, please estimate in days, weeks or months, the total duration of disability.  ____/____/____

18.  Has the patient recovered sufficiently to return to restricted work?  Yes ☐   No ☐

   If "Yes", indicate date restrictions begin: ____/____/____        Date restrictions end: ____/____/____

   Restriction (s) required: _____

   _____

Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: _____        Physician Printed Name: _____

     Fax Number: _____        Physician Specialty: _____

   Date Completed: _____        Physician Signature: _____

1C24454355.339-61211

## Sedgwick Claims Management Services, Inc.

To:       Dr. Dupree

Fax:      12257651223

From:     Simmons, Shondra

Fax:

Date:     June 28, 2018

Subject:  Jason Seneca Medical Request DOB ██████ 1980

Thank you,

Shondra Simmons

Shondra Simmons | Sr. Disability Representative
Sedgwick Claims Management Services, Inc.
Phone: 800-599-7790
Fax: 888-353-0013
Shondra.Simmons@sedgwickcms.com
www.sedgwick.com<http://www.sedgwick.com/> | Caring counts

From: Simmons, Shondra
Sent: Friday, June 01, 2018 2:30 PM
To: 'Dr. Dupree (Business Fax)_
Subject: Jason Seneca Medical Request DOB ██████ 1980

*Physicians statement returned to Dr. for completion*

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged
and confidential. Information intended only for the use of the individual or
entity named above. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of this
telecopy is strictly prohibited. If you have received this telecopy in error,
please notify us immediately by calling the number listed above and return the
original message to us at the address above by the United States Postal Service.

BEST IMAGE POSSIBLE

2175

Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 59 of 238

11/Jul/2018 8:45:55 AM                OLOL Rheumatology 225-765-5536                        34/57
08/28/2018 10:00:32 AM -0500 SEDGWICK                               PAGE 2  OF 6

Thank you,

Shondra Simmons


Shondra Simmons | Sr. Disability Representative
Sedgwick Claims Management Services, Inc.
877-219-7741
Fax: 312-347-6800
Shdhdra.Simmons@sedgwickcms.com
www.sedgwick.com<http://www.sedgwick.com/> | Caring counts

2176

Case 3:23-cv-00109-BAJ-SDJ    Document 1045    07/31/23    Page 60 of 238

5820180806005063



## sedgwick

## Request for Medical Information to support Disability

Sedgwick, P.O. Box 14667, Lexington, KY 40512
Telephone: (800) 559-7790 Facsimile: (888) 353-0013

| Today's Date: | 06/28/2018 | Pages: | 4 |
|---|---|---|---|
| To: | Dr. Dupree | From: | Shondra Simmons |
| Fax: | 225-765-1223 | Fax: | (888) 353-0013 |
| Patient: | Jason T. Seneca | Telephone: | (800) 599-7790 |
| Patient DOB: | ████/1986 | Claim Number: | 301895237770001 |

Medical Information Due Date:          07/16/2018

The above named patient is currently being considered for disability benefits and Sedgwick administers these
benefits. We require objective clinical information that supports your patient's inability to return to work due
to reduced functional capacity. If the requested information is not received timely, it may result in denial of
benefit.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached Attending Physician Statement, completed  — *returned to doctor for completion*

☒ Office Treatment Notes from 05/26/2018 to present

Please fax all clinical information after each visit or patient contact to:
Fax (888) 353-0013

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from
requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this
law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical
information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or
family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and
genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or
family member receiving assistive reproductive services."

11/Jul/2018 8:45:55 AM                    OLOL Rheumatology 225-766-5538                        36/57
06/28/2018 10:00:32 AM ~0590 SEDGWICK                                        PAGE 6   OF 6


sedgwick.

Employee Name:   Jason T. Seneca
Claim Number:    10130613777-0001
Medical Due Date:  08/28/2018

### ATTENDING PHYSICIAN STATEMENT
To Be Completed by Physician (Please Type or Print)
Sedgwick, P. O. Box 14857, Lexington, KY 40512
Telephone: (800) 596-7780 Facsimile: (866) 363-0013

1. Patient's Name: Jason T. Seneca    Date of Birth ▉▉▉ 1980
2. Objective findings: HT:____  WT:____  BP:____  TEMP:____  PULSE:____  RESP:____
3. Patient's Complaints: _____
   _____
   _____

4. Your Diagnosis: (List all disabling diagnoses including all ICD9 codes)
   Primary:    ICD9 Code: _____   Description: _____
   Secondary: ICD9 Code: _____   Description: _____
              ICD9 Code: _____   Description: _____

5. Describe objective/clinical findings to warrant disability, including severity and duration based the patient's presentation during office visits. _____
   _____
   _____

6. When was patient first diagnosed with this condition? ____/____/____
   List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med. | | Adjusted Med | | Date Adjusted |
|---|---|---|---|---|---|---|---|---|
| _____ | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | ____/____/____ |
| _____ | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | ____/____/____ |
| _____ | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | ____/____/____ |
| _____ | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | | ____/____/____ |

7. Is this condition the result of an injury? Yes ☑ No ☐  Is this condition work related? Yes ☐ No ☐  If yes, provide date and description of event: _____
   _____
   List all co-morbid conditions: _____
   _____

8. If patient is pregnant, indicated estimated date of delivery ____/____/____

9. Is a C-Section planned? Yes ☐ No ☐  If so what is the date of the planned C-Section? ____/____/____
   Give all dates of treatments by you during this period of disability; also indicate date of follow up visit: _____
   _____

10. What is the prescribed treatment plan? (please provide specific details regarding treatment/therapy, attach notes if necessary):
    _____
    _____

IC24464355.339-61211

Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 63 of 238

11/Jul/2018 8:45:55 AM                    OLOL Rheumatology 225-765-5538                          37/57
05/28/2018 10:00:32 AM -0500 SEDGWICK                                    PAGE 5   OF 6

sedgwick.

Employee Name:    Jason T. Borisin
Claim Number:     50159513777-0001

11. Have there been any Emergency Room visits OR Hospitalizations during this current disability period?    Yes ☐   No ☐
    If Yes:   ☐ Emergency Room visit    ☐ Hospitalization   ☐   23-hour admission
    Name and address of hospital or facility _____

    _____
    Date of admission: ___/___/___         Date of discharge: ___/___/___
    Indicate treatment provided: _____

12. Has any surgical procedure related to current disability been performed or is any anticipated?   Yes ☐   No ☐
    List the name of the procedure: _____
        CPT code: _____
        Date of procedure: ___/___/___

13. Has patient been referred to other physician(s)/specialist?  Yes ☐   No ☐   If yes, provide physician name, specialty, and
    telephone number. _____

14. List specific functional limitations of Activities of Daily Living (ADL's): _____

    _____
    _____

15. Has patient been given any driving restrictions for this disability period? Yes ☐   No ☐
    If yes please describe: _____
16. Based on your personal knowledge and treatment, how long has the patient been totally disabled by this sickness and
    prevented from working?   From ___/___/___ to and including ___/___/___

17. Has the patient recovered sufficiently to return to work? Yes ☐   No ☐
    If "Yes", give the date the patient was able to return to work   ___/___/___
    If "No", in your opinion when, may work be resumed?  (Please do not use "indefinite", "unknown", "undetermined", etc.) If a
    date cannot be determined, please estimate in days, weeks or months, the total duration of disability.   ___/___/___

18. Has the patient recovered sufficiently to return to restricted work?  Yes ☐   No ☐
    If "Yes", indicate date restrictions begin: ___/___/___      Date restrictions end: ___/___/___
    Restriction (s) required: _____

    _____

Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from
requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law.
To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical
information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or
family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and
genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or
family member receiving assistive reproductive services."

Telephone Number: _____     Physician Printed Name: _____
    Fax Number: _____           Physician Specialty: _____
    Date Completed: _____        Physician Signature: _____

[C24464355.339-6121]

11/Jul/2018 8:45:55 AM          OLOL Rheumatology 225-765-5536                    33/57
08/28/2018 10:09:32 AM  -0500  SEDGWICK                        PAGE 1  OF 5

## Sedgwick Claims Management Services, Inc.

To:      Dr. Dupree
Fax:     12257651223

From:    Simmons, Shondra

Fax:

Date:     June 28, 2018

Subject:  Jason Seneca Medical Request DOB ███ 1980

Thank you,

Shondra Simmons

\* Physicians statement
returned to Dr.
for Completion

Shondra Simmons | Sr. Disability Representative
Sedgwick Claims Management Services, Inc.
Phone: 800-699-7780
Fax: 888-353-0013
Shondra.Simmons@sedgwickcms.com
www.sedgwick.com<http://www.sedgwick.com/> | Caring counts

From: Simmons, Shondra
Sent: Friday, June 04, 2018 2:30 PM
To: 'Dr. Dupree (Business Fax)_'
Subject: Jason Seneca Medical Request DOB ███ 1980

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged
and confidential information intended only for the use of the individual or
entity named above. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of this
telecopy is strictly prohibited. If you have received this telecopy in error,
please notify us immediately by calling the number listed above and return the
original message to us at the address above by the United States Postal Service.

2181

Thank you,

Shondra Simmons

Shondra Simmons | Sr. Disability Representative
Sedgwick Claims Management Services, Inc.
877-219-7741
Fax: 312-347-0800
Shondra.Simmons@sedgwickcms.com
www.sedgwick.com<http://www.sedgwick.com/> | Caring counts

Seneca, Jason T (MR # 1013660)                          Encounter Date: 06/28/2018

# Seneca, Jason T

MRN: 1013660
Description: 38 year old male

**Progress Notes** Encounter Date: 6/28/2018

**Bobby Dupre, MD**
Rheumatology

**Falls Risk Screening:**
The patient has a positive falls risk screening today. He was provided with information to reduce the risk of falling at home as well as outside the home. See orders and plan for further follow up. He already has accommodations in the home to prevent falls. His greatest risk for falling is neuropathy.[BD1.1]

Revision History ⌄

Office Visit on 6/28/2018

# Seneca, Jason T

MRN: 1013660
Description: 38 year old male

**Progress Notes** Encounter Date: 6/28/2018

**Bobby Dupre, MD**
Rheumatology

**Subjective**
[BD1.1]

**Patient ID:**[BD1.2] Jason T Seneca[BD1.1] is a[BD1.2] **38 y.o. male**[BD1.1].

**HPI Comments:**[BD1.2] The patient presents today follow-up of rheumatoid arthritis.

Patient reports that since previous visit he has been feeling slightly better on the methotrexate although he continues to report joint pain that is a 3-5 out of 10 intensity deep aching nature located predominantly within the small joints of the hands, feet, and knees. He reports that the pain does not radiate secondary to the diffuse nature. He reports associated morning stiffness lasting 35-45 minutes which is down from an hour to 2 hours previously. He does report continued fatigue though and he has been having difficulty doing anything throughout the rest of the day. He does report that he has been out of work since April 1, they allow him to have up to 6 months of leave with short-term disability. He is doing some small tasks around the house, but he is unable to do anything continuously for any prolonged period of time. He does report he is able to get up and get out of the house a little bit easier in the morning secondary to decreased morning stiffness and pain.

He is tolerating methotrexate well without any adverse effects and taking Rheumate without any issues.[BD1.3]

Seneca, Jason T (MR # 1013660) Printed by Melissa C Davis [20925] at 7/25/18 11:34 AM   Page 1 of 4

Seneca, Jason T (MR # 1013660)                                      Encounter Date: 06/28/2018

REVIEW OF SYSTEMS:
**Constitutional**: Negative for fever and fatigue.
**Eyes**: Negative for eye pain, eye redness and dry eye.
**Respiratory**: Negative for shortness of breath and wheezing.
**Skin**: Negative for rash and dry skin.
**HENT**: Negative for tinnitus, dry mouth and mouth sores.
**Cardiovascular**: Negative for chest pain and dyspnea on exertion.
**Hematologic/Lymphatic**: Negative for adenopathy and bleeding problem.
**Musculoskeletal**: Positive for arthritis, joint pain and joint swelling. Negative for back pain.
**Gastrointestinal**: Negative for abdominal pain and nausea.
**Neurological**: Negative for dizziness, focal weakness and paresthesias.
**Psychiatric/Behavioral**: Negative for psychosis and nervous/anxious. [BD1 2]

## Objective

[BD1.1]

Physical Exam
**Constitutional**: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no tenderness. There is no rebound and no guarding.
Lymphadenopathy:
  He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. He exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. No rash noted. He is not diaphoretic. No erythema.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

2184

Case 3:23-cv-00109-BAJ-SDJ   Document 11-15   07/31/23   Page 68 of 238

Seneca, Jason T (MR # 1013660)                                  Encounter Date: 06/28/2018



[BD1.2]

## Assessment

**Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)**[BD1.1]
The patient continues to have significant active inflammatory polyarthritis on examination with continued symptoms and intermittent mild flares with continued morning stiffness and significant fatigue.

Had a discussion about further therapy with the patient today and we would like to initiate Humira Had a discussion of side effects of Humira including the risk of reactivation of tuberculosis, skin and soft tissue infections, major infections, injection site reactions, and cancer. The patient voiced understanding.

Had a discussion about alternate therapies with the patient today as well.

Had a discussion with the patient about fatigue today as he was asking about Provigil, discussed with the patient that we would like to see his rheumatoid arthritis controlled and in remission prior to discussing any treatments directly aimed at fatigue as this may improve with improvement in his rheumatoid arthritis. He voiced understanding. If he does continue to have symptoms we will initially increase his roommate to twice daily.[BD1.2]

**Medication monitoring encounter**[BD1.1]
The patient on chronic immune suppressive therapy with methotrexate. We will continue monitor based on laboratory studies to rule out toxicity due to the medication.[BD1.2]

**Peripheral neuropathy**[BD1.1]

Seneca, Jason T (MR # 1013660) Printed by Melissa C Davis [20925] at 7/25/18 11:34 AM   Page 3 of 4

Case 3:23-cv-00109-BAJ-SDJ    80383541045    07/31/23    Page 69 of 238

Seneca, Jason T (MR # 1013660)                                      Encounter Date: 06/28/2018

The patient has significant peripheral neuropathy and puts him at risk for falls, he has had a couple falls in the last year but reports that he has all of the equipment in the home installed including bars in the bathroom in the shower, ramps, and other assistive devices.[BD1.2]

**Plan**

Jason was seen today for rheumatoid arthritis.

Diagnoses and all orders for this visit:

**Rheumatoid arthritis of multiple sites with negative rheumatoid factor (HCC)**
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- C-reactive protein; Future
- T-Spot TB; Future
- Sedimentation rate, automated; Future
- adalimumab (HUMIRA) 40 mg/0.8 mL Syringe Kit; Inject 0.8 mLs into the skin every 14 (fourteen) days.

**BMI 45.0-49.9, adult (HCC)**

**Idiopathic progressive neuropathy**
- RHEUMATE 1-1-500 mg Capsule; Take 1 capsule by mouth daily.

**Medication monitoring encounter**

**Chronic pain syndrome**
- methotrexate 2.5 mg tablet; Take 6 tablets by mouth once a week.

Return in about 3 months (around 9/28/2018).[BD1.1]

Revision History ⌄

Office Visit on 6/28/2018

6-6-2018                                    301895137770001                                    2186    9820180806000053

Metropolitan Life Insurance Company



## FAX COVER PAGE    08/23/18 04:33:35 PM

|  |  |
|---|---|
| **To:** | 701808216570 |
| **Fax Number:** | 8665430151 |
| **From:** | DLA Admin |
| **Phone Number:** | |
| **Fax Number:** | |
| **Subject:** | FW: Claim Assistant Checklist_701808216570 |

**Pages (including cover):**                                      13
**If there are problems with this facsimile call:**

**Message**:

From: Kar, Sattick
Sent: Thursday, August 23, 2018 4:28 PM
**To:** Noigebauer, John
**Cc:** Saini, Mansi; Ubhi, Sahil; ., Balbir; Kanwar, Abhimanyu
**Subject:** Claim Assistant Checklist_701808216570

Hi,

Please find the attach Claim Assistant Checklist_701808216570 for your reference

Regards,

Sattick Kar | BCM | LTD Claims | Group Benefit Operations | MetLife

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only.  Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.

The Information contained in the following pages is privileged, confidential and intended only for the individual named above. ANY OTHER USE, DISSEMINATION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND IS TORTIOUS INTERFERENCE WITH OUR CONFIDENTIAL BUSINESS RELATIONSHIPS. If this document was erroneously sent to you, please notify us immediately at the number listed above and then destroy this document.

Case 3:23-cv-00109-BAJ-SDJ    Document 11-1    07/31/23    Page 71 of 238

1803834063

This email is being sent in an encrypted format using transport layer security.

2188

| CLAIM MANAGEMENT ACCURACY GUIDE | |
|---|---|
| CLAIMS SPECIALIST NAME: | John Noigebauer |
| Extn: | 6554 |
| DATE: | 8/22/2018 |
| CUSTOMER NAME: | HP |
| CLAIM#: | 7.01808E+11 |
| **INFORMATION NEEDED** | **INFORMATION OBTAINED** |
| Plan Path | 47322404/182452616/197773003/197773007/190( |
| SS# | 435532914 |
| Plan Structure (Group, Plan, Sub, Branch) | 0161950;0003;0001:8000;000 |
| Name / Address | JASON T SENECA<br>549 GEORGIA AVE<br>CITY - PORT ALLEN<br>STATE - LA  ZIP - 707672409<br>Phone# 225-572-7670 |
| DOB | ▇1980 |
| Marital Status | Unknown taken Single (2) |
| DLW | 3/16/2018, CS needs to investigtate |
| DDC | 3/17/2018, need to confirm with HCP |
| Actively at Work | Need to confirm both DLW and DDC after which actively at work will be determine |
| RTW - F/T or P/T with or without R&L's | Unknown, need to confirm with HCP |
| STD Max Date | 09/12/2018 - Taken from STD max date calculator |
| STD/LTD overlap | N/A |
| Salary Cont. Date | N/A |
| Accident Date- owner and type screen | No |
| Work Related | No |
| DOH | 11/17/2008 |
| Contrib. Rate %- Taxable % | 100 |
| Insurance Eff Date | 1/1/2016 |
| Pre-Ex inv needed? | 3/12, No as EE has had continuous coverage of 12 months prior to OOW |
| Salary / Mode | $51567.00/yearly as per UIS |
| Job Title | ITO SVC DELIVERY  REP 4 |
| Do we have JD on file? | Need both physical and narrative JD from ER |
| Job Class/Occ Code | Unknown |
| Base Benefit Amount & Min Benefit Amt | 70; $3,008.08 |
| Base Benefit Start Date | 9/13/2018 |
| Treatment Information | Rheumatoid arthritis w/o rheumatoid factor, multiple sites; Idiopathic progressive neuropathy |
| ICD9 Verified-CPT Codes | M06.09;G60.3 |
| LDB Dates | N/A |
| WC Applicable?- owner and type screen | N/A |

2189

| | |
|---|---|
| Rehab Status Code | N/A |
| Pension Status | N/A |
| SS Status | N/A |
| Adjustments/Carveouts | No offsets as of now<br>Need to confirm any other source of income |
| FICA W/holding | V |
| Dependents | N/A |
| Claim End Date / CERC | N/A |
| Premiums (If applicable for Customer) | N/A |
| Transition code | N/A |
| EFT | N/A |
| Federal/state tax withholdings | N/A |
| State disability | N/A |
| Office Visits | N/A |
| Miss | N/A |
| Miss | N/A |
| Miss | N/A |
| Miss | N/A |
| Miss | N/A |
| Was the Intent to Pursue LTD Call Completed? | |
| Does the Employee Intend to Pursue LTD? | |
| Did we verify name, phone, and address? | |
| Did we confirm any alternate contact? (Email, Cell Phone, etc.) | |
| Did we advise of high level investigation that will be taking place? (Verification of coverage, Pre Ex) | |
| Did we advise LTD Packet is forthcoming and CS will be calling for full interview? | |
| Did we advise of CS name and extension? | |
| DPA | |
| Coverage Verification-review CMG for current requirements | |
| Action Plan on Claim Completed? | |
| Ack Pack Sent? | |
| Appropriate Tasks on Claim? (ER info, LTD Packet, 35 day task set appropriately?) | |
| Please note, any conflicting information obtained (ie: Salary provided by ER does not Review for possible Adjustments | |
| PERS/STRS-auth sent if needed | |
| Adjustments: | |
| SSDI | |

2190

18038831063

| STD overlap-A&S-Salary Continuance | |
|---|---|
| WC | |
| State Disability | |
| Pension | |
| PERS/STRS/FERS | |
| Rehab Earnings | |
| | |
| | |

2191

Case 3:23-cv-00109-BAJ-SDJ   Document 11-1   07/31/23   Page 75 of 238

2192

EE ID - 21378023

029_-_HP_Inc_-_190029-2-G_-_Cert2A_%28LTD%29_09-01-16.pdf?nodeid=

Date

$3,500

Overlap

Case 1:23-cv-00769-BAJ-SDJ   Document 10-63   07/31/23   Page 76 of 238

08/23/18   16:32:23 DLA Admin

GS 180 DC

2193

Case 3:23-cv-00109-BAJ-SDJ   Document 11-1   07/31/23   Page 77 of 238

Case 3:23-cv-00109-BAJ-SDJ   Document 15-1   07/31/23   Page 78 of 238

?25599228&vernum=-2

| Doctor's name | Icd and Cpt codes |
|---|---|

Philip Padgett P# 225-267-6626

2195

| Date of hire: |
|---|
| Insurance effective date: |
| DLW: |
| DDC: |
| **Eligible class:** |
| Actively at work on day before date of disability: |
| **If gap between DLW and DDC explain:** |
| **Evidence of Insurability required (if yes-details):** |
| Pre existing condition review needed: |
| **Buy up:** |
| **Buy up benefit percentage & buy up effective date (when applicable):** |
| **Evidence of Insurability required for buy up (if yes-details):** |
| **Pre existing condition review needed for buy up:** |
| **State situs:** |
| Predisability earnings/salary amount: |
| **Source of information (e.g. employer feed, paper claim ER statement, etc.):** |
| **Does salary include commission and / or bonus or other type of pay?  Yes / No** |
| **If Yes, what is included?** |
| **If a discrepancy investigation is needed, explain the details:** |
| **Source of eligibility information:** |

2196

Case 3:23-cv-00109-BAJ-SDJ   Document 11-13   07/31/23   Page 80 of 238

| |
|---|
| 11/17/2008 |
| 1/1/2016 |
| 3/16/2018, CS needs to investigtate |
| 3/17/2018, need to confirm with HCP |
| All Actively at Work salaried exempt employees and Actively at Work hourly non-exempt employees, including subsidiaries of the Policyholder, who are: □ classified as regular active employees, or limited term employees, by the Policyholder; □ paid on the Policyholder's U.S. payroll, including U.S. employees temporarily assigned to work outside the U.S.; □ regularly scheduled to work 20 or more hours per week. Excluding: □ temporary or seasonal employees; □ employees classified by the Policyholder as: interns, independent contractors, consultants, temporary employees, leased employees (within the meaning of the Internal Revenue Code or otherwise), similar categories of employees identified by the Policyholder to Us and acknowledged by Us; and □ employees covered by a collective bargaining agreement, nonresident aliens with no source of U.S. income, and residents of Puerto Rico. Employees who are excluded under the above classifications may become eligible on the date such employee changes to an eligible status as determined by the Policyholder. |
| Need to confirm both DLW and DDC after which actively at work will be determine |
| Need to confirm both DLW and DDC after which gap will be determine |
| o evidence of insurability is required for the insurance described in this certificate. |
| 3/12, No as EE has had continuous coverage of 12 months prior to OOW |
| Plan has both Core and Buy Up, however EE is covered under Buy up Level 2 |
| 70% and 1/1/2016 |
| o evidence of insurability is required for the insurance described in this certificate. |
| 3/12, No as EE has had continuous coverage of 12 months prior to OOW |
| CALIFORNIA |
| $51567.00/yearly as per UIS |
| UIS |
| No |
| N/A |
| N/A |
| UIS |

2197

| | |
|---|---|
| **Medical Development** | Addresses the assessment for any changes in the claimant's medical status |
| Return to Work (RTW) Potential/Incentives | Addresses the claimant's potential to return to work or benefit from vocational rehabilitation assistance |
| Offset Development | Addresses the claimant's potential to receive other income benefits that will affect the amount of the disability benefits payable. Investigation and confirmation of any other income the claimant could receive ensures that the LTD claim is paid accurately pursuant to the terms of the Plan, and helps to avoid a claim overpayment or underpayment. |
| **Outstanding Information** | Addresses any outstanding information that has been requested at the time the action plan is updated |
| **Next Steps** | Indicate next steps related to ongoing claim management |
| **Key Contacts/Important Information** | Lists any key contact information or any other critical information relative to the claim |
| **Comments** | Lists any other pertinent information |

2198

EE is working as ITO SVC DELIVERY  REP 4; DLW - 3/16/2018 (need to confirm); DDC - 3/17/2018 (Need to confirm); EE was DX with Rheumatoid arthritis w/o rheumatoid factor, multiple sites; Idiopathic progressive neuropathy; Need more medical and treatment information

**Unknown, need to confirm with HCP**

**No offsets as of now**
**Need to confirm any other source of income**

LTD Ackpack; CS needs to obtain all pending information from CV; Need to confirm with ER; Need both physical and narrative JD from ER; Need further offsets/adjustments;
Need to confirm with HCP; ERTW; Need more medical and treatment information; need Doctor's details;
Taken STD Max Date 09/12/2018, from STD max date calculator; Marital Status was unknown therefore taken Single with Tax Exemptions - 2, need to confirm both

EE's Phone# 225-572-7670
Philip Padgett P# 225-267-6626

2199

**CCT outgoing receipt**

Summary of Delivery for Reference Number 9739577

For Claim Number 701808216570

Template ID 933

Template Name LTD Acknowledgement

Original letter submitted for delivery by Regular Mail at Aug 23 2018  4:30PM

| | |
|---|---|
| Originator | 3168395 |
| To | Jason Seneca |
| At | 549 Georgia Ave |
| Address2 | |
| City | Port Allen |
| State | LA |
| ZipCode | 70767-2409 |

Associated Claims

See next page for actual letter sent

2200

MetLife Disability
PO Box 14590
Lexington, KY 40512-4590



August 23, 2018

Disability Claims
Metropolitan Life Insurance Company
Claim Number: 701808216570
ID Number: 021378023
Plan: HP Inc.

Jason Seneca
549 Georgia Ave
Port Allen, LA 70767-2409

# We have received your claim – Please respond

## Why we're contacting you

We have received your Long Term Disability (LTD) claim under the plan referenced above (the Plan) and are reviewing it now. This notice outlines what you need to know about the claim process and what information is required from you.

## What you need to know

- Our records show that we need additional information to complete our claim review. It is your responsibility to submit proof of your disability, including medical information, to MetLife.
- If at any time you have questions on how we have applied a plan provision to your LTD claim, you should contact us immediately.

## What you need to do

Please contact MetLife immediately to discuss your claim and the information that is needed from you. Please provide us with the information below within 30 calendar days from the date of this letter. This information should include:

Any and all medical information from your date last worked through current, including but not limited to:
- medical records, including medical histories;
- treatment notes, including physical, occupational or psychological therapy notes;
- physical, mental or diagnostic examinations; and
- x-ray, CT scans, and/or MRI reports.

- HP-MetLife and Sedgwick Medical Authorization 01.16

- Authorization to Release Information about Me

- LTD Standalone Reimbursement Agreement

- Training, Education & Experience

- Consent to Release Information from SSA

- Beneficiary Designation Form

- Electronic Funds Transfer (EFT) Authorization (Optional)

- Phone Message Authorization (Optional)

- W4s Tax Withholding Form (Optional)

Please write the claim number located in the upper right hand corner of this letter on any documentation you send to MetLife. You can provide this information by:
- Phone: 1-866-729-9200, ext. 6554
- Fax: 800-230-9531
- Mail: MetLife Disability, PO Box 14590, Lexington, KY 40512-4590
- Email: wct@metlife.com

2201

If you apply for or receive any other income related to your disability (such as Social Security benefits, state disability benefits, Workers' Compensation benefits, etc.), please provide MetLife with a copy of all notices you receive.

## What will happen if we don't hear from you

If we do not receive the information above, your claim may be delayed or denied. Your prompt response is greatly appreciated.

## We're here to help

You can reach your Claims Specialist, John Noigebauer, by:
- Phone: 1-866-729-9200, ext.  6554
- Fax: 800-230-9531
- Email: wct@metlife.com

If John Noigebauer is not available, you may speak with a representative Monday through Friday at 1-866-729-9200 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

Enclosure(s):

LTD - Social Security Questions & Answers
Working Together for Your Patient, Our Customer

**MetLife – Important Things You Need to Know**

## Save this section for easy reference

| | |
|---|---|
| **MetLife offers several convenient ways to submit your information and to contact us with updates or questions you may have. Please write the claim number on any documentation you send to us.** | |
| **Email** | wct@metlife.com |
| **Fax** | 800-230-9531 |
| **Mail** | MetLife Disability, PO Box 14590, Lexington, KY 40512-4590 |
| **Phone** | • A representative is available Monday-Friday from 8a.m.to 11p.m. Eastern Time and can be reached at 1-866-729-9200 and can help with any questions you may have.<br>• Your Claims Specialist John Noigebauer can be reached at 1-866-729-9200 extension 6554 |

**Please contact MetLife if you have information to report, or have questions about your claim, such as:**

- **Health Care Provider(s)**
- **Medical condition(s)**
- **Address**
- **Phone number**
- **If you return to work, or**
- **If you are approved for other income as a result of your disability.**

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

*You can use this space below for your own notes.*

2203

**MetLife®**

Metropolitan Life Insurance Company
P O Box 14590
Lexington, KY 40512

Fax: 1-800-230-9531

## Authorization for Release and Use of Medical Information

I authorize each of Sedgwick Claims Management Services (Sedgwick), Metropolitan Life Insurance ("MetLife") and HP to use and disclose any and all of my individually identifiable medical or health information, as described below, for purposes of administering my workers' compensation, disability income claim, leave request, or request for reasonable accommodation. I understand that the information about me that I authorize to be used or disclosed may be re-disclosed in accordance with the terms of this Authorization by the recipient thereof and may no longer be protected by federal or state privacy laws or regulations. I also authorize physicians, nurses and hospitals to disclose my individually identifiable medical or health information by any means, including written or telephonic communications or by direct interview, whether or not I am present during or notified of, such disclosures. I hereby authorize Sedgwick and MetLife to request such disclosures whether or not I am present or have received notice thereof.

1. **What Information is covered by this Authorization?** This authorization permits disclosure of all medical and non-medical information that is needed by HP, its parent, subsidiaries and affiliates, its administrators including Sedgwick, and MetLife, to administer any of the following: request for reasonable accommodation; workers' compensation claim; claim for disability benefits; or other medical leave. My information to be disclosed may include, but is not limited to, medical or health history, chart notes, prescriptions, diagnostic test results, x-ray reports, records received from other health care providers, information regarding pre-existing health or medical conditions or illnesses, as well as my occupation and employment activities, employee/employment records, earnings or finances, applications for insurance coverage, psychiatric or psychological medical records, but not psychotherapy notes, and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws, and any prior claim files and claim history.

If directly related to my claimed condition or illness, this information may include the following, **Please check yes or no and initial:**

HIV test results, HIV or AIDS information.          ☐Yes  ☐No          Initial here _____

Psychiatric information.          ☐Yes  ☐No          Initial here _____

Information related to drug or alcohol abuse.          ☐Yes  ☐No          Initial here _____

2. **Who may disclose and receive Information under this Authorization?**
   A. Any person or facility that attends, treats or examines me, any financial institution, accountant, tax preparer, insurance company, consumer reporting agency, insurance support organization, pharmacy benefit manager, employers, government agencies including the Social Security Administration, or any other person or organization that possesses any of the information described above, is to make this information available to HP, its parent, subsidiaries and affiliates, insurers or administrators, including Sedgwick and or any of its agents, representatives or independent contractors.
   B. When relevant to my claim, Sedgwick and MetLife may re-disclose (without my further authorization) any and all of my individually identifiable medical or health information (whether obtained pursuant to this authorization or otherwise from any person or entity) to any of the following: (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits; (c) My employer and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to the extent permitted by state or federal law; (d) service providers for my long term disability claim or workers' compensation claim or (e) The Social Security Administration, social security advisor, or a social security or vocational rehabilitation vendor. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

3. **How long this Authorization is Valid?** Unless previously revoked by me, this authorization shall be valid for 24 months from the date I sign this form or for the duration of my claim(s) whichever is shorter.

4. **Revocation of this Authorization** Unless otherwise provided by federal or state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick at PO Box 14667, Lexington, KY 40512-4667; Fax: (888)353-0013 and MetLife at P.O. Box 14590, Lexington, KY 40512 of my revocation and that my revocation shall be effective upon Sedgwick and MetLife's receipt of my notice of revocation. I also understand that my revocation of this Authorization will not have any effect on any actions taken by Sedgwick or MetLife before they receive my revocation.

5. **Processing of Claims.** I understand that this Authorization is generally necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation.

6. **Refusal to Sign.** I further understand my health care providers will not condition my treatment, payment, enrollment or eligibility on my refusal to sign this Authorization and that refusal to sign this Authorization will not affect my rights under the FMLA.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

2204

---

Printed Name of Patient or Patient's Representative

Representative's Relationship to Patient, if applicable

---

Claim Number

Last 4 Digits of Patient's SSN

Patient's Date of Birth

---

Signature of Patient or Patient's Representative

Date Signed

Fraud Warning:

Before signing this claim form, please read the warning for the state where you reside and for the state where the insurance policy under which you are claiming a benefit was issued.

Alabama, Arkansas, District of Columbia, Louisiana, Massachusetts, Minnesota, New Mexico, Ohio, Rhode Island and West Virginia: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Alaska: A person who knowingly and with intent to injure, defraud or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

Arizona: For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

California: For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Colorado: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Delaware, Idaho, Indiana and Oklahoma: WARNING: Any person who knowingly and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Florida: Any person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Kentucky: Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

Maine, Tennessee, Virginia and Washington: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

Maryland: Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

New Hampshire: Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

New Jersey: Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

Oregon: Any person who knowingly presents a materially false statement of claim may be guilty of a criminal offense and may be subject to penalties under state law.

Puerto Rico: Any person who knowingly and with the intention to defraud includes false information in an application for insurance or files, assists or abets in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars ($5,000), not to exceed ten thousand dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.

Texas: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Page 3 of 4
MEDAUTH-SWICK (01/16)   Fs

2206

**Fraud Warning** *(continued)*:

<u>Vermont:</u> Any person who knowingly presents a false statement of claim for insurance may be guilty of a criminal offense and subject to penalties under state law.

<u>Pennsylvania and all other states:</u> Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

<u>New York:</u> Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

2207



**MetLife**

Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40512
Fax: 1-800-230-9531

---

**HIPAA:** This Authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

**NOTE TO ALL HEALTH CARE PROVIDERS:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Instructions for completing the form:

1. Complete all applicable areas of the form.
2. If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's behalf.
3. Sign this form.
4. Fax or return this form as soon as possible to expedite processing of your claim – retain original for your records.

**Your refusal to complete and sign this form may affect your eligibility for benefits under your employer's disability plan.**

---

**Name of Employee (Please Print)**  **Date of Birth**

**Claim Number:**_____  **ID Number:** _____

## Authorization to Disclose Information About Me

For purposes of determining my eligibility for disability benefits, the administration of my employer's disability benefit plan (which may include assisting me in returning to work, or applying for Social Security Disability Insurance benefits), and the administration of other benefit plans in which I participate that may be affected by my eligibility for disability benefits, including but not limited to any workers compensation, employee assistance or disease management program, I permit the following disclosures of information about me to be made in the format requested, including by telephone, fax or mail:

1. **I permit:** any physician or other medical/care provider, hospital, clinic, other medical related facility or service, pharmacy benefit administrator, insurer, employer, government agency, group policyholder, contractholder or benefit plan administrator to disclose to Metropolitan Life Insurance Company ("MetLife"), and any consumer reporting agencies, investigative agencies, attorneys, and independent claim administrators acting on MetLife's behalf, any and all information about my health, medical care, employment, and disability claim.

2. **I permit:** MetLife to disclose to my employer or its agents acting in the capacity of administrator of its benefit plans or programs, including but not limited to, workers compensation, employee assistance, or disease management programs, any and all information about my health, medical care, employment, and disability claim.

**This Authorization to Disclose Information About Me** specifically includes my permission to disclose my entire medical record, including medical information, records, test results, and data on: medical care or surgery; psychiatric or psychological medical records, but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. **Information concerning mental illness, HIV, AIDS, HIV related illnesses and sexually transmitted diseases or other serious communicable illnesses may be controlled by various laws and regulations. I consent to disclosure of such information, but only in accordance with laws and regulations as they apply to me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law and may no longer be covered by those rules. Your health care provider may not condition your treatment on whether you sign this authorization.**

**I understand** that I may revoke this authorization at anytime by writing to MetLife Disability at P.O. Box 14590, Lexington, KY 40512-4590, except to the extent that action has been taken in reliance on it. If I do not, it will be valid for 24 months from the date I sign this form or the duration of my claim for benefits, whichever period is shorter. A photocopy of this authorization is as valid as the original form and I have a right to receive a copy upon request.

---

**Signature of Employee**  **Date**

DISAB-AUTH  (05/17)  Fs

2208

# LONG TERM DISABILITY
# REIMBURSEMENT AGREEMENT

**MetLife®**
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40512
Fax: 1-800-230-9531

---

Instructions for completing the claim form:
1.   Complete all applicable areas of the claim form.
2.   If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's behalf.
3.   Sign the claim form.
4.   Fax this form to expedite your claim - retain original for your records.

---

| | | | |
|---|---|---|---|
| Name (Last, First, Middle Initial) | Social Security # | Report # | Claim # |

## Agreement To Reimburse Overpayment Of Long Term Disability Benefits

I, _____acknowledge that, if my disability claim is or has been approved, under my Long Term Disability coverage, Metropolitan Life Insurance Company (MetLife) is authorized to reduce the benefits otherwise payable to me by certain amounts paid or payable to me under disability or retirement provisions of the Social Security Act (including any payments for my eligible dependents), under a Workers' Compensation or any Occupational Disease Act or Law, and under any State Compulsory Disability Benefit Law, or any other act or law of like intent.

I understand that, if my disability claim is or has been approved, MetLife is willing to make advance monthly disability payments to me, which because of amounts paid or payable under the laws described above may be in excess of the benefits actually due to me. However, I also understand and accept that MetLife will make these payments, only if I make certain statements which I represent and warrant to be true and only if I agree as follows:

1.   I have not received and am not receiving any payments under the laws described above, whether in the form of benefit payment or a compromise settlement.
2.   If I have not already applied for Social Security benefits, then I agree to do so as specified in my Plan of Benefits after I have received my first monthly benefit check from MetLife. As proof of this, I agree to send to MetLife a copy of the Receipt of Claim Form given to me by the Social Security Administration at the time of my application.
3.   I agree to file for Reconsideration or Appeal to Social Security if Social Security denies my claim for benefits as specified in my Plan of Benefits.
4.   As specified in my Plan of Benefits, when I, my spouse or my dependents receive any disability or retirement payments under the laws described above resulting from my disability, I agree to notify MetLife immediately by sending a copy of the award, notification or check to MetLife.
5.   After MetLife has recalculated my monthly benefit payment and has determined the amount of the overpayment, as specified in my Plan of Benefits, I agree to repay to MetLife any and all such amounts which MetLife or employer has advanced to me in reliance upon this Agreement.
6.   If for any reason MetLife or employer is not repaid, then I understand that MetLife may reduce my monthly benefit below the minimum monthly benefit amount as stated in my Plan of Benefits, until the overpayment is reimbursed in full.
7.   I agree to repay MetLife in a single lump sum any overpayment on my Long Term Disability claim due to integration of retroactive Social Security Benefits.

I understand that when MetLife issues an advance, it is relying on my statements and agreements herein. My acceptance of an advance, along with my signature below, is my acceptance of terms of this Agreement.

---

| | | | |
|---|---|---|---|
| Witness Signature | Date | Claimant's Signature | Date |

REIMB LTD 5903 (03/15)   eF

2209

**MetLife®**

Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40512
Fax  1-800-230-9531

## METROPOLITAN LIFE INSURANCE COMPANY
## TRAINING, EDUCATION AND EXPERIENCE

NAME: _____     CLAIM#: _____     SSN: _____

In order to continue the evaluation of your claim, we need some additional information. Please complete this form to the best of your ability and return it to us in the enclosed envelope. Feel free to use an additional sheet of paper if you need more space. If you have any questions, please do not hesitate to contact us.

**New York – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.**

Training/ Educational Background

Circle highest grade completed:     1   2   3   4   5   6   7   8   9   10   11   12   13   14   15   16

High School            GED                    College Degree                    Graduate School

Degrees received: _____     Dates attended:_____

Major: _____     Minor: _____

List any other vocational or business courses attended:

| School | Program | Date completed | Certificate/License obtained |
|--------|---------|----------------|------------------------------|
| | | | |
| | | | |

Were you in the Armed Forces?     Yes     No     Dates: _____ to _____

Branch of service_____     Highest Rank _____     Specialty_____

**Work Experience**

Describe each job worked within the last 15 years. Resumes are appreciated, please include if available

| From/To | Job Title | Responsibilities | Supervisory Experience Yes/No |
|---------|-----------|------------------|-------------------------------|
| | | | |
| | | | |
| | | | |

(Continued on Following Page)

1 of 3

TEE LTD 5618  (03/15)  Fs

**2210**

Name of Employee:_____ Social Security Number:_____–_____–_____

## Fraud Warning:

Before signing this claim form, please read the warning for the state where you reside and for the state where the insurance policy under which you are claiming a benefit was issued.

**Alabama, Arkansas, District of Columbia, Louisiana, Massachusetts, Minnesota, New Mexico, Ohio, Rhode Island and West Virginia** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Alaska** – A person who knowingly and with intent to injure, defraud or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona** – For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of loss is subject to criminal and civil penalties.

**California** – For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado** – It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware, Idaho, Indiana and Oklahoma** – WARNING: Any person who knowingly and with the intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Florida** – Any person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kentucky** – Any person who knowingly and with the intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine, Tennessee, Virginia and Washington** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland** – Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Hampshire** – A person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey** – Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Oregon and Vermont** – Any person who knowingly presents a false statement of claim for insurance may be guilty of a criminal offense and subject to penalties under state law.

TEE LTD 5618  (03/15)  Fs

2211

Name of Employee:_____ Social Security Number:_____–_____–_____

Has anyone assisted you in the completion of this form? If so, have them co-sign below.

## Fraud Warning *(continued)*:

**Puerto Rico – Any person who knowingly and with the intention to defraud includes false information in an application for insurance or files, assists or abets in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars ($5,000), not to exceed ten thousand dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.**

**Texas – Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.**

**Pennsylvania and all other states – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning a fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.**

Day Phone #:_____ Evening Phone #:_____

Signature_____ Date_____

Co-Signature:_____ Relationship:_____

3 of 3

TEE LTD 5618  (03/15)  Fs

2212

**TO: Social Security Administration**

# Consent for Release of Information



PO Box 14590
Lexington, KY 40512
Fax: 1-800-230-9531

_____     _____     _____
Name                                     Date of Birth                   Social Security Number

I hereby authorize the Social Security Administration to release information or records about me and family members receiving benefits on my Master Beneficiary Record (also known as a FACT query) to: **Metropolitan Life Insurance Company ("MetLife")**, or its affiliates, subsidiaries or designated representatives.

I want this information released to document my Long Term Disability claim and/or to determine the benefits payable under the provisions of the policy under which I am insured. Please provide the following information:

___XX___ FACT Query (Full Account Query)

I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, citizenship information, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees.

I understand that a photocopy of facsimile of this consent is as valid as the original. This authorization will be valid for two years from date of signature. I understand that **MetLife** may share this information with third parties as permitted by law.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison, or may face other penalties, or both.

_____     _____
Signature of insured or guardian                 Relationship to insured if signed by the guardian

_____
Date

FQSSAUTH  (03/15)  eF

2213

# DISABILITY BENEFICIARY DESIGNATION

**MetLife**

**Metropolitan Life Insurance Company**
P.O. Box 14590
Lexington, KY 40512
Fax: 1-800-230-9531

Name of Employer - _____

Employee Name - _____

Employee Social Security No. - _____

Employee Disability Claim No. - _____

**Please read Instructions on next page before completing this form. Do not erase or attempt to make corrections; use a new form.**

I hereby designate the following individual(s) as primary beneficiary(ies) and contingent beneficiary(ies) (if any) in the event of my death during the period in which I am receiving Disability benefits under the claim number above or any associated disability claim. This beneficiary designation will be automatically revoked on the date that my Disability benefits under the claim number above, or any associated disability claim, end.

### Primary Beneficiary Designation

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Daytime Phone # | Evening Phone # | Share % |
|---|---|---|---|---|---|
| Address (Street, City, State, Zip) | | | Social Security Number | | |
| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Daytime Phone # | Evening Phone # | Share % |
| Address (Street, City, State, Zip) | | | Social Security Number | | |
| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Daytime Phone # | Evening Phone # | Share % |
| Address (Street, City, State, Zip) | | | Social Security Number | | |
| **Payment will be made in equal shares to the survivors unless otherwise indicated.** | | | | TOTAL: | 100% |

In the event that said primary beneficiaries predecease me, I designate as contingent beneficiary(ies)

### Contingent Beneficiary Designation

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Daytime Phone # | Evening Phone # | Share % |
|---|---|---|---|---|---|
| Address (Street, City, State, Zip) | | | Social Security Number | | |
| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Daytime Phone # | Evening Phone # | Share % |
| Address (Street, City, State, Zip) | | | Social Security Number | | |
| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Daytime Phone # | Evening Phone # | Share % |
| Address (Street, City, State, Zip) | | | Social Security Number | | |
| **Payment will be made in equal shares to the survivors unless otherwise indicated.** | | | | TOTAL: | 100% |

❏ **Trust(ee) Designation** (applies only if a trust has been created in an executed trust agreement)

Name of Trustee(s) _____

Address _____ City _____ State _____ Zip Code _____

and successor(s) in trust, as Trustee(s) under _____
("Title of Agreement")

Dated _____ executed by me and said Trustee(s).

MetLife shall not be responsible for the application or disposition of the proceeds by said Trustee(s), and the receipt of the proceeds by said Trustee(s) shall be full discharge of the liability of MetLife under the Plan.

It is understood and agreed, however, that if MetLife receives proof satisfactory to it that the aforesaid trust has been revoked or is not in effect at my death, the beneficiary shall be **My Estate**, and payment to my legal representative based on such proof shall be full discharge of liability of MetLife under the Plan or certificate.

❏ **Trust(ee) (Under Will)** Designation (applies only if a trust has been set forth in your Will) The trust(ee) under any last Will and Testament of mine as shall be admitted to probate.

If for any reason whatsoever, no Trust(ee) under any such last Will and Testament shall be duly appointed, I hereby designate **My Estate** as beneficiary and any payment made in good faith to the legal representative of my estate shall be full discharge of the liability of MetLife under the Group Policy.

**If no beneficiary or contingent beneficiary designated shall be living following my death, the amount payable by reason of my death shall be payable as provided by the applicable Disability Income Insurance Plan ("Plan"). I reserve the right to change the designated beneficiary(ies) at any time without (his/her/their) consent.**

| Name of Insured (Please Print) | | Daytime Phone No. | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Signature of Insured | | Date Signed | |

2214

## GENERAL BENEFICIARY INFORMATION

You may find the following definitions helpful in completing your Beneficiary Designation form.

**Primary Beneficiary:** Your primary beneficiary should be the individual(s) or organization that you wish to receive the insurance proceeds. You may have the proceeds divided among several primary beneficiaries. To do this, you must indicate what percentage of the proceeds you would like them to receive. Your total shares must equal 100%.

**Contingent Beneficiary:** Your contingent beneficiary should be the individual(s) or organization that you wish to receive the insurance proceeds if your primary beneficiary(ies) (see definition above) predecease(s) the insured. You may have the proceeds divided among several contingent beneficiaries. To do this, you must indicate what percentage of the proceeds you would like them to receive. Your total shares must equal 100%.

**Trust(ee) Designation:** If you plan to have the insurance proceeds distributed through a Trust, you should complete this section with the appropriate information. Your Trust(ee) will be held fully responsible for the application for and disposition of the insurance proceeds. **This section should only be used if you have a legally drawn inter vivos trust agreement or an appropriate Trust(ee) is designated under your Last Will and Testament. If you complete this section, do NOT complete the Primary or Contingent Beneficiary sections.**

An inter vivos trust is a trust established during the life of the trustor (the person who creates the trust) for the benefit of the trustor or other living persons.

### INSTRUCTIONS FOR COMPLETING BENEFICIARY DESIGNATION

1. Fill in the insured's Name of Employer, Disability claim number and Social Security Number at the top of the form. At the bottom of the form, fill in the name of the insured person or owner (if assigned), the daytime phone number, address, and sign and date the form.

2. Fill in the Primary Beneficiary(ies) and Contingent Beneficiary(ies), if any. For each Primary and Contingent Beneficiary listed, enter the relationship (when the relationship of the beneficiary is other than by blood or marriage, the relationship should be shown as "Nonrelative"), date of birth, address(es) (permanent residence), daytime and evening phone numbers, Social Security Number and percentage of share (all shares must add up to 100%).

3. If you wish to name a Trust(ee) as beneficiary, complete one of the two Trust(ee) Designations **instead** of the Primary and Contingent Beneficiary sections. If the trust is an inter vivos trust, check only the first Trust(ee) Designation box, and complete the top Trust(ee) designation. You should enter (1) the name and address of the Trust(ee); (2) the Title of the Agreement; and (3) the date of its execution. **NOTE: AN INTER VIVOS TRUST MUST BE A LEGALLY DRAWN AGREEMENT.**

   If you wish to make a Trust(ee) under Will Designation, check only the second Trust(ee) Designation box. **NOTE: A TRUST(EE) UNDER WILL (OR TESTAMENTARY TRUST(EE) MUST BE ESTABLISHED UNDER THE LEGALLY DRAWN LAST WILL AND TESTAMENT OF THE INSURED OR OWNER (IF ASSIGNED).**

4. You, the owner of the coverage should sign and date the form in the spaces provided. Retain a copy for your records.

5. Fax or mail the completed form to the number or address provided on page 1.

**If you wish to name more beneficiaries than this form provides for, secure an additional copy.** Complete your list of beneficiaries on that form. Attach the additional form to the first, indicating clearly on **each** form the number of additional forms attached. For example, if three forms are used, number the forms as follows: 1 of 3, 2 of 3 and 3 of 3.

It is important that you review your beneficiary designation periodically to ensure that the beneficiary information you supplied is up to date.

You may change or revoke your beneficiary designation at any time by completing a new Beneficiary Designation form.

**This Beneficiary Designation is pertinent to the Disability claim specified, and is automatically revoked on the date that your Disability benefits, under the claim number above, or any associated disability claim, end.**

2215

Metropolitan Life Insurance Company
**MetLife Disability**, PO Box 14590, Lexington KY 40512
**Fax:** 1-800-230-9531



## ELECTRONIC FUNDS TRANSFER REQUEST

If your claim is approved, we are pleased to offer you the security and convenience of having your benefit check deposited electronically to your bank account. Direct Deposit means no more mail delays or trips to cash your check.

- **How does direct deposit work?**
  Our bank will transfer your benefit payment directly into your bank account. We recommend this payment option because it is predictable, safe and convenient.

- **How do I sign up?**
  Enter the information requested below and forward this form to us at the address above. You may want to verify your account and transit/routing numbers with your bank to avoid delays.

- **How soon can my direct deposits begin?**
  To allow appropriate set-up, your direct deposit will typically begin within 30 days of our notification to your bank. This means you may still receive checks by mail after you send in your request. Once direct depositing begins, your funds will be deposited to your bank account and will be available to you within 4-5 business days.

- **What if I have questions?**
  Call our Customer Response Center at the number provided in your acknowledgement letter. Representatives are available Monday through Friday from 8:00 am to 11:00 pm EST.

- **What if I change banks?**
  Simply call and we will send a new request form for your completion. You may receive a paper check in the mail for one payment while we process your request.

- **Can I change my mind?**
  Yes. You can start or stop direct deposit at any time. Just write and tell us.

I authorize MetLife to send my disability payments to the Bank designated below for electronic deposit into my Account. I understand that I may terminate this arrangement at any time by writing to the MetLife address above.

If any overpayment of such disability benefits is credited to my account in error, I authorize and direct the Bank to charge my Account and to refund such overpayment to Metropolitan.

### _Please complete the following:_

Name:

| Claim Number: | Employer Name: |
|---|---|

Type of Account:    ❏ Checking    ❏ Savings    Bank Account Number:

| Name of Bank: | Bank Address: |
|---|---|

Bank Routing Number: | | | | | | | | |    Bank Telephone:

_The first 9 numbers from the left at the bottom of your check are your Bank Routing Number or enclose a voided check._

**Signature**                                                                 **Date:**

EFTAUTHSTDLTD 5584  (03/15)   eF                              Page 1 of 1

2216

**Group Disability**



# Phone Message Authorization

 Please include the claim number on all correspondence with MetLife.

## SECTION 1:

I, _____ give permission to MetLife Disability to leave phone messages regarding my claim for disability income benefits, which may include medical information about me, at the following telephone number/s:

| Phone number | Phone number | Phone number |
|---|---|---|
| | | |

I understand that I may revoke this authorization at any time by writing to MetLife Disability at the address provided below or faxing to the number provided below, except to the extent that action has been taken in reliance on it. A photocopy of this authorization is as valid as the original form and I have a right to receive a copy upon request.

## SECTION 2: Signature

| Claimant signature | Date *(mm/dd/yyyy)* |
|---|---|
| Print - First name | Middle name | Last name |

Claim Number

## SECTION 3: How to submit this form

Return this form to Group Disability by:

**Mail:**

MetLife Disability
P O Box 14590
Lexington, KY 40512-4590

**Fax:**

1-800-230-9531

Page 1 of 1

Fs

2217

| Form **W-4S** | **Request for Federal Income Tax Withholding From Sick Pay** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the third-party payer of your sick pay. <br> ▶ Go to *www.irs.gov/FormW4S* for the latest information. | 2018 |

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . .    $

Employee's signature ▶                                          Date ▶

———————————— **Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ————————————

### Worksheet (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2018 . . . . . . . . . . . . | **1** | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party, and

• In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 10226E | Form **W-4S** (2018) |
|---|---|---|

2218

Form W-4S (2018)                                                                                                    Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2018, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . | $24,000* |
| Head of household . . . . . . . . . . . . | $18,000* |
| Single or Married filing separately . . . . . . . . | $12,000* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

*Additional standard deduction for the elderly or blind.* An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,600 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,200 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

*Limited standard deduction for dependents.* If you are a dependent of another person, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

*Certain individuals not eligible for standard deduction.* For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2018 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2018 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,525 | $0 + 10% | $0 |
| 9,525 | 38,700 | 952.50 + 12% | 9,525 |
| 38,700 | 82,500 | 4,453.50 + 22% | 38,700 |
| 82,500 | 157,500 | 14,089.50 + 24% | 82,500 |
| 157,500 | 200,000 | 32,089.50 + 32% | 157,500 |
| 200,000 | 500,000 | 45,689.50 + 35% | 200,000 |
| 500,000 | and greater | 150,689.50 + 37% | 500,000 |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,600 | $0 + 10% | $0 |
| 13,600 | 51,800 | 1,360 + 12% | 13,600 |
| 51,800 | 82,500 | 5,944 + 22% | 51,800 |
| 82,500 | 157,500 | 12,698 + 24% | 82,500 |
| 157,500 | 200,000 | 30,698 + 32% | 157,500 |
| 200,000 | 500,000 | 44,298 + 35% | 200,000 |
| 500,000 | and greater | 149,298 + 37% | 500,000 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,050 | $0 + 10% | $0 |
| 19,050 | 77,400 | 1,905 + 12% | 19,050 |
| 77,400 | 165,000 | 8,907 + 22% | 77,400 |
| 165,000 | 315,000 | 28,179 + 24% | 165,000 |
| 315,000 | 400,000 | 64,179 + 32% | 315,000 |
| 400,000 | 600,000 | 91,379 + 35% | 400,000 |
| 600,000 | and greater | 161,379 + 37% | 600,000 |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,525 | $0 + 10% | $0 |
| 9,525 | 38,700 | 952.50 + 12% | 9,525 |
| 38,700 | 82,500 | 4,453.50 + 22% | 38,700 |
| 82,500 | 157,500 | 14,089.50 + 24% | 82,500 |
| 157,500 | 200,000 | 32,089.50 + 32% | 157,500 |
| 200,000 | 300,000 | 45,689.50 + 35% | 200,000 |
| 300,000 | and greater | 80,689.50 + 37% | 300,000 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

2219

**Group Disability**



## Common Social Security Questions and Answers

The following will answer many questions you may have about Social Security benefits.

### Things to know before you begin

- MetLife has a network of Preferred Social Security Vendors who can help you through the process. Using an experienced Social Security representative to assist you through the filing and/or appeal process could increase your chances of being awarded Social Security Disability Insurance (SSDI) benefits more timely. The following will answer many questions you may have about Social Security benefits. Should you have additional questions or need assistance, please contact MetLife Disability. MetLife can refer you to a Social Security Professional Representative for Social Security claim assistance.



### 1. Why should I file for Social Security Disability Insurance (SSDI) benefits?

Both you and your employer contribute payroll taxes to Social Security. A portion of those tax dollars are used to finance Social Security's program of disability protection. As you may be entitled to SSDI benefits. It is in your best interest to apply for any benefits to which you may be entitled. Your spouse and children may also be eligible to receive SSDI benefits due to your disability.

### 2. What are the financial advantages to receiving Social Security Benefits?

There are several reasons why it may be to your financial advantage to receive Social Security benefits. Reasons include:

- Cost of living increases awarded by Social Security may not reduce your Long Term Disability benefits
- Avoids reduced retirement benefits
- Medicare protection
- Once you have received 24 months of SSDI benefits, you will have Medicare protection for hospital expenses. You will also be eligible to apply for the medical insurance portion of Medicare.
- Social Security benefits are available during a trial work period.

### 3. Do I need a Social Security Professional Representative to file for Social Security benefits?

It is your right to be represented by a qualified person familiar with the process of working with the Social Security Administration. Statistics show that a large number of claims are denied at the initial level. However, statistics provided by the Social Security Administration show that upon appeal, a high percentage of the people represented at the hearing level received favorable decisions. Since it is an advantage to you to receive Social Security benefits, we strongly recommend that you consider working with a Social Security Professional Representative. Your decision to use a Professional Representative is optional.

### 4. How do I contact a Social Security Professional Representative to assist me?

All you need to do is call the toll-free number at MetLife Disability and ask your Claim Specialist to connect you with a Social Security Professional Representative.

2220

## 5. What are the advantages of using a Social Security Professional Representative?

A Social Security Professional Representative will:

- Only receive a fee if your Social Security claim is awarded
  - that means there is no charge to you for travel, collecting medical records, etc.
- Monitor your Social Security claim status and keep you informed
- Provide Social Security proof of filing and status updates directly to MetLife regarding your Social Security claim
- Speak to the Social Security Administration on your behalf
- Attend the Administrative Law Judge hearing with you, if a hearing is necessary
- Assist you with every level of your Social Security claim from application through appeal, even if your claim for Social Security is already pending.

## 6. Who will pay my Social Security Professional Representative's fee involved in pursuing my claim?

In most cases there are no out of pocket expenses. The approved Professional Representative's fee will be credited to any retroactive overpaid benefits you may have received, thus reducing your overpayment with MetLife.

## 7. What if my Social Security claim is denied?

Your plan may require you to apply for Social Security benefits. If your claim for Social Security benefits is denied, this means you will need to continue with the process and appeal the denial until you receive an award or a final denial from the Social Security Administrative Law Judge.

If denied, Social Security requires that your appeal is filed within 60 days from the date of your most recent denial. Carefully review your Social Security denial letter to determine what appeal you need to file. There are four steps in the Social Security appeals process:

- Reconsideration *(Some states skip this level of appeal, please refer to your denial letter to determine what appeal is needed)*
- Hearing by Administrative Law Judge
- Appeals Council review
- Federal District Court review

It is not unusual for a Social Security disability claim to be denied on the initial application; likewise, it is not unusual for that denial to be reversed during the appeals process.

If your Social Security claim is denied, and you are not already working with a Social Security Professional Representative, MetLife highly recommends you consider allowing one to assist you through the appeals process.

## 8. Do I need a Social Security Professional Representative to appeal my Social Security denial?

Enlisting a Social Security Professional Representative is strongly recommended as you pursue Social Security benefits. Please call MetLife Disability to discuss this in detail.

## 9. If I'm approved for Social Security benefits, how will that affect my MetLife benefits?

Under your Long Term Disability plan, Social Security benefits are considered "other income" and may be an offset to your Long Term Disability benefit.

2221

Your Long Term Disability benefit may be reduced by the amount of primary (and dependent, if applicable) Social Security benefits you receive or are eligible to receive. If your claim for Social Security benefits is approved, it may result in an **overpayment** due to the receipt of a **retroactive award**. The retroactive award is an initial lump sum payment equal to all of the past due benefits. The lump sum payment you may receive from the Social Security Administration should be used to reimburse MetLife in the amount of the overpayment. Retroactive and future Social Security benefits are likely to be considered taxable income. We suggest you contact your tax advisor to discuss the tax implications when you are awarded Social Security Benefits.

Example:

**Social Security and MetLife Monthly Benefits**

**Prior to Social Security Approval**

| | |
|---|---|
| MetLife Long Term Disability monthly benefit | $2,000.00 |

**After Social Security is Approved**

| | |
|---|---|
| Social Security monthly benefit | $1,335.00 |
| MetLife Long Term Disability monthly benefit | $665.00 |
| Total monthly benefits *(Social Security and MetLife)* | $2,000.00 |

## 10. What are my reimbursement responsibilities?

The lump sum payment from Social Security should be saved in anticipation of reimbursement to MetLife Disability. MetLife Disability expects full and prompt reimbursement.

## 11. How can I apply for Social Security benefits on my own?

If you decide **not** to use a Professional Representative at this time, please:
- Call 1-800-772-1213 to schedule an appointment with the Social Security Administration or,
- Visit www.socialsecurity.gov to file for Social Security benefits online

Upon completion of the application, please request a receipt from the Social Security office showing the date that you filed the application and send a copy of the receipt to MetLife Disability promptly.

## 12. If I am approved for Social Security benefits when will I receive my Social Security benefit checks?

If you are approved for Social Security benefits, payments generally begin after the 5th full month of disability. For example, if you become disabled January 15th, you would complete your waiting period at the end of June and would ordinarily receive your first benefit check for July in August.

If you are eligible for Social Security retirement benefits, you can receive monthly payments as soon as your application is approved. There is no waiting period. Reduced benefits are available, beginning with the month following your 62nd birthday, provided you have earned the proper amount of work credits.

Once awarded Social Security benefits, your monthly Social Security benefit is paid one month behind. For example, the Social Security benefits you are entitled to receive for April is paid to you in May. The monthly Social Security benefit you are entitled to receive for May is paid to you in June, and so on.

> **We're here to help**
> Should you have additional questions or need assistance, please contact MetLife Disability.

*Metropolitan Life Insurance Company*
*MetLife Disability*

2222



# Working together for your Patient, our Customer

MetLife is committed to providing superior Customer service to your Patient's-our Customers, making a claim for or receiving disability benefits. MetLife is endeavoring to partner with you to obtain pertinent medical information, understand your Patient's physical and mental capabilities, and if appropriate, support your Patient's efforts to return to work. Thank you for taking a few minutes to understand our services and requests on behalf of your Patient.

## What is disability insurance?

Disability insurance provides income protection when, due to an illness, injury, or psychiatric disorder, your Patient is experiencing difficulty working and earning their regular salary.

In order to determine your Patient's eligibility for disability benefits, several tasks are completed including:

- Identification of the occupational requirements
- Understanding of the current condition(s) and treatment plan
- Assessment of the functional capacity
- Impact to the Patient's ability to work

On approved claims, we continue to monitor the claim but also determine what other services and resources we might provide to your Patient, when appropriate, such as assistance with:

- Return to work
- Vocational rehabilitation
- Social Security disability benefit application

Our contract may also provide financial incentives to your Patient to attempt a return to work or vocational rehabilitation program.

## Why MetLife contacts you

### Evaluating and managing your Patient's disability claim

In order to evaluate your Patient's claim and qualification for additional services, we need objective medical information such as diagnostic testing results, symptomology, and clinical findings for the condition(s) causing the absence from work. We also need to know the treatment plan, prognosis and the anticipated Return to Work date, if identified.

Clear documentation of your Patient's ability to sit, stand, lift, walk, reach, etc. is essential for MetLife to assess your Patient's potential for return to work.  In the case of psychiatric disorders, it is just as important that observed and measurable signs or symptoms with related functional impairments are provided.

This information is needed to make an initial disability claim decision. However, if your Patient's condition(s) causes an extended leave beyond normal duration or changes, we will contact you for updated medical information.

### Assisting your Patient with pursuit of Social Security disability benefits

If it is clear that your Patient may qualify for Social Security disability benefits, we may assist them with that application process. It may be necessary to contact you for additional medical documentation to support your Patient's application.

GR-DI-DOC-DISC (06/15)  Fs
L0615426833 [All States]

2223

**Providing return to work or vocational rehabilitation assistance to your Patient**

The longer your Patient remains out of work, the less likely they are to return to work in any capacity for a variety of reasons. As you are aware, work is an essential component to overall health. Additionally return to work may reduce financial hardship for your Patient. MetLife strives to partner with you, your Patient, and your Patient's employer to establish a return to work date, a return to work plan, and any accommodations that might ensure that a return to work is sustainable for your Patient, when appropriate.

In addition to the medical information we need to properly assess the viability of a Return to Work or Vocational Rehabilitation effort, we may reach out to you for approval of a Patient's participation in these efforts.

> ### Questions?
>
> We encourage you to reach out to our Claims Specialist, Registered Nurses, Mental Health Clinicians and Medical Directors if you have questions or wish to discuss our Customer-your patient's claim.
>
> For more information, please contact MetLife Disability via the phone numbers provided by the Claims Specialist or Clinician noted on the claim information you have received.

 For more information on partnering with MetLife on behalf of your Patient, please go to: https://www.brainshark.com/metlifebusmktg/WorkingTogether

**Metropolitan Life Insurance Company**
200 Park Avenue
New York, NY  10166
www.metlife.com

GR-DI-DOC-DISC (06/15)  Fs

L0615426833 [All States]

2224

### CREATE NEW LTD CLAIM
### COMPANY HPI
### CUSTOMER # 190029

| | |
|---|---|
| HR - SSN | 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 |
| Claimant First Name | JASON |
| Claimant Last Name | SENECA |
| Claimant Address Line 1 | 549 GEORGIA AVE. |
| Claimant Address Line 2 | |
| Claimant City | PORT ALLEN |
| Claimant State | LA |
| Claimant Zipcode | 70767 |
| Claimant Home Phone | 225-572-7670 |
| Clmnt Cell Phone number | 225-572-7670 |
| Claimant Date of Birth | ██ 5/3/1980 |
| Last Day Worked | 3/16/2018 |
| Date Disability Began | 4/2/2018 |
| Claimant Sex | M |
| HR - Marital Status | 2 |
| DOC1 - First Name | PHILIP |
| DOC1 - Last Name | PADGETT |
| DOC1 - Phone 1 | 225-267-6626 |
| DOC1 - Fax Number | |
| DOC2 - First Name | |
| DOC2 - Last Name | |
| DOC2 - Phone 1 | |
| DOC2 - Fax Number | |
| DOC3 - First Name | |
| DOC3 - Last Name | |
| DOC3 - Phone 1 | |
| DOC3 - Fax Number | |
| ICD Code | m06.09 |
| ICD Code 2 | g60.3 |
| Work Related | n |
| HR - Date of Hire | 11/17/2008 |
| HR - Job Title | ITO SVC DELIVERY REP IV |
| HR - Annual Base Pay | $51,563.20 |
| SUP1 - First Name | JOSEPH |
| SUP1 - Last Name | DREWERY |
| SUP1 - Phone 1 | |
| SUP1 - E-mail Address | KEVIN.DREWERY@HP.COM |
| Anticpated RTW Date | |
| HR - Employee ID from Master | 21378023 |
| Examiner (Claim) | shondras |
| File Number | 30189513777-0001 |
| HR - Federal Exemptions | 2 |
| Schedule of Benefits Begin DatePay From | 4/9/2018 |

2225

| Coverage Code | SD |
|---|---|
| Work Status | Off Work |
| Does EE Wish to Pursue LTD? | |

2226

| | |
|---|---|
| **Date:** | Tue, 25 Aug 2020 4:10:16 PM (UTC) |
| **Sent:** | Tue, 25 Aug 2020 4:10:15 PM (UTC) |
| **Subject:** | 701808216570 EA |
| **From:** | DeForge, Shay |
| **To:** | Sadler, Stacy <ssadler@metlife.com>; |
| **Attachments:** | image001.jpg |

SS Award information per Award letter dated 8/22/20
Ref. DCN 200824F10646 w/ ALJ decision

OP UNIT PLEASE NOTE SS VENDOR IBI is RESPONSIBLE FOR RECOVERY OF OVERPAYMENT.
Copy OF OVERPAYMENT LETTER NEEDS TO BE SENT TO jfmattox@IBIonline.com

ALJ Award / Fully favorable

Offset differs from the award letter and is appropriate.

SSDI offset effective from 9/13/18 and ongoing
SSDI offset amount: $1,995.00/mo.

SS attorney fee: $3,500.00
SS retro benefits released per award letter

Per dep. screen, no eligible dep. exists; CS, please verify and refer back to OMS if eligible dep. exists.
Updated the following claims fields:
SS award date: 8/22/20
 SS retro start date: 9/1/18
 Atty. fee code: SS award

Sharon DeForge
Offset Management Specialist, Global Operations
Ph: 1-800-243-8786 ext. 54349 F: 1-800-230-9531
Email: Sharon.DeForge@Metlife.com
**MetLife – Always with you, building a more confident future.**

## MetLife COVID-19 Updates
https://www.metlife.com/COVID- 19 US Customer/

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use. dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

| | |
|---|---|
| Date: | Mon, 18 Apr 2022 3:29:46 PM (UTC) |
| Sent: | Mon, 18 Apr 2022 2:41:16 PM (UTC) |
| Subject: | RE: New appeal today is a late appeal file |
| To: | Hess, Ann Marie <acyr1@metlife.com>; |
| Attachments: | image001.jpg |

CA situs- fully insured -prejudice state- ERISA
LA residence

Term letter sent 4/15/2020 180th day 5/12/2021- EE stated COVID restrictions kept his providers from submitting medical, however he only submitted a HCP questionnaire, we have no medical since

---

**From:** Hess, Ann Marie <acyr1@metlife.com>
**Sent:** Monday, April 18, 2022 9:58 AM
**To:** Jones, Sara <sejones@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

Hi Sara

Please provide me with the Situs and residence of the claimant and review the CMG guidelines regarding notice and prejudice and the pandemic guidelines. Note if it is a notice and Prejudice state and if the date of the decision is within the pandemic guidelines

Also note if ERISA or non-ERISA

Review the Account Information sheet to see if there is any handling instructions on this group.

Please note the reason for late file.

Thanks

**Ann Marie Hess| Appeal Unit Leader | Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver**

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com

 **MetLife**
Navigating life together

---

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Monday, April 18, 2022 9:53 AM
**To:** Hess, Ann Marie <acyr1@metlife.com>
**Subject:** New appeal today is a late appeal file

701808216570-

Hello, should I schedule a CDM for this? The 180th day was 5/12/2021.

Let me know if you would like me to schedule a CDM.

Thanks

Sara Jones |LTD Appeal Specialist |MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

2229

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

**Date:**     Tue, 8 Nov 2022 9:09:42 PM (UTC)

**Sent:**     Tue, 8 Nov 2022 9:06:02 PM (UTC)

**Subject:**  new appeal assigned today

**To:**       Durante, Sarah <sdurante@metlife.com>; Kelly, Lisa <lmkelly@metlife.com>; Sherwood, Drew <drew.sherwood@metlife.com>;

LTD 701808216570 was assigned to Drew and he sent it over to me to look at it.

I upheld this decision 5/18/22, no appeal rights were given. We rec'd an 2nd appeal from the attny with new info including statements from the EE his family members duplicate and new medical records including a RL assessment, would this be a courtesy review?

The attny letter was referred to ARMP,

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

2230

| Date: | Mon, 18 Apr 2022 3:40:06 PM (UTC) |
| Sent: | Mon, 18 Apr 2022 3:40:04 PM (UTC) |
| Subject: | RE: New appeal today is a late appeal file |
| From: | Hess, Ann Marie |
| To: | Jones, Sara <sejones@metlife.com>; |
| Attachments: | image001.jpg |

We need to except the late filed appeal – document DPA with UL agreement.

**Ann Marie Hess| Appeal Unit Leader** | Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com

 **MetLife**

Navigating **life together**

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Monday, April 18, 2022 11:30 AM
**To:** Hess, Ann Marie <acyr1@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

CA situs- fully insured -prejudice state- ERISA
LA residence

Term letter sent 4/15/2020 180th day 5/12/2021 - EE stated COVID restrictions kept his providers from submitting medical, however he only submitted a HCP questionnaire, we have no medical since July 2020.

**From:** Hess, Ann Marie <acyr1@metlife.com>
**Sent:** Monday, April 18, 2022 9:58 AM
**To:** Jones, Sara <sejones@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

Hi Sara

Please provide me with the Situs and residence of the claimant and review the CMG guidelines regarding notice and prejudice and the pandemic guidelines. Note if it is a notice and Prejudice state and if the date of the decision is within the pandemic guidelines

Also note if ERISA or non-ERISA

Review the Account Information sheet to see if there is any handling instructions on this group.

Please note the reason for late file.

Thanks

**Ann Marie Hess| Appeal Unit Leader** | Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com



**MetLife**

Navigating life together

From: Jones, Sara <sejones@metlife.com>
Sent: Monday, April 18, 2022 9:53 AM
To: Hess, Ann Marie <acyr1@metlife.com>
Subject: New appeal today is a late appeal file

701808216570-

Hello, should I schedule a CDM for this? The 180th day was 5/12/2021.

Let me know if you would like me to schedule a CDM.

Thanks

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com


The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

| Date: | Wed, 23 Nov 2022 4:44:03 PM (UTC) |
| Sent: | Wed, 23 Nov 2022 4:44:01 PM (UTC) |
| Subject: | FW: DR ready Seneca LTD 701808216570 courtesy review letter |
| From: | Stachnik, Jackie |
| To: | Jones, Sara <sejones@metlife.com>; |
| CC: | Stachnik, Jackie <jstachnik@metlife.com>; |
| Attachments: | Seneca LTD courtesy reivew edits.pdf |

Hi Sara,

Good job! You can attach the initial appeal decision letter along with the updated IPC report with your courtesy review letter to the Atty.

Here is a example of some wording you can add to the end of your letter.

Please refer to the letter that was sent to you dated   for the final determination that remains unchanged.

You have exhausted your client's administrative remedies under the plan, no further appeals or reviews will be considered.

Jackie Stachnik | Sr.  Appeal Claim Support Specialist | Global Operations
MetLife, Inc. | Office: 1-315-792-2314 | Email: jstachnik@metlife.com
**MetLife-Always with you, building a more confident future**

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Wednesday, November 23, 2022 10:12 AM
**To:** Stachnik, Jackie <jstachnik@metlife.com>; Mangene, Jaci <jmangene@metlife.com>
**Subject:** DR ready Seneca LTD 701808216570 courtesy review letter


Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com


The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.

2233

MetLife Disability
PO Box 14590
Lexington, KY 40512-4590



**NOT FOR SERVICE OF LEGAL PROCESS**

November 23, 2022

Disability Claims
Metropolitan Life Insurance
Company
Claim Number: 701808216570
ID Number: 021378023
Plan: HP

J. Price McNamara
10455 Jefferson Highway
Ste 130
Baton Rouge, LA 70809

# Important information – Please review

## Why we are contacting you
This letter is in response to your October 31, 2022 letter requesting we review the additional evidence and reconsider our May 18, 2022 appeal decision.

## What you need to know
According to the HP LTD Plan, your client was entitled to one full and fair review.

MetLife notified Mr. Seneca by letter dated November 13, 2020 his LTD benefits were terminated beyond November 13, 2020 as the clinical evidence failed to support ongoing functional impairments that would have prevented him from returning to work.

Your client submitted an appeal letter on April 15, 2022. He explained the COVID pandemic prevented him from filing his appeal timely as he was unable to obtain his medical documentation. Included in his appeal letter was a questionnaire completed by Dr. Kevin Callerame dated December 23, 2020.

After a full and fair review of your client's LTD claim file, we completed our appeal decision on May 18, 2022 and determined to uphold the termination decision as the Independent Physician Consultant (IPC) Board Certified in Occupational Medicine opined the clinical evidence did not suggest your client's medical conditions were of such severity to warrant restrictions or limitations on his activities as of September 13, 2020 and continuing thereafter. On October 31, 2022, we received your appeal letter along with the affidavits from your client, your client's family members and friends, the restriction and limitations form completed by Dr. Callerame, as well as office visit notes from Dr. Michael Green, Dr. Bobby Dupre, Dr. Kevin Callerame and Dr. Phillip Padgett dating back to December 2017 through September 2022.

With this new information received, we referred the file back to the IPC Board Certified in Occupational Medicine, we asked the IPC to review the new information and to advise if the new information changed the prior decision.

The IPC opined; the new information does change their prior opinion. The IPC acknowledged the lumbar spine MRI from November 5, 2021 which showed degenerative disc changes most evident L4-5, however, the IPC noted, your client's clinical deficits were not evident until July 18, 2022, at which time the physical examination revealed that all modalities below the ankle had lost sensation, and the left was slightly higher than the right, and there were absent Achilles reflexes bilaterally. The IPC further noted, the Romberg test and tandem walk both were abnormal. The IPC also acknowledged your client continued to have highly active synovitis on examination on September 16, 2022, therefore, the IPC opined restrictions are indicated however only from July 18, 2022 and continuing thereafter. The IPC opined, the additional information did not support restrictions or limitations from September 13, 2020 through July 17, 2022.

The IPC noted the June 16, 2022 office note in which your client reported to Dr. Dupre he went to the dentist for tooth root scraping to help treat an underlying infection and he had stopped taking his prescriptions for the last two weeks. He further reported, that since having the treatment and being off of his medications, he feels better than he

2234

did before the procedure. He reported he was still experiencing joint pain and swelling, but that his pain is only a 5 out of 10 and is primarily in his lower back. He also reported he had been on clindamycin for about a month. The IPC also noted, according to a consultation with Dr. Callerame on July 18, 2022, your client was taking gabapentin 900mg three times a day which was then on hold due to side effects. Additionally, it was noted that your client had a history of diabetic neuropathy and low back pain while taking gabapentin and baclofen. The IPC further acknowledged the records which noted your client to be on chronic immunosuppressive therapy with methotrexate during a consultation with Dr. Dupre on September 6, 2022. On examination, your client still had highly active synovitis, and his condition worsened with each dose of Enbrel. Instead of biologic therapy, your client preferred to take pills. The IPC acknowledged your client's medical history significant for morbid obesity, rheumatoid arthritis, chronic pain, fatigue, psoriatic arthritis, peripheral neuropathy, fibromyalgia, mild lumbar mild lumbar degenerative disc disease L4-S1, bilateral periarticular osteopenia joints; erosive changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia, leukocytosis. The IPC opined, for the rheumatoid and psoriatic arthritis, your client thus far failed immunosuppressive therapy such as methotrexate secondary to inadequate response, Humira secondary to waning of effect, and Enbrel secondary to adverse reaction with worsening of inflammatory response. In a consult with Dr. Dupre on September 16, 2022, the claimant continued to have highly active synovitis on examination. He also complained of lower back pain which is evidenced on the November 5, 2021 MRI of the lumbar spine revealed degenerative disc changes, most notably at L4-5. On physical examination dated July 18, 2022 all modalities below the ankle had lost sensation, and the left was slightly higher than the right, and there were absent Achilles reflexes bilaterally. The Romberg test and tandem walk both were abnormal. The IPC further opined, for the diagnosis of morbid obesity, peripheral neuropathy, fibromyalgia, bilateral periarticular osteopenia joints; eros changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia, leukocytosis, there is limited data in the medical records or supportive imaging that could support functional or physical limitations, as such non-impairing. Taken this into consideration, the IPC opined, your client has a primary impairing condition of mild lumbar degenerative disc disease L4-S1, impairing as of July 18, 2022 and rheumatoid and psoriatic arthritis that warrants restrictions as of July 18, 2022 going forward. However, the IPC opined the clinical evidence does not support restrictions or limitations from September 13, 2020 through July 17, 2022.

We acknowledged and considered your appeal letter, the additional medical records as well as the affidavits from client and his family and friends. After a full review, the IPC opined the clinical evidence does not suggest your client's medical conditions warranted restrictions or limitations as of September 14, 2020 through July 17, 2022. The IPC opined the clinical evidence supports restrictions as of July 18, 2022 and beyond, however LTD benefits must be administered based on clinical evidence in which supports a continuous impairment. Therefore, in totality we have determined there is no supporting clinical evidence your client's medical conditions were of such severity to impact his activities from September 13, 2020 through July 17, 2022. As such, the previous appeal decision dated May 18, 2022 remains, and no LTD benefits will be issued.

## What you need to do
There is nothing you need to do at this time. Please keep this information for your records.

## We're here to help
You can reach Sara Jones, Appeal Specialist, by:

- Phone: 1-800-300-4296, ext. 2757
- Fax: 1-800-230-9531
- Email: DisabilityAppeals@mctlife.com

You may speak with a representative Monday through Friday at 1-800-300-4296 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

Date:          Wed, 9 Nov 2022 11:43:52 AM (UTC)

Sent:          Wed, 9 Nov 2022 11:43:51 AM (UTC)

Subject:       RE: new appeal assigned today

From:          Durante, Sarah

To:            Jones, Sara <sejones@metlife.com>; Kelly, Lisa <lmkelly@metlife.com>; Sherwood, Drew <drew.sherwood@metlife.com>;

CC:            Hess, Ann Marie <acyr1@metlife.com>;

Attachments:   image001.jpg

Sara,

I am unsure why this was on the TBA sheet yesterday.

I would recommend wait to see what ARMP suggests as appears you need to review entire medical( to make sure no duplicates etc) as a bit has come in after your decision on 5/18/2022. And it appears only 1 level appeal, ERISA and no additional appeal rights provided.

**Sarah A Durante  I Associate Manager-Appeals Grp Disab I Metlife**

5950 Airport Road Oriskany, NY 13424 I T- 315.792.6548 I  sdurante@metlife.com

 **MetLife**

**Navigating life together**

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Tuesday, November 8, 2022 4:10 PM
**To:** Durante, Sarah <sdurante@metlife.com>; Kelly, Lisa <lmkelly@metlife.com>; Sherwood, Drew <drew.sherwood@metlife.com>
**Subject:** new appeal assigned today

LTD 701808216570 was assigned to Drew and he sent it over to me to look at it.

I upheld this decision 5/18/22, no appeal rights were given. We rec'd an 2nd appeal from the attny with new info including statements from the EE his family members duplicate and new medical records including a RL assessment, would this be a courtesy review or full and fair review??

The attny letter was referred to ARMP,

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

2236

Date:           Mon, 18 Apr 2022 4:12:53 PM (UTC)
Sent:           Mon, 18 Apr 2022 4:01:16 PM (UTC)
Subject:        RE: New appeal today is a late appeal file
To:             Hess, Ann Marie <acyr1@metlife.com>;
Attachments:    image001.jpg

Ok, thanks.

**From:** Hess, Ann Marie <acyr1@metlife.com>
**Sent:** Monday, April 18, 2022 11:40 AM
**To:** Jones, Sara <sejones@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

We need to except the late filed appeal – document DPA with UL agreement.

**Ann Marie Hess| Appeal Unit Leader | Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver**

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com


**MetLife**
Navigating life together

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Monday, April 18, 2022 11:30 AM
**To:** Hess, Ann Marie <acyr1@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

CA situs- fully insured -prejudice state- ERISA
LA residence

Term letter sent 4/15/2020 180th day 5/12/2021 - EE stated COVID restrictions kept his providers from submitting medical, however he only submitted a HCP questionnaire, we have no medical since July 2020.

**From:** Hess, Ann Marie <acyr1@metlife.com>
**Sent:** Monday, April 18, 2022 9:58 AM
**To:** Jones, Sara <sejones@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

Hi Sara

Please provide me with the Situs and residence of the claimant and review the CMG guidelines regarding notice and prejudice and the pandemic guidelines. Note if it is a notice and Prejudice state and if the date of the decision is within the pandemic guidelines

Also note if ERISA or non-ERISA

Review the Account Information sheet to see if there is any handling instructions on this group.

Please note the reason for late file.

Thanks

**Ann Marie Hess| Appeal Unit Leader | Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver**

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com



**MetLife**
Navigating life together

---

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Monday, April 18, 2022 9:53 AM
**To:** Hess, Ann Marie <acyr1@metlife.com>
**Subject:** New appeal today is a late appeal file

701808216570-

Hello, should I schedule a CDM for this? The 180th day was 5/12/2021.

Let me know if you would like me to schedule a CDM.

Thanks

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

| Date: | Mon, 18 Apr 2022 1:57:52 PM (UTC) |
| --- | --- |
| Sent: | Mon, 18 Apr 2022 1:57:50 PM (UTC) |
| Subject: | RE: New appeal today is a late appeal file |
| From: | Hess, Ann Marie |
| To: | Jones, Sara <sejones@metlife.com>; |
| Attachments: | image001.jpg |

Hi Sara

Please provide me with the Situs and residence of the claimant and review the CMG guidelines regarding notice and prejudice and the pandemic guidelines. Note if it is a notice and Prejudice state and if the date of the decision is within the pandemic guidelines

Also note if ERISA or non-ERISA

Review the Account Information sheet to see if there is any handling instructions on this group.

Please note the reason for late file.

Thanks

**Ann Marie Hess| Appeal Unit Leader | Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver**

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com

 **MetLife**

**Navigating life together**

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Monday, April 18, 2022 9:53 AM
**To:** Hess, Ann Marie <acyr1@metlife.com>
**Subject:** New appeal today is a late appeal file

701808216570-

Hello, should I schedule a CDM for this? The 180th day was 5/12/2021.

Let me know if you would like me to schedule a CDM.

Thanks

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

| | |
|---|---|
| **Date:** | Fri, 11 Nov 2022 12:41:26 PM (UTC) |
| **Sent:** | Fri, 11 Nov 2022 12:41:25 PM (UTC) |
| **Subject:** | Assigned task |
| **From:** | Fisher, Andrea |
| **To:** | Jones, Sara <sejones@metlife.com>; Kelly, Lisa <lmkelly@metlife.com>; |

Sara-I was assigned a task for clm#701808216570, task was dated 11/9/22, follow up for AUL/ARMP review. Not sure what information was needed to be reviewed with the UL and does not appear that legal has reviewed the attorney letter as of yet. So I re-assigned the task for 11/11/22. Just wanted to let you know.

Thanks. Andrea

Andrea Fisher | LTD Appeal Specialist | Global Operations | MetLife, Inc. | Office Phone: 315.792.2445 | Fax: 844.380.0569 | E-mail: afisher1@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

2240

Date:       Tue, 8 Nov 2022 2:10:11 PM (UTC)
Sent:       Tue, 8 Nov 2022 2:10:10 PM (UTC)
Subject:    possible courtesy review
From:       Sherwood, Drew
To:         Jones, Sara <sejones@metlife.com>;
Attachments: image001.jpg
701808216570

Thank you,

Drew Sherwood  | Sr. Appeals Specialist | Global Operations | Group Health Claims | MetLife
5950 Airport Road, Oriskany, NY 13424 | Phone 1-800-300-4296 x 1790 | Fax 1-844-380-0569



The information contained in this message may be CONFIDENTIAL and is for the intended addressee only.
Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are
not the intended addressee, please notify the sender immediately and delete this message.

2242

| | |
|---|---|
| **Date:** | Mon, 18 Apr 2022 1:53:22 PM (UTC) |
| **Sent:** | Mon, 18 Apr 2022 1:53:23 PM (UTC) |
| **Subject:** | New appeal today is a late appeal file |
| **From:** | Jones, Sara |
| **To:** | Hess, Ann Marie <acyr1@metlife.com>; |

701808216570-

Hello, should I schedule a CDM for this? The 180th day was 5/12/2021.

Let me know if you would like me to schedule a CDM.

Thanks

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

| Date: | Mon, 18 Apr 2022 3:30:08 PM (UTC) |
|---|---|
| Sent: | Mon, 18 Apr 2022 3:30:09 PM (UTC) |
| Subject: | RE: New appeal today is a late appeal file |
| From: | Jones, Sara |
| To: | Hess, Ann Marie <acyr1@metlife.com>; |
| Attachments: | image001.jpg |

CA situs- fully insured -prejudice state- ERISA
LA residence

Term letter sent 4/15/2020 180th day 5/12/2021 - EE stated COVID restrictions kept his providers from submitting medical, however he only submitted a HCP questionnaire, we have no medical since July 2020.

From: Hess, Ann Marie <acyr1@metlife.com>
Sent: Monday, April 18, 2022 9:58 AM
To: Jones, Sara <sejones@metlife.com>
Subject: RE: New appeal today is a late appeal file

Hi Sara

Please provide me with the Situs and residence of the claimant and review the CMG guidelines regarding notice and prejudice and the pandemic guidelines. Note if it is a notice and Prejudice state and if the date of the decision is within the pandemic guidelines

Also note if ERISA or non-ERISA

Review the Account Information sheet to see if there is any handling instructions on this group.

Please note the reason for late file.

Thanks

**Ann Marie Hess| Appeal Unit Leader** | **Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver**

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com

 **MetLife**
Navigating life together

From: Jones, Sara <sejones@metlife.com>
Sent: Monday, April 18, 2022 9:53 AM
To: Hess, Ann Marie <acyr1@metlife.com>
Subject: New appeal today is a late appeal file

701808216570-

Hello, should I schedule a CDM for this? The 180th day was 5/12/2021.

Let me know if you would like me to schedule a CDM.

Thanks

Sara Jones | LTD Appeal Specialist | MetLife Disability

Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.

| | |
|---|---|
| Date: | Mon, 14 Nov 2022 7:58:00 PM (UTC) |
| Sent: | Mon, 14 Nov 2022 7:58:08 PM (UTC) |
| Subject: | RE: new appeal assigned today |
| From: | Jones, Sara |
| To: | Durante, Sarah <sdurante@metlife.com>; |
| CC: | Hess, Ann Marie <acyr1@metlife.com>; |
| Attachments: | image001.jpg |

Hello, I checked on this claim, it looks as though ARMP responded back to claims for handling on 11/3, I'm assuming they did see anything that required a response from them, so they referred out to us and was assigned out. I'm not sure how to proceed? Full and fair review or courtesy review??

Thanks.

From: Durante, Sarah <sdurante@metlife.com>
Sent: Wednesday, November 9, 2022 6:44 AM
To: Jones, Sara <sejones@metlife.com>; Kelly, Lisa <lmkelly@metlife.com>; Sherwood, Drew <drew.sherwood@metlife.com>
Cc: Hess, Ann Marie <acyr1@metlife.com>
Subject: RE: new appeal assigned today

Sara,
I am unsure why this was on the TBA sheet yesterday.
I would recommend wait to see what ARMP suggests as appears you need to review entire medical( to make sure no duplicates etc) as a bit has come in after your decision on 5/18/2022. And it appears only 1 level appeal, ERISA and no additional appeal rights provided.

**Sarah A Durante | Associate Manager-Appeals Grp Disab | Metlife**
5950 Airport Road Oriskany, NY 13424 l T- 315.792.6548 l  sdurante@metlife.com

 **MetLife**
Navigating life together

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message

From: Jones, Sara <sejones@metlife.com>
Sent: Tuesday, November 8, 2022 4:10 PM
To: Durante, Sarah <sdurante@metlife.com>; Kelly, Lisa <lmkelly@metlife.com>; Sherwood, Drew < drew.sherwood@metlife.com >
Subject: new appeal assigned today

LTD 701808216570 was assigned to Drew and he sent it over to me to look at it.

I upheld this decision 5/18/22, no appeal rights were given. We rec'd an 2nd appeal from the attny with new info including statements from the EE his family members duplicate and new medical records including a RL assessment, would this be a courtesy review or full and fair review??

The attny letter was referred to ARMP,

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are

| Date: | Wed, 9 Nov 2022 12:08:00 PM (UTC) |
| Sent: | Wed, 9 Nov 2022 12:08:54 PM (UTC) |
| Subject: | RE: new appeal assigned today |
| From: | Jones, Sara |
| To: | Durante, Sarah <sdurante@metlife.com >; Kelly, Lisa <lmkelly@metlife.com >; Sherwood, Drew <drew.sherwood@metlife.com >; |
| CC: | Hess, Ann Marie <acyr1@metlife.com >; |
| Attachments: | image001.jpg |

Ok thanks, I have a f/u for ARMP. I'll keep you posted

**From:** Durante, Sarah <sdurante@metlife.com >
**Sent:** Wednesday, November 9, 2022 6:44 AM
**To:** Jones, Sara <sejones@metlife.com >; Kelly, Lisa <lmkelly@metlife.com >; Sherwood, Drew <drew.sherwood@metlife.com >
**Cc:** Hess, Ann Marie <acyr1@metlife.com >
**Subject:** RE: new appeal assigned today

Sara,
I am unsure why this was on the TBA sheet yesterday.
I would recommend wait to see what ARMP suggests as appears you need to review entire medical( to make sure no duplicates etc) as a bit has come in after your decision on 5/18/2022. And it appears only 1 level appeal, ERISA and no additional appeal rights provided.

**Sarah A Durante | Associate Manager-Appeals Grp Disab | Metlife**
5950 Airport Road Oriskany, NY 13424 | T- 315.792.6548 l  sdurante@metlife.com
 **MetLife**
Navigating life together

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Tuesday, November 8, 2022 4:10 PM
**To:** Durante, Sarah <sdurante@metlife.com >; Kelly, Lisa <lmkelly@metlife.com >; Sherwood, Drew < drew.sherwood@metlife.com >
**Subject:** new appeal assigned today

LTD 701808216570 was assigned to Drew and he sent it over to me to look at it.

I upheld this decision 5/18/22, no appeal rights were given. We rec'd an 2nd appeal from the attny with new info including statements from the EE his family members duplicate and new medical records including a RL assessment, would this be a courtesy review or full and fair review??

The attny letter was referred to ARMP,

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

2247

| | |
|---|---|
| **Date:** | Wed, 23 Nov 2022 3:11:00 PM (UTC) |
| **Sent:** | Wed, 23 Nov 2022 3:11:37 PM (UTC) |
| **Subject:** | DR ready Seneca LTD 701808216570 courtesy review letter |
| **From:** | Jones, Sara |
| **To:** | Stachnik, Jackie <jstachnik@metlife.com>; Mangene, Jaci <jmangene@metlife.com>; |
| **Attachments:** | Seneca LTD courtesy reivew.pdf |

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

MetLife Disability
PO Box 14590
Lexington, KY 40512-4590

 **MetLife**

**NOT FOR SERVICE OF LEGAL PROCESS**

November 23, 2022

J. Price McNamara
10455 Jefferson Highway
Ste 130
Baton Rouge, LA 70809

Disability Claims
Metropolitan Life Insurance
Company
Claim Number: 701808216570
ID Number: 021378023
Plan: HP

# Important information – Please review

## Why we are contacting you

This letter is in response to your October 31, 2022 letter requesting we review the additional evidence and reconsider our May 18, 2022 appeal decision.

## What you need to know

According to the HP LTD Plan, your client was entitled to one full and fair review.

MetLife notified Mr. Seneca by letter dated November 13, 2020 his LTD benefits were terminated beyond November 13, 2020 as the clinical evidence failed to support ongoing functional impairments that would have prevented him from returning to work.

Your client submitted an appeal letter on April 15, 2022. He explained the COVID pandemic prevented him from filing his appeal timely as he was unable to obtain his medical documentation. Included in his appeal letter was a questionnaire completed by Dr. Kevin Callerame dated December 23, 2020.

After a full and fair review of your client's LTD claim file, we completed our appeal decision on May 18, 2022 and determined to uphold the termination decision as the Independent Physician Consultant (IPC) Board Certified in Occupational Medicine opined the clinical evidence did not suggest your client's medical conditions were of such severity to warrant restrictions or limitations on his activities as of September 13, 2020 and continuing thereafter. On October 31, 2022, we received your appeal letter along with the affidavits from your client, your client's family members and friends, the restriction and limitations form completed by Dr. Callerame, as well as office visit notes from Dr. Michael Green, Dr. Bobby Dupre, Dr. Kevin Callerame and Dr. Phillip Padgett dating back to December 2017 through September 2022.

With this new information received, we referred the file back to the IPC Board Certified in Occupational Medicine, we asked the IPC to review the new information and to advise if the new information changed the prior decision.

The IPC opined; the new information does change their prior opinion. The IPC acknowledged the lumbar spine MRI from November 5, 2021 which showed degenerative disc changes most evident L4-5, however, the IPC noted, your client's clinical deficits were not evident until July 18, 2022, at which time the physical examination revealed that all modalities below the ankle had lost sensation, and the left was slightly higher than the right, and there were absent Achilles reflexes bilaterally. The IPC further noted, the Romberg test and tandem walk both were abnormal. The IPC also acknowledged your client continued to have highly active synovitis on examination on September 16, 2022, therefore, the IPC opined restrictions are indicated however only from July 18, 2022 and continuing thereafter. The IPC opined, the additional information did not support restrictions or limitations from September 13, 2020 through July 17, 2022.

The IPC noted the June 16, 2022 office note in which your client reported to Dr. Dupre he went to the dentist for tooth root scraping to help treat an underlying infection and he had stopped taking his prescriptions for the last two weeks. He further reported, that since having the treatment and being off of his medications, he feels better than he

did before the procedure. He reported he was still experiencing joint pain and swelling, but that his pain is only a 5 out of 10 and is primarily in his lower back. He also reported he had been on clindamycin for about a month. The IPC also noted, according to a consultation with Dr. Callerame on July 18, 2022, your client was taking gabapentin 900mg three times a day which was then on hold due to side effects. Additionally, it was noted that your client had a history of diabetic neuropathy and low back pain while taking gabapentin and baclofen. The IPC further acknowledged the records which noted your client to be on chronic immunosuppressive therapy with methotrexate during a consultation with Dr. Dupre on September 6, 2022. On examination, your client still had highly active synovitis, and his condition worsened with each dose of Enbrel. Instead of biologic therapy, your client preferred to take pills. The IPC acknowledged your client's medical history significant for morbid obesity, rheumatoid arthritis, chronic pain, fatigue, psoriatic arthritis, peripheral neuropathy, fibromyalgia, mild lumbar mild lumbar degenerative disc disease L4-S1, bilateral periarticular osteopenia joints; erosive changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia, leukocytosis. The IPC opined, for the rheumatoid and psoriatic arthritis, your client thus far failed immunosuppressive therapy such as methotrexate secondary to inadequate response, Humira secondary to waning of effect, and Enbrel secondary to adverse reaction with worsening of inflammatory response. In a consult with Dr. Dupre on September 16, 2022, the claimant continued to have highly active synovitis on examination. He also complained of lower back pain which is evidenced on the November 5, 2021 MRI of the lumbar spine revealed degenerative disc changes, most notably at L4-5. On physical examination dated July 18, 2022 all modalities below the ankle had lost sensation, and the left was slightly higher than the right, and there were absent Achilles reflexes bilaterally. The Romberg test and tandem walk both were abnormal. The IPC further opined, for the diagnosis of morbid obesity, peripheral neuropathy, fibromyalgia, bilateral periarticular osteopenia joints; eros changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia, leukocytosis, there is limited data in the medical records or supportive imaging that could support functional or physical limitations, as such non-impairing. Taken this into consideration, the IPC opined, your client has a primary impairing condition of mild lumbar degenerative disc disease L4-S1, impairing as of July 18, 2022 and rheumatoid and psoriatic arthritis that warrants restrictions as of July 18, 2022 going forward. However, the IPC opined the clinical evidence does not support restrictions or limitations from September 13, 2020 through July 17, 2022.

We acknowledged and considered your appeal letter, the additional medical records as well as the affidavits from client and his family and friends. After a full review, the IPC opined the clinical evidence does not suggest your client's medical conditions warranted restrictions or limitations as of September 14, 2020 through July 17, 2022. The IPC opined the clinical evidence supports restrictions as of July 18, 2022 and beyond, however LTD benefits must be administered based on clinical evidence in which supports a continuous impairment. Therefore, in totality we have determined there is no supporting clinical evidence your client's medical conditions were of such severity to impact his activities from September 13, 2020 through July 17, 2022. As such, the previous appeal decision dated May 18, 2022 remains, and no LTD benefits will be issued.

## What you need to do
There is nothing you need to do at this time. Please keep this information for your records.

## We're here to help
You can reach Sara Jones, Appeal Specialist, by:

- Phone: 1-800-300-4296, ext. 2757
- Fax: 1-800-230-9531
- Email: DisabilityAppeals@mctlifc.com

You may speak with a representative Monday through Friday at 1-800-300-4296 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

2249

| | |
|---|---|
| **Date:** | Wed, 18 May 2022 7:37:48 PM (UTC) |
| **Sent:** | Wed, 18 May 2022 7:37:49 PM (UTC) |
| **Subject:** | scan only 701808216570 scan only |
| **From:** | Jones, Sara |
| **To:** | DISABILITY_EMAIL_OGC <DISABILITYEMAILOGC@METLIFE.COM>; |
| **Attachments:** | DR - Jason Seneca - Sara Jones.docx |

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

Date:     Tue, 8 Nov 2022 9:10:00 PM (UTC)
Sent:     Tue, 8 Nov 2022 9:10:07 PM (UTC)
Subject:  new appeal assigned today
From:     Jones, Sara
To:       Durante, Sarah <sdurante@metlife.com>; Kelly, Lisa <lmkelly@metlife.com>; Sherwood, Drew <drew.sherwood@metlife.com>;

---

LTD 701808216570 was assigned to Drew and he sent it over to me to look at it.

I upheld this decision 5/18/22, no appeal rights were given. We rec'd an 2nd appeal from the attny with new info including statements from the EE his family members duplicate and new medical records including a RL assessment, would this be a courtesy review or full and fair review??

The attny letter was referred to ARMP,

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

**Date:**        Tue, 17 May 2022 3:44:07 PM (UTC)

**Sent:**        Tue, 17 May 2022 3:44:09 PM (UTC)

**Subject:**    DR ready SENECA LTD 701808216570 45th day 5/30/2022

**From:**       Jones, Sara

**To:**          Dewey, Christine <cdewey@metlife.com>;

**Attachments:**   SENECA 701808216570 uphold AO denial.pdf

---

http://calligodocsvcssisc/calligodms/livelink.exe/fetch/2001/268146/1862649/1862412/195246461/147322404/182452616/197773003/197773007/190029 - HP_Inc_-_190029-2-G_-_Cert2A_(LTD)_09-01-16.pdf?nodeid=225599228&vernum=-2

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

MetLife Disability
PO Box 14592
Lexington, KY 40512-4592

 **MetLife**

NOT **FOR SERVICE OF LEGAL PROCESS**

May 17, 2022

Jason Seneca
549 Georgia Ave
Port Allen, LA 70767-2409

Disability Claims
Metropolitan Life Insurance Company
Claim number: 701808216570
ID number: 021378023
Plan: HP

# Important information about your appeal – Please review

## Why we're contacting you

We have completed our review of your appeal of the termination of your Long Term Disability claim.

## What you need to know

For the reasons detailed below, we are upholding the termination of your claim based on our conclusion that you do not satisfy the requirements of the plan referenced above (the Plan).

We have determined that we are unable to approve benefits on your claim beyond November 13, 2020 because because as of September 13, 2020 and continuing thereafter the clinical evidence provided does not demonstrate your medical conditions are of such severity to warrant the placement of restrictions or limitations on your activities. Therefore, the definition of disability was no longer satisfied, and no further LTD benefits will be payable beyond November 13, 2020.

Our review found your last day worked as an IT Service Delivery Representative was March 16, 2018. During a September 24, 2018 interview, you advised you were assigned to office buildings servicing 200 printers for HP. You were responsible for maintaining the printers and conducting onsite repairs. You reported at times needing to move the printers, and your job required you to bend, stoop and crawl in addition to walking and standing for extended periods of time.

You were unable to work on March 17, 2018 due to joint pain, fatigue, difficulty walking and grasping. After satisfying the 180-day elimination period, your LTD benefits were approved on September 18, 2018. You were notified by letter dated November 13, 2020, your claim for LTD benefits was terminated effective November 14, 2020 as the clinical evidence failed to support ongoing functional impairments that would prevent you from performing the duties of your usual occupation, as of September 13, 2020 and continuing thereafter, therefore you no longer met the definition of disability.

MetLife received your appeal request on April 15, 2022. You explained the covid pandemic delayed you from filing the appeal timely as it has created extreme delays in acquiring documentation. You also advised your medical condition also creates difficulty with executive function. You expressed concerns with communications between MetLife and your treating providers, as well as the findings from the Independent Physician Consultant (IPC) report. You advised you were under constant care by your treating providers from September 13, 2020 and beyond for multiple medical conditions including fibromyalgia. You advised you were taking gabapentin, flexeril and baclofen. You advised your condition had not stabilized by pain medications and the IPC's opinions have no basis. You claimed that MetLife did not request specific records and you were not examined by the IPC or any other medical professional at MetLife's request. You explained rheumatoid and psoriatic arthritis are chronic conditions with no known cure, and you felt the decision to deny your benefits due to temporary improvement seemed contrived. You also stated that MetLife did not provide any examples of occupations or explained how your physical capacity could full fill occupations. In addition to your letter, you included a questionnaire completed by Neurologist, Dr. Kevin Callerame dated December 23, 2020. You stated, his opinion proves your condition would prevent you from working efficiently for more than 25% of a typical workday. You stated any occupation that could accommodate the restrictions and still qualify as gainful employment was difficult to imagine, especially for an immunocompromised person at the height of the covid pandemic. You stated that MetLife's decision has negatively impacted your life in numerous ways and has caused financial, emotional and personal losses. You stated the downstream of effects on your health are substantial and irreversible. You advised you were forced to withdraw from long term investments in

order to pay your monthly expenses which resulted in lost financial opportunities and stock growth. You also stated the decision to terminate your benefits resulted in your termination from your employment, which included your enrollment in health and life insurance benefits. You asked we evaluate your appeal with a genuine sense of fairness and compassion. You advised you felt the decision was unfair perfunctory, specious and remiss, and you were saddened by the careless manner in which MetLife handled your decision. You also included copies of MetLife Auto and Home advertisements that were addressed to you. These documents are irrelevant to your LTD benefits and were not considered for this appeal review.

On April 18, 2022, we sent the appeal acknowledgement letter and left you a voice mail requesting a return call to discuss your LTD appeal; however we did not receive a return call.

To assist in our review, your file was referred to an IPC Board Certified in Occupational Medicine. We asked the IPC to review your file and provide an opinion of your functionality as of September 13, 2020 and continuing there after based on the clinical evidence available.

On April 22, 2022, the IPC called out to Dr. Padgett, Dr. Dupre, and Dr. Callerame's offices and left messages for return calls to discuss your file. To date, we have not received a return call from the providers. The IPC opined, considering both the subjective and clinical information the evidence does not suggest you suffered from a medical condition or combination of conditions of such severity to warrant restrictions or limitations for the time period as of September 13, 2020 and beyond. The IPC acknowledged your medical history significant of morbid obesity, rheumatoid arthritis, chronic pain, fatigue, psoriatic arthritis, peripheral neuropathy, fibromyalgia, mild lumbar DDD, L4-S1, bilateral periarticular osteopenia joints; erosive changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia and leukocytosis. The IPC also acknowledged the December 23, 2020 questionnaire which stated you were experiencing pain caused from spine degeneration and peripheral neuropathy. According to Dr. Callerame, the pain was significant enough to limit your function but could be improved through chronic medications. The IPC opined, the overall clinical picture shows that you had several self-reported complaints about rheumatoid arthritis, chronic pain, psoriatic arthritis, peripheral neuropathy, and fibromyalgia. Per the IPC, the symptoms of these conditions can be alleviated or improved by medication compliance, physical therapy, home exercises, and constant follow-up. Therefore, based on the clinical information available for review, the IPC opined you did not have significant impairments in your function to warrant restrictions or limitations for the time period in review.

In an effort to ensure we had considered all available clinical evidence, on April 29, 2022, we sent a copy of the IPC report to Dr. Padgett, Dr. Dupre, and Dr. Callerame. We asked your providers if they are not in agreement with the report, to submit additional clinical evidence in support of their conclusions. We asked they respond no later than May 10, 2022. We also sent you a letter on April 29, 2022 to advise of this process. To date we have not received a response from your providers.

We have received notice that your application for Social Security Disability Insurance (SSDI) benefits has been approved. We previously notified you that you may submit your SSDI claim file to us however, we have not received it. Please note that the award of SSDI benefits does not guarantee the approval or continuation of disability benefits under a private plan. The Social Security Administration's (SSA) decision is based on different standards than the Plan. In addition,

you were approved for LTD benefits through November 13, 2020 on good faith while the review determined you continued to meet the definition of disability. However you failed to provide clinical evidence to serve as proof of your continuing disability. While SSDI may not require updated medical documentation, the LTD Plan requires continuous proof.

The Plan states,

"Proof means Written evidence satisfactory to Us that a person has satisfied the conditions and requirements for any benefit described in this certificate. When a claim is made for any benefit described in this certificate,

Proof must establish:

- the nature and extent of the loss or condition;
- Our obligation to pay the claim; and
- the claimant's right to receive payment.

Proof must be provided at the claimant's expense."

We acknowledged and considered your conditions of rheumatoid arthritis, psoriatic arthritis, peripheral neuropathy, fibromyalgia, as well as lumbar degenerative disc disease. We also acknowledge you feel your medical conditions render you disabled however, LTD benefits must be administered in accordance with your employer's Plan, and this requires that your disability is medically substantiated with clinical evidence. In your appeal letter you stated the covid pandemic caused your delay in obtaining medical documentation. You also reported you were in constant treatment with your providers, however you failed to present any clinical evidence other than a questionnaire that was completed by Dr. Callerame on December 23, 2020. The last office visit note we have on file for appeal review is dated July 22, 2020 from Dr. Callerame which indicated you were doing well, and your pain had improved with medications. Furthermore, on October 6, 2020, Dr. Pagett responded to the previous IPC report and noted they did not have you on restrictions or limitations. You stated the covid emergency has extended the response time for SSDI, however, the records show you were awarded SSDI on August 20, 2020. On August 26, 2020 and again October 26, 2020, you were notified that MetLife was aware you were awarded SSDI benefits and encouraged you to submit the SSDI claim file that may contain additional medical records, vocational information or independent medical exams. To date, you failed to provide a copy of your SSDI claim file. Furthermore, on September 11, 2020 you were reminded in order to remain eligible for benefits proof of disability must be submitted at your expense. You were advised your LTD benefits would continue on good faith while the review continued, however no additional medical documentation was submitted. Based on our appeal review, which included the opinion of the IPC as noted above, the clinical evidence does not demonstrate as of September 13, 2020 and continuing thereafter your medical conditions require restrictions or limitations on your activities including your ability to perform with reasonable continuity, the substantial and material acts of your usual occupation. Therefore, on appeal we find the previous decision to terminate your LTD benefits was appropriate, and as such, your benefits will remain terminated beyond November 13, 2020 and no further benefits are payable.

We relied upon the Plan documents in making this benefit decision. Other guidelines, protocols, standards, or similar criteria of the Plan do not exist.

## What you need to do
This review constitutes MetLife's final determination on Appeal in accordance with the Plan and federal law. There is nothing you need to do. Please keep this information for your records.

## We're here to help
You can reach your Appeals Specialist, Sara Jones, by:

- Phone: 1-800-300-4296, ext. 2757
- Fax: 1-844-380-0569
- Email: DisabilityAppeals@metlife.com

If Sara Jones is not available, you may speak with a representative Monday through Friday at 1-800-300-4296 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

## Additional information
The Plan's definition of Disability states,

"Disability or Disabled means that as a result of Sickness or injury You are either Totally Disabled or Partially Disabled.

Totally Disabled or Total Disability means:

During the Elimination Period and the next 24 months, You are unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue Your Usual Occupation in the usual and customary way.

After such period, You are not able to engage with reasonable continuity in any occupation in which You could reasonably be expected to perform satisfactorily in light of Your:

- age;
- education;
- training;
- experience;

2255

- station in life; and

physical and mental capacity

that exists within any of the following locations:

a reasonable distance or travel time from Your residence in light of the commuting practices of Your community;

a distance of travel time equivalent to the distance or travel time You traveled to work before becoming disabled; or

the regional labor market, if You reside or resided prior to becoming disabled in a metropolitan area. Partially Disabled or Partial Disability means while actually working in an occupation, You are unable to earn 80% or more of Your Predisability Earnings.

If You are Partially Disabled and have received a Monthly Benefit for 12 months, We will adjust Your Predisability Earnings only for the purposes of determining whether You continue to be Partially Disabled and for calculating the Return to Work Incentive, if any. We will make the initial adjustment as follows:

We will add to Your Predisability Earnings an amount equal to the product of:

- Your Predisability Earnings times

- the annual rate of increase in the Consumer Price Index for the prior calendar year.


Annually thereafter, We will add an amount to Your adjusted Predisability Earnings calculated by the method set forth above but substituting Your adjusted Predisability Earnings from the prior year for Your Predisability Earnings. This adjustment is not a cost of living benefit.

For purposes of determining whether a Disability is the direct result of an injury, the Disability must have occurred within 90 days of the injury and not as a result of Sickness.

If Your occupation requires a license, the fact that You lose Your license for any reason will not, in itself, constitute Disability."

- We will give you free copies of any documents or records we have related to your claim if you requests them in writing.

If we deny your appeal (in whole or in part), you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. Section 1132(a). The plan limits the amount of time you have to file this civil action. The last date to file this action is May 18, 2025

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

| | |
|---|---|
| Date: | Mon, 18 Apr 2022 4:18:00 PM (UTC) |
| Sent: | Mon, 18 Apr 2022 4:18:02 PM (UTC) |
| Subject: | RE: New appeal today is a late appeal file |
| From: | Jones, Sara |
| To: | Hess, Ann Marie <acyr1@metlife.com>; |
| Attachments: | image001.jpg |

Ok, thanks.

---

**From:** Hess, Ann Marie <acyr1@metlife.com>
**Sent:** Monday, April 18, 2022 11:40 AM
**To:** Jones, Sara <sejones@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

We need to except the late filed appeal – document DPA with UL agreement.

**Ann Marie Hess| Appeal Unit Leader | Short and Long Term Disability Claims l Accident and Health I Critical Illness l Waiver**

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com

 **MetLife**

**Navigating life together**

---

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Monday, April 18, 2022 11:30 AM
**To:** Hess, Ann Marie <acyr1@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

CA situs- fully insured -prejudice state- ERISA
LA residence

Term letter sent 4/15/2020 180th day 5/12/2021 - EE stated COVID restrictions kept his providers from submitting medical, however he only submitted a HCP questionnaire, we have no medical since July 2020.

---

**From:** Hess, Ann Marie <acyr1@metlife.com>
**Sent:** Monday, April 18, 2022 9:58 AM
**To:** Jones, Sara <sejones@metlife.com>
**Subject:** RE: New appeal today is a late appeal file

Hi Sara

Please provide me with the Situs and residence of the claimant and review the CMG guidelines regarding notice and prejudice and the pandemic guidelines. Note if it is a notice and Prejudice state and if the date of the decision is within the pandemic guidelines

Also note if ERISA or non-ERISA

Review the Account Information sheet to see if there is any handling instructions on this group.

Please note the reason for late file.

Thanks

**Ann Marie Hess| Appeal Unit Leader | Short and Long Term Disability Claims l Accident and Health I Critical Illness I Waiver**

MetLife, Inc. | (office) 800-300-4296 ext 1741   (email) acyr1@metlife.com



**Navigating life together**

---

**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Monday, April 18, 2022 9:53 AM
**To:** Hess, Ann Marie <acyr1@metlife.com>
**Subject:** New appeal today is a late appeal file

701808216570-

Hello, should I schedule a CDM for this? The 180th day was 5/12/2021.

Let me know if you would like me to schedule a CDM.

Thanks

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

| | |
|---|---|
| Date: | Wed, 18 May 2022 12:35:20 PM (UTC) |
| Sent: | Wed, 18 May 2022 12:35:17 PM (UTC) |
| Subject: | DR completed - Seneca |
| From: | Dewey, Christine |
| To: | Jones, Sara <sejones@metlife.com>; |
| CC: | Hess, Ann Marie <acyr1@metlife.com>; |
| Attachments: | SENECA letter with corrections.pdf; DR - Jason Seneca - Sara Jones.docx; Teamthink - Jason Seneca - Sara Jones.pdf; image001.jpg |

Hi Sara,

Please proceed.

Please let me know if you have any questions or want to discuss.


Thank you

**Christine Dewey** | Sr. Appeal Claims Support Specialist | Global Operations | MetLife
5950 Airport Road, Oriskany, NY 13424 | T. +1-315-792-2448 | cdewey@metlife.com

 **MetLife**
Navigating life together

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.


**From:** Jones, Sara <sejones@metlife.com>
**Sent:** Tuesday, May 17, 2022 11:44 AM
**To:** Dewey, Christine <cdewey@metlife.com>
**Subject:** DR ready SENECA LTD 701808216570 45th day 5/30/2022

http://calligodocsvcssisc/calligodms/livelink.exe/fetch/2001/268146/1862649/1862412/195246461/147322404/182452616/197773003/197773007/190029_-_HP_Inc_-_190029-2-G_-_Cert2A_(LTD)_09-01-16.pdf?nodeid=225599228&vernum=-2

Sara Jones | LTD Appeal Specialist | MetLife Disability
Phone: (800) 300- 4296 ext 2757 | Email: sejones@metlife.com


The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

MetLife Disability
PO Box 14592
Lexington, KY 40512-4592



**NOT FOR SERVICE OF LEGAL PROCESS**

May 17, 2022

Jason Seneca
549 Georgia Ave
Port Allen, LA 70767-2409

Disability Claims
Metropolitan Life Insurance Company
Claim number: 701808216570
ID number: 021378023
Plan: HP

## Important information about your appeal – Please review

### Why we're contacting you

We have completed our review of your appeal of the termination of your Long Term Disability claim.

### What you need to know

For the reasons detailed below, we are upholding the termination of your claim based on our conclusion that you do not satisfy the requirements of the plan referenced above (the Plan).

We have determined that we are unable to approve benefits on your claim beyond November 13, 2020 because because as of September 13, 2020 and continuing thereafter the clinical evidence provided does not demonstrate your medical conditions are of such severity to warrant the placement of restrictions or limitations on your activities. Therefore, the definition of disability was no longer satisfied, and no further LTD benefits will be payable beyond November 13, 2020.

Our review found your last day worked as an IT Service Delivery Representative was March 16, 2018. During a September 24, 2018 interview, you advised you were assigned to office buildings servicing 200 printers for HP. You were responsible for maintaining the printers and conducting onsite repairs. You reported at times needing to move the printers, and your job required you to bend, stoop and crawl in addition to walking and standing for extended periods of time.

You were unable to work on March 17, 2018 due to joint pain, fatigue, difficulty walking and grasping. After satisfying the 180-day elimination period, your LTD benefits were approved on September 18, 2018. You were notified by letter dated November 13, 2020, your claim for LTD benefits was terminated effective November 14, 2020 as the clinical evidence failed to support ongoing functional impairments that would prevent you from performing the duties of your usual occupation, as of September 13, 2020 and continuing thereafter, therefore you no longer met the definition of disability.

MetLife received your appeal request on April 15, 2022. You explained the covid pandemic delayed you from filing the appeal timely as it has created extreme delays in acquiring documentation. You also advised your medical condition also creates difficulty with executive function. You expressed concerns with communications between MetLife and your treating providers, as well as the findings from the Independent Physician Consultant (IPC) report. You advised you were under constant care by your treating providers from September 13, 2020 and beyond for multiple medical conditions including fibromyalgia. You advised you were taking gabapentin, flexeril and baclofen. You advised your condition had not stabilized by pain medications and the IPC's opinions have no basis. You claimed that MetLife did not request specific records and you were not examined by the IPC or any other medical professional at MetLife's request. You explained rheumatoid and psoriatic arthritis are chronic conditions with no known cure, and you felt the decision to deny your benefits due to temporary improvement seemed contrived. You also stated that MetLife did not provide any examples of occupations or explained how your physical capacity could fulfill occupations. In addition to your letter, you included a questionnaire completed by Neurologist, Dr. Kevin Callerame dated December 23, 2020. You stated, his opinion proves your condition would prevent you from working efficiently for more than 25% of a typical workday. You stated any occupation that could accommodate the restrictions and still qualify as gainful employment was difficult to imagine, especially for an immunocompromised person at the height of the covid pandemic. You stated that MetLife's decision has negatively impacted your life in numerous ways and has caused financial, emotional and personal losses. You stated the downstream of effects on your health are substantial and irreversible. You advised you were forced to withdraw from long term investments in

order to pay your monthly expenses which resulted in lost financial opportunities and stock growth. You also stated the decision to terminate your benefits resulted in your termination from your employment, which included your enrollment in health and life insurance benefits. You asked we evaluate your appeal with a genuine sense of fairness and compassion. You advised you felt the decision was unfair perfunctory, specious and remiss, and you were saddened by the careless manner in which MetLife handled your decision. You also included copies of MetLife Auto and Home advertisements that were addressed to you. These documents are irrelevant to your LTD benefits and were not considered for this appeal review.

On April 18, 2022, we sent the appeal acknowledgement letter and left you a voice mail requesting a return call to discuss your LTD appeal; however we did not receive a return call.

To assist in our review, your file was referred to an IPC Board Certified in Occupational Medicine. We asked the IPC to review your file and provide an opinion of your functionality as of September 13, 2020 and continuing there after based on the clinical evidence available.

On April 22, 2022, the IPC called out to Dr. Padgett, Dr. Dupre, and Dr. Callerame's offices and left messages for return calls to discuss your file. To date, we have not received a return call from the providers. The IPC opined, considering both the subjective and clinical information the evidence does not suggest you suffered from a medical condition or combination of conditions of such severity to warrant restrictions or limitations for the time period as of September 13, 2020 and beyond. The IPC acknowledged your medical history significant of morbid obesity, rheumatoid arthritis, chronic pain, fatigue, psoriatic arthritis, peripheral neuropathy, fibromyalgia, mild lumbar DDD L4-S1, bilateral periarticular osteopenia joints; erosive changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia and leukocytosis. The IPC also acknowledged the December 23, 2020 questionnaire which stated you were experiencing pain caused from spine degeneration and peripheral neuropathy. According to Dr. Callerame, the pain was significant enough to limit your function but could be improved through chronic medications. The IPC opined, the overall clinical picture shows that you had several self-reported complaints about rheumatoid arthritis, chronic pain, psoriatic arthritis, peripheral neuropathy, and fibromyalgia. Per the IPC, the symptoms of these conditions can be alleviated or improved by medication compliance, physical therapy, home exercises, and constant follow-up. Therefore, based on the clinical information available for review, the IPC opined you did not have significant impairments in your function to warrant restrictions or limitations for the time period in review.

In an effort to ensure we had considered all available clinical evidence, on April 29, 2022, we sent a copy of the IPC report to Dr. Padgett, Dr. Dupre, and Dr. Callerame. We asked your providers if they are not in agreement with the report, to submit additional clinical evidence in support of their conclusions. We asked they respond no later than May 10, 2022. We also sent you a letter on April 29, 2022 to advise of this process. To date we have not received a response from your providers.

We have received notice that your application for Social Security Disability Insurance (SSDI) benefits has been approved. We previously notified you that you may submit your SSDI claim file to us however, we have not received it. Please note that the award of SSDI benefits does not guarantee the approval or continuation of disability benefits under a private plan. The Social Security Administration's (SSA) decision is based on different standards than the Plan. In addition,

you were approved for LTD benefits through November 13, 2020 on good faith while the review determined you continued to meet the definition of disability. However you failed to provide clinical evidence to serve as proof of your continuing disability. While SSDI may not require updated medical documentation, the LTD Plan requires continuous proof.

The Plan states,

"Proof means Written evidence satisfactory to Us that a person has satisfied the conditions and requirements for any benefit described in this certificate. When a claim is made for any benefit described in this certificate,

Proof must establish:

- the nature and extent of the loss or condition;
- Our obligation to pay the claim; and
- the claimant's right to receive payment.

2261

Proof must be provided at the claimant's expense."

We acknowledged and considered your conditions of rheumatoid arthritis, psoriatic arthritis, peripheral neuropathy, fibromyalgia, as well as lumbar degenerative disc disease. We also acknowledge you feel your medical conditions render you disabled however, LTD benefits must be administered in accordance with your employer's Plan, and this requires that your disability is medically substantiated with clinical evidence. In your appeal letter you stated the covid pandemic caused your delay in obtaining medical documentation. You also reported you were in constant treatment with your providers, however you failed to present any clinical evidence other than a questionnaire that was completed by Dr. Callerame on December 23, 2020. The last office visit note we have on file for appeal review is dated July 22, 2020 from Dr. Callerame which indicated you were doing well, and your pain had improved with medications. Furthermore, on October 6, 2020, Dr. Pagett responded to the previous IPC report and noted they did not have you on restrictions or limitations. You stated the covid emergency has extended the response time for SSDI, however, the records show you were awarded SSDI on August 20, 2020. On August 26, 2020 and again October 26, 2020, you were notified that MetLife was aware you were awarded SSDI benefits and encouraged you to submit the SSDI claim file that may contain additional medical records, vocational information or independent medical exams. To date, you failed to provide a copy of your SSDI claim file. Furthermore, on September 11, 2020 you were reminded in order to remain eligible for benefits proof of disability must be submitted at your expense. You were advised your LTD benefits would continue on good faith while the review continued, however no additional medical documentation was submitted. Based on our appeal review, which included the opinion of the IPC as noted above, the clinical evidence does not demonstrate as of September 13, 2020 and continuing thereafter your medical conditions require restrictions or limitations on your activities including your ability to perform with reasonable continuity, the substantial and material acts of your usual occupation. Therefore, on appeal we find the previous decision to terminate your LTD benefits was appropriate, and as such, your benefits will remain terminated beyond November 13, 2020 and no further benefits are payable.

We relied upon the Plan documents in making this benefit decision. Other guidelines, protocols, standards, or similar criteria of the Plan do not exist.

## What you need to do

This review constitutes MetLife's final determination on Appeal in accordance with the Plan and federal law. There is nothing you need to do. Please keep this information for your records.

## We're here to help

You can reach your Appeals Specialist, Sara Jones, by:

- Phone: 1-800-300-4296, ext. 2757
- Fax: 1-844-380-0569
- Email: DisabilityAppeals@metlife.com

If Sara Jones is not available, you may speak with a representative Monday through Friday at 1-800-300-4296 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

## Additional information

The Plan's definition of Disability states,

"Disability or Disabled means that as a result of Sickness or injury You are either Totally Disabled or Partially Disabled.

Totally Disabled or Total Disability means:

During the Elimination Period and the next 24 months, You are unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue Your Usual Occupation in the usual and customary way.

After such period, You are not able to engage with reasonable continuity in any occupation in which You could reasonably be expected to perform satisfactorily in light of Your:

- age;
- education;
- training;
- experience;

2262

- station in life; and

physical and mental capacity

that exists within any of the following locations:

a reasonable distance or travel time from Your residence in light of the commuting practices of Your community;

a distance of travel time equivalent to the distance or travel time You traveled to work before becoming disabled; or

the regional labor market, if You reside or resided prior to becoming disabled in a metropolitan area. Partially Disabled or Partial Disability means while actually working in an occupation, You are unable to earn 80% or more of Your Predisability Earnings.

If You are Partially Disabled and have received a Monthly Benefit for 12 months, We will adjust Your Predisability Earnings only for the purposes of determining whether You continue to be Partially Disabled and for calculating the Return to Work Incentive, if any. We will make the initial adjustment as follows:

We will add to Your Predisability Earnings an amount equal to the product of:

- Your Predisability Earnings times

- the annual rate of increase in the Consumer Price Index for the prior calendar year.

Annually thereafter, We will add an amount to Your adjusted Predisability Earnings calculated by the method set forth above but substituting Your adjusted Predisability Earnings from the prior year for Your Predisability Earnings. This adjustment is not a cost of living benefit.

For purposes of determining whether a Disability is the direct result of an injury, the Disability must have occurred within 90 days of the injury and not as a result of Sickness.

If Your occupation requires a license, the fact that You lose Your license for any reason will not, in itself, constitute Disability."

- We will give you free copies of any documents or records we have related to your claim if you requests them in writing.

If we deny your appeal (in whole or in part), you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. Section 1132(a). The plan limits the amount of time you have to file this civil action. The last date to file this action is May 18, 2025

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

| | |
|---|---|
| **Date:** | Thu, 27 Aug 2020 12:29:39 PM (UTC) |
| **Sent:** | Thu, 27 Aug 2020 12:29:42 PM (UTC) |
| **Subject:** | {MetLife Secure Message} 701808216570 |
| **From:** | Burdick, Pauline |
| **To:** | jfmattox@ibionline.com; |
| **Attachments:** | 08.27.20 - Jason Seneca - 701808216570.pdf |

Please see attached letter sent to the claimant, Jason Seneca
OP balance: **$42,385.00**

Thank you for your time,

**Pauline Burdick** | Overpayment Claims Specialist | Global Claims | Field Claims Services | MetLife
5950 Airport Rd Oriskany, NY 13424 | 800-300-4296 ext: 2356 | pauline.burdick@metlife.com

2264

MetLife Disability
Overpayment Recovery Unit
PO Box 6171
Utica, NY 13504-6171

 **MetLife**

NOT **FOR SERVICE OF LEGAL PROCESS**

August 27, 2020

Jason Seneca
549 Georgia Ave
Port Allen, LA 70767-2409

Disability Claims
Metropolitan Life Insurance Company
LTD Claim number: 701808216570
ID number: 021378023
Plan: HP

## Important information about your claim – Please respond

### Why we're contacting you

This notice outlines what you need to know about your Long Term Disability (LTD) claim under the plan referenced above (the Plan).

### What you need to know

Receipt of other income as defined by the Plan may result in an offset to your LTD benefit payments. Because the benefit payments you previously received were not reduced by the amount of other income, an overpayment has resulted. The Plan or applicable law requires that you promptly repay the overpayment in full. Please refer to the Plan or applicable law for additional information.

Our records shows that you have been awarded the following other income.

| Other Income Type | Amount | Effective Date | End Date |
|---|---|---|---|
| Primary Social Security Disability | $1,995.00 | September 13, 2018 | May 2, 2047 |

Benefits paid to you from September 13, 2018 through August 12, 2020, were not reduced by the amount of other income listed above. This has resulted in an overpayment on your claim in the gross amount of $45,885.00. The current net balance due to MetLife is $42,385.00.

Your monthly benefit will be adjusted by the other income described above and you are eligible to receive a benefit in the amount of $1,013.08.

The Social Security Administration has approved the fee between you and your attorney, and we have applied the amount of the fee as a credit towards your overpayment.

### What you need to do

If you have chosen to reimburse your overpayment through the optional services provided by Integrated Benefits, Inc. they will contact you shortly to discuss the reimbursement process. Please remember, the overpayment facilitation services offered to you by Integrated Benefits, Inc. are voluntary and are offered at no cost to you. However, you also may choose to reimburse us directly. If you would like to discuss the overpayment facilitation services offered to you by Integrated Benefits, Inc., please call Integrated Benefits, Inc. at 1-800-535-6575 extension 206 or await a call from the Integrated Benefits, Inc. Benefit Coordinator. If you have questions about your overpayment itself, or the amount, please contact the Overpayment Recovery Unit at MetLife at 1-800-300-4296.

Please note that MetLife does not accept Electronic Funds Transfers or Wire Transfers for repayment of an Overpayment.

### We're here to help

You can reach your Overpayment Specialist, Pauline Burdick, by:

2265

- Phone: 1-800-300-4296, ext. 2356
- Fax: 1-800-230-9531

If Pauline Burdick is not available, you may speak with a representative Monday through Friday at 1-800-638-2242 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

2266

**Date:**        Thu, 27 Aug 2020 12:29:49 PM (UTC)
**Sent:**        Thu, 27 Aug 2020 12:29:53 PM (UTC)
**Subject:**    FW: {MetLife Secure Message} 701808216570
**From:**        Burdick, Pauline
**To:**           Scan.866-543-0151@fax2mail.com;
**Attachments:** 08.27.20 - Jason Seneca - 701808216570.pdf

---

**From:** Burdick, Pauline
**Sent:** Thursday, August 27, 2020 8:30 AM
**To:** jfmattox@ibionline.com
**Subject:** {MetLife Secure Message} 701808216570

Please see attached letter sent to the claimant, Jason Seneca
OP balance: $42,385.00

Thank you for your time,

**Pauline Burdick** | Overpayment Claims Specialist | Global Claims | Field Claims Services | MetLife
5950 Airport Rd Oriskany, NY 13424 | 800-300-4296 ext: 2356 | pauline.burdick@metlife.com

2267

MetLife Disability
Overpayment Recovery Unit
PO Box 6171
Utica, NY 13504-6171



**NOT FOR SERVICE OF LEGAL PROCESS**

August 27, 2020

Disability Claims
Metropolitan Life Insurance Company
LTD Claim number: 701808216570
ID number: 021378023
Plan: HP

Jason Seneca
549 Georgia Ave
Port Allen, LA 70767-2409

## Important information about your claim – Please respond

### Why we're contacting you

This notice outlines what you need to know about your Long Term Disability (LTD) claim under the plan referenced above (the Plan).

### What you need to know

Receipt of other income as defined by the Plan may result in an offset to your LTD benefit payments. Because the benefit payments you previously received were not reduced by the amount of other income, an overpayment has resulted. The Plan or applicable law requires that you promptly repay the overpayment in full. Please refer to the Plan or applicable law for additional information.

Our records shows that you have been awarded the following other income.

| Other Income Type | Amount | Effective Date | End Date |
|---|---|---|---|
| Primary Social Security Disability | $1,995.00 | September 13, 2018 | May 2, 2047 |

Benefits paid to you from September 13, 2018 through August 12, 2020, were not reduced by the amount of other income listed above. This has resulted in an overpayment on your claim in the gross amount of $45,885.00. The current net balance due to MetLife is $42,385.00.

Your monthly benefit will be adjusted by the other income described above and you are eligible to receive a benefit in the amount of $1,013.08.

The Social Security Administration has approved the fee between you and your attorney, and we have applied the amount of the fee as a credit towards your overpayment.

### What you need to do

If you have chosen to reimburse your overpayment through the optional services provided by Integrated Benefits, Inc. they will contact you shortly to discuss the reimbursement process. Please remember, the overpayment facilitation services offered to you by Integrated Benefits, Inc. are voluntary and are offered at no cost to you. However, you also may choose to reimburse us directly. If you would like to discuss the overpayment facilitation services offered to you by Integrated Benefits, Inc., please call Integrated Benefits, Inc. at 1-800-535-6575 extension 206 or await a call from the Integrated Benefits, Inc. Benefit Coordinator. If you have questions about your overpayment itself, or the amount, please contact the Overpayment Recovery Unit at MetLife at 1-800-300-4296.

Please note that MetLife does not accept Electronic Funds Transfers or Wire Transfers for repayment of an Overpayment.

### We're here to help

You can reach your Overpayment Specialist, Pauline Burdick, by:

2269

- Phone: 1-800-300-4296, ext. 2356
- Fax: 1-800-230-9531

If Pauline Burdick is not available, you may speak with a representative Monday through Friday at 1-800-638-2242 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

Date:      Thu, 27 Aug 2020 12:32:14 PM (UTC)
Sent:      Thu, 27 Aug 2020 12:32:08 PM (UTC)
Subject:   [EXT] FW: {MetLife Secure Message} 701808216570
From:      Fax2Mail Powered by OpenText <reports@reply.fax2mail.com>
To:        Burdick, Pauline <pauline.burdick@metlife.com>;

| MAIL2FAX DELIVERY REPORT | |
|---|---|
| Attention | DLA Admin |
| Job Number | 1536455186 |
| Sent By User | F2M/25212474081 |
| Entered DocuManager System | 08/27 08:29 |
| Report Generated | 08/27 08:32 |
| Subject | FW: {MetLife Secure Message} 701808216570 |
| Page Count | 4 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| Sent: 1 | Errors: 0 | Cancelled: 0 |
| Total: 1 | | |

| Destination | To | Status | Date | Time | Num. Retries |
|---|---|---|---|---|---|
| 866-543-0151 | Scan | SENT | 08/27 | 08:31 | 1 |

| Date: | Tue, 17 Nov 2020 6:05:47 PM (UTC) |
|---|---|
| Sent: | Tue, 17 Nov 2020 6:05:40 PM (UTC) |
| Subject: | [EXT] RE: Jason Seneca/021378023/701808216570 – LTD Claim Status Update |
| From: | Jesse Lopez <jesus.lopez@alight.com> |
| To: | Acosta, Noah <niacosta@metlife.com>; |
| CC: | 8665430151fax2mailcom <8665430151@fax2mail.com>; david.sakraida@hp.com; Rutiaga, Shara (US Benefits) <shara.rutiaga@hp.com>; DG-Alight-US-HPTeam <DG-Alight-US-HPTeam@alight.com>; |

Hello Noah –

We have commented and updated Mr. Seneca's account.

Thank you- -
Jesse
**Jesus Lopez | Health Client Specialist**
Alight Solutions |Benefits Administration | Health and Wealth
4 Overlook Point | Lincolnshire, IL 60069-4302
jesus.lopez@alight.com
t. 224.737.2185
alightsolutions.com

**From:** Acosta, Noah <niacosta@metlife.com>
**Sent:** Friday, November 13, 2020 1:30 PM
**To:** david.sakraida@hp.com; jeannie.franks@hp.com; DG-Alight-US-HPTeam <DG-Alight-US-HPTeam@alight.com>
**Cc:** 8665430151fax2mailcom <8665430151@fax2mail.com>
**Subject:** Jason Seneca/021378023/701808216570 – LTD Claim Status Update

[External]
Name: SENECA, JASON T
Employee ID: 021378023
Claim #: 701808216570
First Day Absent: 3/17/2018
LTD Claims Specialist:  Noah Acosta
Phone: (800) 638-2242  ext: 1694
Fax: (800) 230-9531

**The status of this employee's LTD claim has been updated.**

**LTD Claim Status:**

Approved LTD, benefit start date

Denied LTD, denial date

LTD Benefits Terminated, termination date   11/13/20, Reason for termination Medical does not support restrictions/limitations

Partial RTW, date

NOTE:  You are receiving this notice because you have been identified as a person in need of information regarding the absence of the above employee.  If this information has been sent to you in error, or if you have questions regarding the information provided in this notice, please contact

2272

MetLife at (866) 729-9200

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

**Date:**  Sun, 14 Jun 2020 7:07:04 PM (UTC)
**Sent:**  Sun, 14 Jun 2020 7:06:54 PM (UTC)
**Subject:**  [EXT] Order Confirmation - Case #23822855 (Policy Num.: 701808216570)
**From:**  parameds.com Confirmation Email Server <status@parameds.com>
**To:**  Acosta, Noah <niacosta@metlife.com>;

---

parameds.com

Order Confirmation - Case # 23822855. (06/14/20 03:06PM)

Please don't forget to fax an APS authorization to us at 1(877)516-1480!..
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: **Long Term Disability Insurance**
Policy Amount:
Service Requested: APS - Regular

Special Service Request: • Copies of all office visit notes and diagnostic test results from December 1, 2019 through present
• Copies of all **operative or procedural reports** from December 1, 2019 through present
• Copies of all **physical therapy or rehabilitation notes** from December 1, 2019 through present
• Current restrictions and limitations

Medical Records Source: Padgett, Dr Philip
Medical Records Source Details:
    = Addresses =
Business: 610 N Jefferson, Port Allen, LA, 70767

    = Telephones =
Business: 1(225) 267-6626

    = Fax =
Business Fax:: 1(225) 267-5993
Business Fax:: 1(225) 267-5995
Business Fax:: 1(225) 267-5993
Business Fax:: 1(225) 387-7035
Business Fax:: 1(404) 851-8130

Submitted on: 06/14/20 03:06PM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2273

| | |
|---|---|
| Date: | Thu, 6 Oct 2022 5:13:29 PM (UTC) |
| Sent: | Thu, 6 Oct 2022 5:13:28 PM (UTC) |
| Subject: | RE: Print Request - Aurora |
| From: | Acosta, Abraham |
| To: | Acosta, Noah <niacosta@metlife.com >; |
| Attachments: | image001.png |

Your file has been shipped. DPA has been documented with tracking information and file password. Your attachments were also sent to SIR for scanning.

Thank You,
**Abraham Acosta** | Support Assistant | Global Operations | MetLife
Phone: 847-391-1814 | Email: aacosta@metlife.com

**From:** Acosta, Noah <niacosta@metlife.com>
**Sent:** Tuesday, October 4, 2022 7:53 PM
**To:** MTPSupportServices <MTPSupportServices@metlife.com >
**Subject:** RE: Print Request - Aurora

Hello,

Print file reviewed and ready to be shipped. I am also attaching documents to be sent with the file including cover letter.

Please reach out if you have any questions.

Thank you,

**From:** Acosta, Abraham <aacosta@metlife.com> **On Behalf Of** MTPSupportServices
**Sent:** Monday, October 3, 2022 4:36 PM
**To:** Acosta, Noah <niacosta@metlife.com>
**Subject:** Print Request - Aurora

**SENECA, JASON T 701808216570**

The file has been placed in the *claim* share drive link below for you to ***review***. Once complete, please fill out the shipping form and reply back to MTPSupportServices@metlife.com so the file can be mailed out. You can include a cover letter and/or any other documents you would like to send with the file.

\\ns-uticvfs01\ltd control reports\Prints for Review

| Task | Referral to Support - Claims | | |
|---|---|---|---|
| Schedule Date: | 09/30/2022 04:53 PM | | |
| Creator: | Acosta, Noah | Created On: | 09/30/2022 04:53 PM |
| Job Title: | LTD Clms Spec | | |
| Task Status: | Active | | |

**Initial Comments**

file print request

please all diaries from DPA; all medical/vocational, incoming email, AR,
Other, Financial, Appeals, and outgoing correspondence from SIR for
claim#701808216570.

thank you,

Thank You,
**Abraham Acosta** | Support Assistant | Global Operations | MetLife
Phone: 847-391-1814 | Email: aacosta@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

2275

**Date:**     Thu, 30 Jul 2020 5:05:49 PM (UTC)
**Sent:**     Thu, 30 Jul 2020 5:05:42 PM (UTC)
**Subject:**  [EXT] Order Confirmation - Case #24130962 (Policy Num.: 701808216570)
**From:**     parameds.com Confirmation Email Server <status@parameds.com>
**To:**       Acosta, Noah <niacosta@metlife.com>;

parameds.com

Order Confirmation - Case # 24130962. (07/30/2020 01:05PM)

Please don't forget to fax an APS authorization to us at 1(877)516-1480!..
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: Long Term Disability Insurance
Policy Amount:
Service Requested: APS - Regular

Special Service Request: • Copies of all office visit notes and diagnostic test results from March 1, 2020 through present
• Copies of all operative or procedural reports from March 1, 2020 through present
• Copies of all physical therapy or rehabilitation notes from March 1, 2020 through present
• Current restrictions and limitations


Medical Records Source: Dr. Bobby Dupre
Medical Records Source Details:
    = Addresses =
Business: 7777 Hennessy Boulevard Suite 501A, Baton Rouge, LA, 70808

    = Telephones =
Business: 001(225) 765-6505

    = Fax =
Business Fax:: 1(225) 765-1223
Business Fax:: 1(225) 765-5538
Business Fax:: 1(225) 765-5533

    = Email =
Email: sabreana.gautreau@fmolhs.org


Submitted on: 07/30/2020 01:05PM


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:     Fri, 13 Nov 2020 7:31:54 PM (UTC)
Sent:     Fri, 13 Nov 2020 7:31:37 PM (UTC)
Subject:  [EXT] Jason Seneca/021378023/701808216570 – LTD Claim Status Update
From:     Fax2Mail Powered by OpenText <reports@reply.fax2mail.com>
To:       Acosta, Noah <niacosta@metlife.com>;

| MAIL2FAX DELIVERY REPORT | |
|---|---|
| Attention | DLA Admin |
| Job Number | 1554066202 |
| Sent By User | F2M/25212474081 |
| Entered DocuManager System | 11/13 14:30 |
| Report Generated | 11/13 14:31 |
| Subject | Jason Seneca/021378023/701808216570 – LTD Claim Status Update |
| Page Count | 2 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| Sent: 1 | Errors: 0 | Cancelled: 0 |
| Total: 1 | | |

| Destination | To | Status | Date | Time | Num. Retries |
|---|---|---|---|---|---|
| 8665430151 | 8665430151fax2mailcom | SENT | 11/13 | 14:31 | 1 |



**Date:**   Thu, 6 Aug 2020 3:40:43 PM (UTC)

**Sent:**   Thu, 6 Aug 2020 3:39:16 PM (UTC)

**Subject:**  [EXT] Image Posted - Case #24131056: Mr. Jason Seneca - Records from Callerame, Dr Kevin

**From:**   parameds.com Status Email Server <APS.status@parameds.com>

**To:**    Acosta, Noah <niacosta@metlife.com>;

---

parameds.com
1(718)575-2000,  Toll-free: 1(888)766-3999

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A completed paperwork image file
for the case #24131056
has been posted for viewing on-line!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Client: Mr. Jason Seneca
Policy Number: 701808216570
Service: APS - Regular
Special Request: • Copies of all office visit notes and diagnostic test results from January 1, 2020 through present
• Copies of all operative or procedural reports from January 1, 2020 through present
• Copies of all physical therapy or rehabilitation notes from January 1, 2020 through present
• Current restrictions and limitations
• Please also include copies of office visit notes from Ms. Sharon Jackson, NP, from January 1, 2020 through the present

Records Source: Callerame, Dr Kevin

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit www.parameds.com to view completed
and order new cases...
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We appreciate your business.

2278

**Date:**     Thu, 30 Jul 2020 5:13:20 PM (UTC)
**Sent:**     Thu, 30 Jul 2020 5:13:12 PM (UTC)
**Subject:**  [EXT] Order Confirmation - Case #24131056 (Policy Num.: 701808216570)
**From:**     parameds.com Confirmation Email Server <status@parameds.com>
**To:**       Acosta, Noah <niacosta@metlife.com>;

parameds.com

Order Confirmation - Case # 24131056. (07/30/2020 01:13PM)

Please don't forget to fax an APS authorization to us at 1(877)516-1480!..
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: **Long Term Disability Insurance**
Policy Amount:
Service Requested: APS - Regular

Special Service Request: • Copies of all office visit notes and diagnostic test results from January 1, 2020 through present
• Copies of all **operative or procedural reports** from January 1, 2020 through present
• Copies of all **physical therapy or rehabilitation notes** from January 1, 2020 through present
• Current restrictions and limitations
• Please also include copies of office visit notes from Ms. Sharon Jackson, NP, from January 1, 2020 through the present

Medical Records Source: Callerame, Dr Kevin
Medical Records Source Details:
   = Addresses =
Business: 5247 Didesse Dr, Baton Rouge, LA, 70808

   = Telephones =
Business: 1(225) 215-2193

   = Fax =
Business Fax:: 1(225) 215-2194

Submitted on: 07/30/2020 01:13PM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2279

Date:          Thu, 10 Sep 2020 8:08:42 PM (UTC)

Sent:          Thu, 10 Sep 2020 8:08:48 PM (UTC)

Subject:       RE: {MetLife Secure Message} FW: Claim# 701808216570

From:          Acosta, Noah

To:            Utica_MD <Utica_MD@metlife.com >;

CC:            Mattocks, Saron <Saron.Mattocks@genexservices.com >; Appenroth, Megan <Megan.Appenroth@genexservices.com >; Solomon, Jackie <Jackie.Solomon@genexservices.com >;

Attachments:   image001.jpg

Hello,

This can be sent to a dual FM/Occ Med reviewer.

Thank you,

---

**From:** Utica_MD <Utica_MD@metlife.com>
**Sent:** Thursday, September 10, 2020 2:02 PM
**To:** Acosta, Noah <niacosta@metlife.com>
**Cc:** Mattocks, Saron <Saron.Mattocks@genexservices.com >; Appenroth, Megan <Megan.Appenroth@genexservices.com >; Solomon, Jackie <Jackie.Solomon@genexservices.com >; Utica_MD <Utica_MD@metlife.com>
**Subject:** {MetLife Secure Message} FW: Claim# 701808216570

Hello Noah -- Please see below and advise.

Thank You

Andrea Scalzo l Vendor Relations Consultant
MetLife, Global Technology & Operations Global Claims
(Telephone) 315.792.6298  I  (email) ascalzo@metlife.com

---

**From:** Mattocks, Saron <Saron.Mattocks@genexservices.com >
**Sent:** Thursday, September 10, 2020 2:58 PM
**To:** Utica_MD <Utica_MD@metlife.com>
**Cc:** Solomon, Jackie <Jackie.Solomon@genexservices.com >; Appenroth, Megan <Megan.Appenroth@genexservices.com >
**Subject:** [EXT] Claim# 701808216570

Good Afternoon,

We received the attached referral for Family Practice and Occupational Med review. This was submitted by Noah Acosta whom we do not have an email for. We are reaching out as there is a certified dual reviewer that is able to review this referral. Please advise if we can have this sent to a dual Family Med/ Occ Med reviewer.

Thank you!

**Saron Mattocks**
*MetLife IME Intake Coordinator*
Exam Coordinators Network, a division of Genex Services
T: 561-948-6272
F: 561-886-6562

Please note my email address has changed to Saron.Mattocks@genexservices.com

Access our portal at: **View My Cases**

2280



All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

| | |
|---|---|
| **Date:** | Fri, 13 Nov 2020 7:29:55 PM (UTC) |
| **Sent:** | Fri, 13 Nov 2020 7:29:57 PM (UTC) |
| **Subject:** | Jason Seneca/021378023/701808216570 – LTD Claim Status Update |
| **From:** | Acosta, Noah |
| **To:** | david.sakraida@hp.com; jeannie.franks@hp.com; DG-Alight-US-HPTeam@alight.com; |
| **CC:** | 'Scan Only (8665430151@fax2mail.com)' <8665430151@fax2mail.com>; |

Name: SENECA, JASON T
Employee ID: 021378023
Claim #: 701808216570
First Day Absent: 3/17/2018
LTD Claims Specialist:  Noah Acosta
Phone: (800) 638-2242  ext: 1694
Fax: (800) 230-9531

**The status of this employee's LTD claim has been updated.**

**LTD Claim Status:**

Approved LTD, benefit start date

Denied LTD, denial date

LTD Benefits Terminated, termination date   11/13/20, Reason for termination Medical does not support restrictions/limitations

Partial RTW,  date

NOTE:   You are receiving this notice because you have been identified as a person in need of information regarding the absence of the above e mployee.  If this information has been sent to you in error, or if you have questions regarding the information provided in this notice, please contact MetLife at **(866) 729-9200**

2282

Date:           Wed, 5 Oct 2022 12:52:00 AM (UTC)

Sent:           Wed, 5 Oct 2022 12:52:31 AM (UTC)

Subject:        RE: Print Request - Aurora

From:           Acosta, Noah

To:             MTPSupportServices <MTPSupportServices@metlife.com >;

Attachments:    image001.png; JS-Belcourt Roger.pdf; JS-Flores Mahdy.pdf; JS-attorneyletter-jseneca.docx; JS-Special_Handling_Request_4.23.20.docx;  JS cover ltr_.docx

Hello,

Print file reviewed and ready to be shipped.  I am also attaching documents to be sent with the file including cover letter.

Please reach out if you have any questions.

Thank you,

---

**From:** Acosta, Abraham <aacosta@metlife.com> **On Behalf Of** MTPSupportServices
**Sent:** Monday, October 3, 2022 4:36 PM
**To:** Acosta, Noah <niacosta@metlife.com>
**Subject:** Print Request - Aurora

**SENECA, JASON T 701808216570**

The file has been placed in the *claim* share drive link below for you to ***review***.  Once complete, please fill out the shipping form and reply back to MTPSupportServices@metlife.com  so the file can be mailed out. You can include a cover letter and/or any other documents you would like to send with the file.

\\ns-uticvfs01\ltd control reports\Prints for Review

| Task | Referral to Support - Claims | | |
|------|------------------------------|------------------|----------------------|
| Schedule Date: | 09/30/2022 04:53 PM | | |
| Creator: | Acosta, Noah | Created On: | 09/30/2022 04:53 PM |
| Job Title: | LTD Clms Spec | | |
| Task Status: | Active | | |

**Initial Comments**

**file print request**

please all diaries from DFA; all medical/vocational, incoming email, AFI, Other, Financial, Appeals, and outgoing correspondence from SIR for claim#701808216570.

thank you,

Thank You,
**Abraham Acosta** | Support Assistant | Global Operations | MetLife
Phone: 847-391-1814 | Email: aacosta@metlife.com

2283

2284

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

*CURRICULUM VITAE*

# ROGER M. BELCOURT, M.D., M.P.H, FACOEM

## Education

- 1995-2000    Medical College of Wisconsin, Milwaukee (Honors)  M.P.H.
- 1978-1982    University of Nevada, Reno School of Medicine    M.D.
- 1973-1977    University of Nevada, Reno    B.S.

## Professional Experience

- 2011-Present    Director Occupational Health Services, UC Davis Campus
- 2007- 2010    Regional Medical Director. Nevada & Oregon. Concentra
- 2005-2007    Director of Occupational Medical Services, Specialty Health, Inc.
- 1999 –2005    Area Medical Director Northern Nevada Concentra Centers.

    Nevada Occupational Health Clinic (Concentra). Medical Director for Specialty and Onsite Services in Nevada and N. California.   St. Mary's Hospital Employee Health Director. Medical Director for General Motors, International Gaming Technology (IGT), JC Penney's, RR Donnelley, Cal-Neva and John Ascuaga's Nugget Casinos.  Director of Occupational Services Sierra Army Depot (SIAD) in Herlong California.

- 1993 – 1999    Nevada Occupational Health Clinic (Concentra). Associate Medical Director for Reno and Sparks facilities. General Motors and JC Penney plant medical director and ergonomic consultant.

- 1991 – 1993    ReadiCare Medical Group. Sacramento, Ca. Regional Medical Director
- 1989 – 1991    ReadiCare Medical Group. Citrus Heights, Ca.. Lead Physician.
- 1985 – 1989    United States Air Force. Nellis AFB, Nv. Duties include:Chief of Primary Care Services. Chief of Allergy Clinic. Chief of Immunizations. Chief of Pharmacy and Therapeutics Committee. Member of Credentials and QA Committees.
- 1982 – 1985    Internship and Residency in Family Practice at University of California, Davis Medical Center in Sacramento, Ca.

## Additional professional activities

- Western Occupational and Environmental Medical Association Board Chairman 2012
- Western Occupational and Environmental Medical Association President 2011-2012.
- Western Occupational and Environmental Medical Association President-Elect 2010-2011.
- Western Occupational and Environmental Medical Association 1st Vice President 2009-2010.
- Western Occupational and Environmental Medical Association 2nd Vice President 2008-2009.
- Board of Directors Western Occupational and Environmental Medical Association. 2005- 08.
- Assistant Clinical Professor of Health Sciences, UC Davis, 2011-Present.

- Chairman, 2006 Western Occupational Health Conference, Lake Tahoe, NV. September 2006.
- Assistant Clinical Professor of Medicine, Univ. NV Reno 1995 to 2010.
- ACOEM Presidential Appointment to Biosafety Task Force Committee. 2011-Present
- Certified Professional Supervisor of Audiometry by the Council for Accreditation of Occupational Hearing Conservation (CAOHC); 2006-2011
- Chairperson, American College of Occupational & Environmental Medicine Committee to advise the U.S. Congress on improving Federal Employees Compensation Act, 2006-07.
- President of Nevada Health Professional Assistance Foundation. 2004-2008
- Nevada Health Professional Assistance Committee and Foundation Board Member. 1994 – 2008
- Medical Director – CDS Compfirst. (Work Comp TPA) 1999- 2002
- Medical Director Qual-Care of Nevada (PPO) 1996-1999
- Certified Medical Review Officer (AAMRO). 1994. Recertified 1999. Recertified 2004.
- Certified Professional in Utilization Review (InterQual) 1995.
- Lifestyle Medicine Educator- Weimar Institute. Weimar, CA. 1996- 2004.

## Professional memberships

- American Academy of Family Practice. 1982 - Present
- Fellow, American Academy of Family Practice. Awarded 1994.
- Western Occupational and Environmental Medical Association (WOEMA) 1993 - Present
- American College of Occupational and Environmental Medicine (ACOEM)1993 – Present
- American College of Occupational and Environmental Medicine Fellowship status conferred, 2007
- Washoe County Medical Society and Nevada State Medical Association. 1993 – 2010
- Delta Omega (Preventive Medicine Honor Society) Inducted 2006.

## Licenses and Boards

| | | |
|---|---|---|
| Nevada State Board of Medical Examiners | #5427 | Exp. 06/30/2017 |
| Medical Board of California | #G051841 | Exp. 04/30/2017 |
| DEA License | #BB0852954 | Exp. 07/31/2018 |

- Diplomate, American Board of Family Practice
  - ➤ Certified 1985. Recertified 1992, 1999, 2006
- Diplomate, American College of Preventive Medicine in Occupational Medicine
  - ➤ Certified 1998. Certificate # 24222
  - ➤ 2005- Passed Maintenance of Certification Examination through ABPM.
  - ➤ Recertified 2008-2018

## Consultant

- ➤ PeerLink Medical. IMR Reviews. 2014-2015
- ➤ Exam Coordinators Network. LTD Reviews. 2015.

## Publications

- Contributing author of 2 Chapters in "Guides to the Evaluation of Disease and Injury Causation". AMA Press. Melhorn, M and W Ackerman, ed. 2008.
- Committee member and author American College of Occupational and Environmental Medicine Practice Guidelines. Lower Back-2008. Upper Extremity 2007.

# Mahdy Flores, DO, MS

## 10-05-16

### EDUCATION:

| | |
|---|---|
| MS, Environmental Toxicology, University of California Irvine | 07/12-06/14 |
| DO, Western University of Osteopathic Medicine, Pomona, CA | 08/05-06/09 |
| BS, Biology, Pennsylvania State University, University Park, PA | 08/00-06/02 |

### PROFESSIONAL TRAINING:

| | |
|---|---|
| University of California Irvine, Irvine, CA<br>Occupational and Environmental Medicine Residency | 07/12-06/14 |
| Kaiser Permanente Hospital, Riverside, CA<br>Family Medicine Internship and Residency | 07/09-06/12 |

### LICENSURE and CERTIFICATIONS:

| | |
|---|---|
| California Medical License | 20A 11663 |
| Board Certification Family Medicine | 1014097889 |
| Board Certification Occupational and<br>Environmental Medicine | 026421 |
| Medical Review Officer Certification | 121202136 |

### MANAGED CARE EXPERIENCE:

| | |
|---|---|
| Paladin Managed Care Service<br>Utilization Review, Pharmacy Review, Complex Claims Analysis | 10/12- 01/14 |
| Arissa Cost Strategies<br>Physician Peer Review, Utilization Review | 04/13-07/14 |
| CompWest Insurance Company<br>Physician Peer Review, Utilization Review | 04/13-07/14 |
| Peer Link Medical<br>Utilization Review | 11/13-07/14 |
| Prium<br>Medical Intervention Cost Management, Physician Peer Review | 12/13-07/14 |

2287

Concentra Medical Review Stream
Utilization Review                                          12/13-07/14

Broadspire
Utilization Review, Disability Review                       12/13- Current

EK Health
Utilization Review                                          01/14- Current

Dane Street
Utilization Review, Group Health                            02/14-Current

Care Review
Utilization Review, Peer Review                             12/14-Current

Mitchell
Utilization Review, Peer Review                             05/15- Current

Physicians and Surgeons Network
Utilization Review, Peer Review                             06/15- Current

UniMed Direct
Utilization Review                                          06/16- Current

Network Medical Review
Utilization Review                                          06/16-Current

Comp Partners
Utilization Review                                          06/16- Current

Bunch Care
Utilization Review                                          06/16- Current

Advanced Medical Review
Group Health                                                06/16- Current

## CLINICAL EXPERIENCE:

Kaiser Permanente Hospital, Riverside, CA
Per Diem Physician Urgent Care                              09/11-07/12

Kaiser Permanente Hospital, Riverside, CA
Per Diem Physician Family Medicine Clinic                   09/11- 07/12

Concentra, Anaheim, CA
PRN Occupational Medicine Physician                         10/12-01/13

Kaiser Permanente Medical Center, Santa Ana, CA
Per Diem Physician Family Medicine after hours clinic       07/12- 07/13

2288

American Care
Telemedicine Physician                                                    11/15-Current

Annabi Medical Center
Per Diem Physician                                                        05/16-Current

**PROFESSIONAL ORGANIZATIONS:**

American College of Occupational and Environmental Medicine    07/12-Current

Western Occupational and Environmental Medical Association     07/12-Current

American Academy of Family Physicians                          07/09-Current

**HONORS:**

Kaiser Permanente Hospital, Riverside, CA
Chief Resident, Family Medicine                                          07/11-07/12

Western Occupational and Environmental Medicine Association
Scholarship Recipient                                                    09/12 and 09/13

**RESEARCH:**

University of California San Diego, La Jolla, CA
Training Academy for Research in the Sciences Scholarship               06/03-08/03

**THESIS:**

Blood Pressure Effect of Wild Fire Ultrafine Particulate Matter        Published 03/14

**VOLUNTEER EXPERIENCE:**

Latino Medical Student Association, Pomona, CA
Western University-Medical Student Representative                       08/07-06/08

Pomona Valley Hospital, Pomona, CA
Family Medicine and Emergency Room Volunteer                            01/02-01/03

**OTHER WORK EXPERIENCE:**

Shonar Inc., Rancho Cucamonga, CA
Founder and CEO
Licensee of the Mexican National World Cup Soccer Team.
Developing, bottling, and distributing private label vitamin
enhanced beverages throughout the United States and Mexico             01/03-06/07

 **MetLife**

Metropolitan Life Insurance Company
**MetLife Disability** PO Box 14590, Lexington KY 40512-4590
**Phone:** 1-800-638-2242     **Fax:** 1-800-230-9531
**E-mail:** mtpmetlife@metlife.com

October 4, 2022

J. Price McNamara, Esq.
Law Offices of J. Price McNamara
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809

Re:     Jason Seneca
        Claim #:  701808216570
        Employer:  HP
        Report #:  161950

Dear Mr. McNamara:

This letter is in response to your September 9, 2022 correspondence.

Jason Seneca was a participant in the Hewlett Packard Company Comprehensive Welfare Benefit Plan (the "Plan"), an employee welfare benefit plan governed by the provisions of the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. §§ 1001, et seq. ("ERISA").  Requests for Plan documents, including copies of insurance contracts, summary plan descriptions and annual reports, should be directed to the Plan Administrator, HP, Inc., at:

HP Inc.
1501 Page Mill Road
Palo Alto, CA 94304

Under ERISA and its implementing regulations, a plan participant whose claim has been denied, or their duly authorized representative, is entitled to review relevant documents. 29 C.F.R. § 2560.503-1(h)(2)(iii).  Enclosed are documents relevant to your client's claim.

In response to your request for documents regarding surveillance, please be advised that no surveillance was conducted during our review of Mr. Seneca's claim.

Terri Dakarian, RN, as well as Roger Belcourt, MD, and Mahdy Flores, DO, independent medical consultants, were involved in the review of your client's claim Enclosed please find a copy of Dr. Belcourt's curriculum vitae and Dr. Flores' curriculum vitae.

With respect to call recordings, there are no recordings relevant to your client's claim.

Concerning the information you are seeking regarding internal rules and guidelines, as stated in our May 18, 2022 correspondence, MetLife relied upon the Plan documents in making the claim decision.  Other guidelines, protocols, standards, or similar criteria of the Plan do not exist.

Regarding your request for training materials, the information you are seeking is outside the scope of what is appropriate or required to be produced under applicable Department of Labor Regulations during the administrative review process and therefore, is not submit to disclosure.  Furthermore, to the extent that any such documents and/or information exists, it is confidential and proprietary.  Lastly, they are not relevant to the issue of whether your client is disabled under the Plan.

I trust this responds to your request for information.  Should you have any questions, please submit a request to me in writing at the address above.

Sincerely,


Noah Acosta
LTD Claims Specialist
MetLife Disability
(P):  800-638-2242
(F):  800-230-9531

Enclosures

2291

# SPECIAL HANDLING REQUEST FORM
# THESE ARE REQUIRED FIELDS

| | | | |
|---|---|---|---|
| Date: | 10/04/2022 | Your name: | Noah Acosta |
| Cost Center Code: | 10025162 | Claim #: 701808216570 | |
| Unit Leader: | | Lynne Rosati | |

You are shipping the package to:

| | |
|---|---|
| Name | J. Price McNamara, Esq |
| Company Name | Law Office of J. Price McNamara |
| Address Line 1 | 10455 Jefferson Highway, Ste. 2B |
| Address Line 2 | |
| City | Baton Rouge    State: LA    Zip: 70809 |
| Telephone | |

What type of service do you need:

| | |
|---|---|
| | Delivery by 10:30 AM the next business day |
| X | Delivery the next business day afternoon |
| | Delivery the second business day afternoon |
| | Delivery the third business day afternoon |

# OPTIONAL FEATURES
# ShipAlert® - Express

| | Email address | Shipment Notification | Delivery Notification |
|---|---|---|---|
| Sender | | | |
| Recipient | | | |
| Other 1 | | | |
| Add personal message (not to exceed 75 characters) | | | |



Metropolitan Life Insurance Company
**MetLife Disability** PO Box 14592, Lexington KY 40512-4592
**Phone:** 1-888-825-3368    **Fax:** 1-800-230-9531

October 4, 2022


J. Price McNamara, Esq.
Law Offices of J. Price McNamara
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809


RE:    Jason Seneca
.    Claim #: 701808216570
      Report #:  161950
      Employer:  HP

Dear Mr. McNamara:

Enclosed are the following contents pertaining to the Long-Term Disability (LTD) claim for your client, Mr. Jason Seneca.

1.  Response letter
2.  Complete copy of the LTD file
3.  Reviewers' curriculum vitae

Should you have any questions, please reach me at the number or email below or at the address above.

Sincerely,


Noah Acosta
LTD Claims Specialist
MetLife Disability
(P): 800-638-2242, ext. 1694
(F): 800-230-9531
MTPmetlife@metlife.com
Enclosures

Date: **Wed, 5 Oct 2022 12:50:18 AM** (UTC)

Sent:          Wed, 5 Oct 2022 12:50:23 AM (UTC)

Subject:       RE: Print Request - Aurora

To:            MTPSupportServices <MTPSupportServices@metlife.com >;

Attachments:   image001.png; JS-Belcourt Roger.pdf; JS-Flores Mahdy.pdf; JS-attorneyletter-jseneca.docx; JS-Special_Handling_Request_4.23.20.docx

Hello,

Print file reviewed and ready to be shipped.  I am also attaching documents to be sent with the file including cover letter.

Please reach out if you have any questions.

Thank you,

---

**From:** Acosta, Abraham <aacosta@metlife.com> **On Behalf Of** MTPSupportServices
**Sent:** Monday, October 3, 2022 4:36 PM
**To:** Acosta, Noah <niacosta@metlife.com>
**Subject:** Print Request - Aurora

**SENECA, JASON T 701808216570**

The file has been placed in the *claim* share drive link below for you to ***review***.  Once complete, please fill out the shipping form and reply back to MTPSupportServices@metlife.com  so the file can be mailed out.  You can include a cover letter and/or any other documents you would like to send with the file.

\\ns-uticvfs01\ltd control reports\Prints for Review

| Task | Referral to Support - Claims | | |
|---|---|---|---|
| Schedule Date: | 09/30/2022 04:53 PM | | |
| Creator: | Acosta, Noah | Created On: | 09/30/2022 04:53 PM |
| Job Title: | LTD Clms Spec | | |
| Task Status: | Active | | |

**Initial Comments**

file print request

please all diaries from DPA; all medical/vocational, incoming email, AR, Other, Financial, Appeals, and outgoing correspondence from SIR for claim#701808216570.

thank you,

Thank You,
**Abraham Acosta** | Support Assistant | Global Operations | MetLife
Phone: 847-391-1814 | Email: aacosta@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are

*CURRICULUM VITAE*

# ROGER M. BELCOURT, M.D., M.P.H, FACOEM

## Education

| | | |
|---|---|---|
| □ 1995-2000 | Medical College of Wisconsin, Milwaukee (Honors) | M.P.H. |
| □ 1978-1982 | University of Nevada, Reno School of Medicine | M.D. |
| □ 1973-1977 | University of Nevada, Reno | B.S. |

## Professional Experience

□ 2011-Present  Director Occupational Health Services, UC Davis Campus

□ 2007- 2010  Regional Medical Director. Nevada & Oregon. Concentra

□ 2005-2007  Director of Occupational Medical Services, Specialty Health, Inc.

□ 1999 –2005  Area Medical Director Northern Nevada Concentra Centers.

Nevada Occupational Health Clinic (Concentra). Medical Director for Specialty and Onsite Services in Nevada and N. California. St. Mary's Hospital Employee Health Director. Medical Director for General Motors, International Gaming Technology (IGT), JC Penney's, RR Donnelley, Cal-Neva and John Ascuaga's Nugget Casinos. Director of Occupational Services Sierra Army Depot (SIAD) in Herlong California.

□ 1993 – 1999  Nevada Occupational Health Clinic (Concentra). Associate Medical Director for Reno and Sparks facilities. General Motors and JC Penney plant medical director and ergonomic consultant.

□ 1991 – 1993  ReadiCare Medical Group. Sacramento, Ca. Regional Medical Director

□ 1989 – 1991  ReadiCare Medical Group. Citrus Heights, Ca.. Lead Physician.

□ 1985 – 1989  United States Air Force. Nellis AFB, Nv. Duties include:Chief of Primary Care Services. Chief of Allergy Clinic. Chief of Immunizations. Chief of Pharmacy and Therapeutics Committee. Member of Credentials and QA Committees.

□ 1982 – 1985  Internship and Residency in Family Practice at University of California, Davis Medical Center in Sacramento, Ca.

## Additional professional activities

- Western Occupational and Environmental Medical Association Board Chairman 2012
- Western Occupational and Environmental Medical Association President 2011-2012.
- Western Occupational and Environmental Medical Association President-Elect 2010-2011.
- Western Occupational and Environmental Medical Association 1st Vice President 2009-2010.
- Western Occupational and Environmental Medical Association 2nd Vice President 2008-2009.
- Board of Directors Western Occupational and Environmental Medical Association. 2005- 08.
- Assistant Clinical Professor of Health Sciences, UC Davis, 2011-Present.

- Chairman, 2006 Western Occupational Health Conference, Lake Tahoe, NV. September 2006.
- Assistant Clinical Professor of Medicine, Univ. NV Reno  1995 to 2010.
- ACOEM Presidential Appointment to Biosafety Task Force Committee.  2011-Present
- Certified Professional Supervisor of Audiometry by the Council for Accreditation of Occupational Hearing Conservation (CAOHC); 2006-2011
- Chairperson, American College of Occupational & Environmental Medicine Committee to advise the U.S. Congress on improving Federal Employees Compensation Act, 2006-07.
- President of Nevada Health Professional Assistance Foundation. 2004-2008
- Nevada Health Professional Assistance  Committee and Foundation Board Member.  1994 – 2008
- Medical Director – CDS Compfirst. (Work Comp TPA)  1999- 2002
- Medical Director Qual-Care of Nevada (PPO) 1996-1999
- Certified Medical Review Officer (AAMRO).  1994. Recertified 1999. Recertified 2004.
- Certified Professional in Utilization Review (InterQual) 1995.
- Lifestyle Medicine Educator- Weimar Institute.  Weimar, CA.  1996- 2004.

## Professional memberships

- American Academy of Family Practice.  1982 - Present
- Fellow, American Academy of Family Practice.  Awarded 1994.
- Western Occupational and Environmental Medical Association (WOEMA) 1993 - Present
- American College of Occupational and Environmental Medicine (ACOEM)1993 – Present
- American College of Occupational and Environmental Medicine Fellowship status conferred, 2007
- Washoe County Medical Society and Nevada State Medical Association.  1993 – 2010
- Delta Omega  (Preventive Medicine Honor Society) Inducted  2006.

## Licenses and Boards

| | | | |
|---|---|---|---|
| ■ | Nevada State Board of Medical Examiners | #5427 | Exp. 06/30/2017 |
| ■ | Medical Board of California | #G051841 | Exp. 04/30/2017 |
| ■ | DEA License | #BB0852954 | Exp. 07/31/2018 |

- Diplomate, American Board of Family Practice
  - ➢ Certified 1985. Recertified  1992, 1999, 2006
- Diplomate, American College of Preventive Medicine in Occupational Medicine
  - ➢ Certified 1998.  Certificate # 24222
  - ➢ 2005- Passed Maintenance of Certification Examination through ABPM.
  - ➢ Recertified 2008-2018

## Consultant

- ➢ PeerLink Medical.  IMR Reviews.  2014-2015
- ➢ Exam Coordinators Network.  LTD Reviews.  2015.

## Publications

- Contributing author of 2 Chapters in "Guides to the Evaluation of Disease and Injury Causation". AMA Press. Melhorn, M and W Ackerman, ed. 2008.
- Committee member and  author American College of Occupational and Environmental Medicine Practice Guidelines. Lower Back-2008.  Upper Extremity 2007.

# Mahdy Flores, DO, MS

## 10-05-16

**EDUCATION:**

| | |
|---|---|
| MS, Environmental Toxicology, University of California Irvine | 07/12-06/14 |
| DO, Western University of Osteopathic Medicine, Pomona, CA | 08/05-06/09 |
| BS, Biology, Pennsylvania State University, University Park, PA | 08/00-06/02 |

**PROFESSIONAL TRAINING:**

| | |
|---|---|
| University of California Irvine, Irvine, CA<br>Occupational and Environmental Medicine Residency | 07/12-06/14 |
| Kaiser Permanente Hospital, Riverside, CA<br>Family Medicine Internship and Residency | 07/09-06/12 |

**LICENSURE and CERTIFICATIONS:**

| | |
|---|---|
| California Medical License | 20A 11663 |
| Board Certification Family Medicine | 1014097889 |
| Board Certification Occupational and<br>Environmental Medicine | 026421 |
| Medical Review Officer Certification | 121202136 |

**MANAGED CARE EXPERIENCE:**

| | |
|---|---|
| Paladin Managed Care Service<br>Utilization Review, Pharmacy Review, Complex Claims Analysis | 10/12- 01/14 |
| Arissa Cost Strategies<br>Physician Peer Review, Utilization Review | 04/13-07/14 |
| CompWest Insurance Company<br>Physician Peer Review, Utilization Review | 04/13-07/14 |
| Peer Link Medical<br>Utilization Review | 11/13-07/14 |
| Prium<br>Medical Intervention Cost Management, Physician Peer Review | 12/13-07/14 |

2297

Concentra Medical Review Stream
Utilization Review                                                    12/13-07/14

Broadspire
Utilization Review, Disability Review                                12/13- Current

EK Health
Utilization Review                                                   01/14- Current

Dane Street
Utilization Review, Group Health                                    02/14-Current

Care Review
Utilization Review, Peer Review                                     12/14-Current

Mitchell
Utilization Review, Peer Review                                    05/15- Current

Physicians and Surgeons Network
Utilization Review, Peer Review                                    06/15- Current

UniMed Direct
Utilization Review                                                 06/16- Current

Network Medical Review
Utilization Review                                                 06/16-Current

Comp Partners
Utilization Review                                                 06/16- Current

Bunch Care
Utilization Review                                                 06/16- Current

Advanced Medical Review
Group Health                                                       06/16- Current

## CLINICAL EXPERIENCE:

Kaiser Permanente Hospital, Riverside, CA
Per Diem Physician Urgent Care                                     09/11-07/12

Kaiser Permanente Hospital, Riverside, CA
Per Diem Physician Family Medicine Clinic                          09/11- 07/12

Concentra, Anaheim, CA
PRN Occupational Medicine Physician                                10/12-01/13

Kaiser Permanente Medical Center, Santa Ana, CA
Per Diem Physician Family Medicine after hours clinic              07/12- 07/13

American Care
Telemedicine Physician                                    11/15-Current

Annabi Medical Center
Per Diem Physician                                        05/16-Current

## PROFESSIONAL ORGANIZATIONS:

American College of Occupational and Environmental Medicine    07/12-Current

Western Occupational and Environmental Medical Association      07/12-Current

American Academy of Family Physicians                          07/09-Current

## HONORS:

Kaiser Permanente Hospital, Riverside, CA
Chief Resident, Family Medicine                          07/11-07/12

Western Occupational and Environmental Medicine Association
Scholarship Recipient                                    09/12 and 09/13

## RESEARCH:

University of California San Diego, La Jolla, CA
Training Academy for Research in the Sciences Scholarship    06/03-08/03

## THESIS:

Blood Pressure Effect of Wild Fire Ultrafine Particulate Matter    Published 03/14

## VOLUNTEER EXPERIENCE:

Latino Medical Student Association, Pomona, CA
Western University-Medical Student Representative        08/07-06/08

Pomona Valley Hospital, Pomona, CA
Family Medicine and Emergency Room Volunteer            01/02-01/03

## OTHER WORK EXPERIENCE:

Shonar Inc., Rancho Cucamonga, CA
Founder and CEO
Licensee of the Mexican National World Cup Soccer Team.
Developing, bottling, and distributing private label vitamin
enhanced beverages throughout the United States and Mexico    01/03-06/07



Metropolitan Life Insurance Company
**MetLife Disability** PO Box 14590, Lexington KY 40512-4590
**Phone:** 1-800-638-2242        **Fax:** 1-800-230-9531
**E-mail:** mtpmetlife@metlife.com

October 4, 2022

J. Price McNamara, Esq.
Law Offices of J. Price McNamara
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809

Re:    Jason Seneca
       Claim #:  701808216570
       Employer:  HP
       Report #:  161950

Dear Mr. McNamara:

This letter is in response to your September 9, 2022 correspondence.

Jason Seneca was a participant in the Hewlett Packard Company Comprehensive Welfare Benefit Plan (the "Plan"), an employee welfare benefit plan governed by the provisions of the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. §§ 1001, et seq. ("ERISA").  Requests for Plan documents, including copies of insurance contracts, summary plan descriptions and annual reports, should be directed to the Plan Administrator, HP, Inc., at:

HP Inc.
1501 Page Mill Road
Palo Alto, CA 94304

Under ERISA and its implementing regulations, a plan participant whose claim has been denied, or their duly authorized representative, is entitled to review relevant documents. 29 C.F.R. § 2560.503-1(h)(2)(iii).  Enclosed are documents relevant to your client's claim.

In response to your request for documents regarding surveillance, please be advised that no surveillance was conducted during our review of Mr. Seneca's claim.

Terri Dakarian, RN, as well as Roger Belcourt, MD, and Mahdy Flores, DO, independent medical consultants, were involved in the review of your client's claim Enclosed please find a copy of Dr. Belcourt's curriculum vitae and Dr. Flores' curriculum vitae.

With respect to call recordings, there are no recordings relevant to your client's claim.

Concerning the information you are seeking regarding internal rules and guidelines, as stated in our May 18, 2022 correspondence, MetLife relied upon the Plan documents in making the claim decision.  Other guidelines, protocols, standards, or similar criteria of the Plan do not exist.

Regarding your request for training materials, the information you are seeking is outside the scope of what is appropriate or required to be produced under applicable Department of Labor Regulations during the administrative review process and therefore, is not submit to disclosure.  Furthermore, to the extent that any such documents and/or information exists, it is confidential and proprietary.  Lastly, they are not relevant to the issue of whether your client is disabled under the Plan.

I trust this responds to your request for information.  Should you have any questions, please submit a request to me in writing at the address above.

Sincerely,


Noah Acosta
LTD Claims Specialist
MetLife Disability
(P):  800-638-2242
(F):  800-230-9531


Enclosures

2301

# SPECIAL HANDLING REQUEST FORM
# THESE ARE REQUIRED FIELDS

| Date: | 10/04/2022 | Your name: | Noah Acosta |
|---|---|---|---|
| Cost Center Code: | 10025162 | Claim #: 701808216570 | |
| Unit Leader: | | Lynne Rosati | |

| You are shipping the package to: | | | |
|---|---|---|---|
| Name | J. Price McNamara, Esq | | |
| Company Name | Law Office of J. Price McNamara | | |
| Address Line 1 | 10455 Jefferson Highway, Ste. 2B | | |
| Address Line 2 | | | |
| City | Baton Rouge | State: LA | Zip: 70809 |
| Telephone | | | |

| What type of service do you need: | |
|---|---|
| | Delivery by 10:30 AM the next business day |
| X | Delivery the next business day afternoon |
| | Delivery the second business day afternoon |
| | Delivery the third business day afternoon |

# OPTIONAL FEATURES
# ShipAlert® - Express

| | Email address | Shipment Notification | Delivery Notification |
|---|---|---|---|
| Sender | | | |
| Recipient | | | |
| Other 1 | | | |
| Add personal message (not to exceed 75 characters) | | | |

**Date:**     Wed, 15 Jul 2020 2:41:26 AM (UTC)

**Sent:**     Wed, 15 Jul 2020 2:40:07 AM (UTC)

**Subject:**  [EXT] Image Posted - Case #23822855: Mr. Jason Seneca - Records from Padgett, Dr Philip

**From:**     parameds.com Status Email Server <APS.status@parameds.com>

**To:**       Acosta, Noah <niacosta@metlife.com>;

---

parameds.com
1(718)575-2000, Toll-free: 1(888)766-3999


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A completed **paperwork image file**
for the case **#23822855**
has been posted **for viewing on-line!**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Client: Mr. **Jason Seneca**
Policy Number: 701808216570
Service: APS - **Regular**
Special Request: • **Copies of all office visit notes and diagnostic test results from December 1, 2019 through present**
• Copies of all **operative or procedural** reports from December 1, 2019 through present
• Copies of all **physical therapy or rehabilitation** notes from December 1, 2019 through present
• Current restrictions and limitations


Records Source: Padgett, Dr Philip


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit **www.parameds.com** to view completed
and order new cases...
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We appreciate **your business.**

2303

Date:       Thu, 10 Sep 2020 8:08:01 PM (UTC)

Sent:       Thu, 10 Sep 2020 8:07:48 PM (UTC)

Subject:    RE: {MetLife Secure Message} FW: Claim# 701808216570

To:         Utica_MD <Utica_MD@metlife.com >;

CC:         Mattocks, Saron <Saron.Mattocks@genexservices.com >; Appenroth, Megan <Megan.Appenroth@genexservices.com >; Solomon, Jackie <Jackie.Solomon@genexservices.com >;

Attachments: image001.jpg

---

**From:** Utica_MD <Utica_MD@metlife.com>
**Sent:** Thursday, September 10, 2020 2:02 PM
**To:** Acosta, Noah <niacosta@metlife.com>
**Cc:** Mattocks, Saron <Saron.Mattocks@genexservices.com >; Appenroth, Megan <Megan.Appenroth@genexservices.com >; Solomon, Jackie <Jackie.Solomon@genexservices.com >; Utica_MD <Utica_MD@metlife.com>
**Subject:** {MetLife Secure Message} FW: Claim# 701808216570

Hello Noah – Please see below and advise.

Thank You

Andrea Scalzo l Vendor Relations Consultant
MetLife, Global Technology & Operations· Global Claims
(Telephone) 315.792.6298  I  (email) ascalzo@metlife.com

---

**From:** Mattocks, Saron <Saron.Mattocks@genexservices.com >
**Sent:** Thursday, September 10, 2020 2:58 PM
**To:** Utica_MD <Utica_MD@metlife.com>
**Cc:** Solomon, Jackie <Jackie.Solomon@genexservices.com >; Appenroth, Megan <Megan.Appenroth@genexservices.com >
**Subject:** [EXT] Claim# 701808216570

Good Afternoon,

We received the attached referral for Family Practice and Occupational Med review. This was submitted by Noah Acosta whom we do not have an email for. We are reaching out as there is a certified dual reviewer that is able to review this referral. Please advise if we can have this sent to a dual Family Med/ Occ Med reviewer.

Thank you!

**Saron Mattocks**
*MetLife IME Intake Coordinator*
Exam Coordinators Network, a division of Genex Services
**T:** 561-948-6272
**F:** 561-886-6562

***Please note my email address has changed to Saron.Mattocks@genexservices.com

Access our portal at: **View My Cases**



2304

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

2305

**Date:**    Fri, 13 Nov 2020 7:23:11 PM (UTC)

**Sent:**    Fri, 13 Nov 2020 7:14:35 PM (UTC)

**Subject:**    Jason Seneca/021378023/701808216570 – LTD Claim Status Update

**To:**    david.sakraida@hp.com; jeannie.franks@hp.com; DG-Alight-US-HPTeam@alight.com;

**CC:**    'Scan Only (8665430151@fax2mail.com)' <8665430151@fax2mail.com>;

Name: SENECA, JASON T
Employee ID: 021378023
Claim #: 701808216570
First Day Absent: 3/17/2018
LTD Claims Specialist: Noah Acosta
Phone: (800) 638-2242 ext 1694
Fax: (800) 230-9531

**The status of this employee's LTD claim has been updated.**

**LTD Claim Status:**

Approved LTD, benefit start date

Denied LTD, denial date ▓

LTD Benefits Terminated, termination date    11/13/20, Reason for termination Medical does not support restrictions/limitations

Partial RTW, date ▓

NOTE:   You are receiving this notice because you have been identified as a person in need of information regarding the absence of the above employee.  If this information has been sent to you in error, or if you have questions regarding the information provided in this notice, please contact MetLife at (866) 729-9200

**Date:**    Mon, 13 Jan 2020 7:16:10 PM (UTC)

**Sent:**    Mon, 13 Jan 2020 7:16:02 PM (UTC)

**Subject:**  [EXT] Order Confirmation - Case #22861210 (Policy Num.: 701808216570)

**From:**    parameds.com Confirmation Email Server <status@parameds.com>

**To:**     Thomas, Latonya <lthomas12@metlife.com>;

---

parameds.com

Order Confirmation - Case # 22861210. (01/13/20 02:16PM)

Please don't forget to fax an APS authorization to us at 1(877)516-1480!...
************************************
Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: **Long Term Disability Insurance**
Policy Amount:
Service Requested: APS - Regular

Special Service Request: All medical records including but not limited to hospital or emergency room records, doctor's office visit reports, physical therapy records, diagnostic test results/reports (MRI, CT Scan, X-ray etc.), from September 25, 2019 and continuing forward.

Medical Records Source: Dr. Bobby Dupre
Medical Records Source Details:
  = Telephones =
Business: 001(225) 765-6505

Submitted on: 01/13/20 02:16PM

************************************************************

2307

**Date:**    Mon, 13 Jan 2020 7:19:16 PM (UTC)

**Sent:**    Mon, 13 Jan 2020 7:19:10 PM (UTC)

**Subject:**    [EXT] Order Confirmation - Case #22861231 (Policy Num.: 701808216570)

**From:**    parameds.com Confirmation Email Server <status@parameds.com>

**To:**    Thomas, Latonya <lthomas12@metlife.com>;

---

parameds.com

Order Confirmation - Case # 22861231. (01/13/20 02:19PM)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: Long Term Disability Insurance
Policy Amount:
Service Requested: Restrictions & Limitations Form

Special Service Request:

Submitted on: 01/13/20 02:19PM


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Date:** | Tue, 28 Jan 2020 6:22:23 PM (UTC) |
| **Sent:** | Tue, 28 Jan 2020 6:22:05 PM (UTC) |
| **Subject:** | [EXT] Waiting for Your Action! (Case #22861231 [Mr. Jason Seneca, Policy #701808216570])... |
| **From:** | parameds.com Status Email Server <APS.bridget.williams@parameds.com> |
| **To:** | Thomas, Latonya <lthomas12@metlife.com>; |

parameds.com

Update on the Case # 22861231 (01/28/20 01:22:05 PM).

Client Name: **Mr. Jason Seneca**

Insurance Company: Metropolitan Life Ins Co
Policy #: 701808216570
Policy Type: Long Term Disability Insurance
Amount: $0.00
Producer:
Service Requested: Restrictions & Limitations Form

Submitted on: 01/13/20
Scheduled for: 01/14/20 12:00PM
Done on:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Dates:    Actions (Last 7):
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file. Please advise.
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file.
01/20/20  The facility received the form via fax/email and will work on getting it filled out ASAP, as per Robin. She saw the form and it was sent to the copy service for processing. We explained that we are not requesting records. We asked to speak with the doctor's Medical Assistant but we reached the voicemail of the clinical team and we left a detailed message. We requested for a callback to confirm the receipt of the request and we stressed the urgency of the case. We will continue to follow up.
01/17/20  We faxed the request and form to the document source (12257655538 Attn: Dr. Bobby Dupre/Stat Forms)
01/17/20  We spoke to the facility, verified client is a resident as per Colicia. We confirmed that we reached the correct facility of the provider on file. The doctor can fill out the forms. Meantime, we will fax the forms and we will follow up.
01/16/20  Please note: We reached a live representative from Scheduling but she was unable to stay long on the phone. We waited patiently on the line but we did not reach anyone who can assist us over the phone. We will callback.
01/15/20  We were not able to obtain status because the facility is closed for the day as per the recorded message. We will follow up.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2309

**Date:**    Mon, 27 Jan 2020 6:23:43 PM (UTC)
**Sent:**    Mon, 27 Jan 2020 6:23:36 PM (UTC)
**Subject:** [EXT] Waiting for Your Action! (Case #22861231 [Mr. Jason Seneca, Policy #701808216570])...
**From:**    parameds.com Status Email Server <APS.bridget.williams@parameds.com>
**To:**      Thomas, Latonya <lthomas12@metlife.com>;

parameds.com

Update on the Case # 22861231 (01/27/20 01:23:36 PM).

Client Name: **Mr. Jason Seneca**

Insurance Company: Metropolitan Life Ins Co
Policy #: 701808216570
Policy Type: Long Term Disability Insurance
Amount: $0.00
Producer:
Service Requested: Restrictions & Limitations Form

Submitted on: 01/13/20
Scheduled for: 01/14/20 12:00PM
Done on:


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Dates:    Actions (Last 7):
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file. Please advise.
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file.
01/20/20  The facility received the form via fax/email and will work on getting it filled out ASAP, as per Robin. She saw the form and it was sent to the copy service for processing. We explained that we are not requesting records. We asked to speak with the doctor's Medical Assistant but we reached the voicemail of the clinical team and we left a detailed message. We requested for a callback to confirm the receipt of the request and we stressed the urgency of the case. We will continue to follow up.
01/17/20  We faxed the request and form to the document source (12257655538 Attn: Dr. Bobby Dupre/Stat Forms)
01/17/20  We spoke to the facility, verified client is a resident,as per Colicia. We confirmed that we reached the correct facility of the provider on file. The doctor can fill out the forms. Meantime, we will fax the forms and we will follow up.
01/16/20  Please note: We reached a live representative from Scheduling but she was unable to stay long on the phone. We waited patiently on the line but we did not reach anyone who can assist us over the phone. We will callback.
01/15/20  We were not able to obtain status because the facility is closed for the day as per the recorded message. We will follow up.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2310

**Date:**     Thu, 23 Jan 2020 6:13:10 PM (UTC)
**Sent:**     Thu, 23 Jan 2020 6:12:50 PM (UTC)
**Subject:**  [EXT] Waiting for Your Action! (Case #22861231 [Mr. Jason Seneca, Policy #701808216570])...
**From:**     parameds.com Status Email Server <APS.bridget.williams@parameds.com>
**To:**       Thomas, Latonya <lthomas12@metlife.com>;

parameds.com

Update on the Case # 22861231 (01/23/20 01:12:50 PM).

Client Name: **Mr. Jason Seneca**

Insurance Company: Metropolitan Life Ins Co
Policy #: 701808216570
Policy Type: Long Term Disability Insurance
Amount: $0.00
Producer:
Service Requested: Restrictions & Limitations Form

Submitted on: **01/13/20**
Scheduled for: **01/14/20 12:00PM**
Done on:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Dates:     Actions (Last 7):
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
01/21/20 Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file. Please advise.
01/21/20 Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file.
01/20/20 The facility received the form via fax/email and will work on getting it filled out ASAP, as per Robin. She saw the form and it was sent to the copy service for processing. We explained that we are not requesting records. We asked to speak with the doctor's Medical Assistant but we reached the voicemail of the clinical team and we left a detailed message. We requested for a callback to confirm the receipt of the request and we stressed the urgency of the case. We will continue to follow up.
01/17/20 We faxed the request and form to the document source (12257655538 Attn: Dr. Bobby Dupre/Stat Forms)
01/17/20 We spoke to the facility, verified client is a resident as per Colicia. We confirmed that we reached the correct facility of the provider on file. The doctor can fill out the forms. Meantime, we will fax the forms and we will follow up.
01/16/20 Please note: We reached a live representative from Scheduling but she was unable to stay long on the phone. We waited patiently on the line but we did not reach anyone who can assist us over the phone. We will callback.
01/15/20 We were not able to obtain status because the facility is closed for the day as per the recorded message. We will follow up.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Date:** | Wed, 18 Dec 2019 8:53:21 PM (UTC) |
| **Sent:** | Wed, 18 Dec 2019 8:53:13 PM (UTC) |
| **Subject:** | [EXT] Image Posted - Case #22616313: Mr. Jason Seneca - Records from Callerame, Kevin |
| **From:** | parameds.com Status Email Server <APS.status@parameds.com> |
| **To:** | Thomas, Latonya <lthomas12@metlife.com>; |

parameds.com
1(718)575-2000, Toll-free: 1(888)766-3999

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A completed **paperwork image file**
for the case **#22616313**
has been posted **for viewing on-line!**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Client: Mr. Jason Seneca
Policy Number: 701808216570
Service: APS - Regular
Special Request: All medical records including but not limited to hospital or emergency room records, doctor's office visit reports, physical therapy records, diagnostic test results/reports (MRI, CT Scan, X-ray etc.), from September of 2019 and continuing forward.

Records Source: Callerame, Kevin

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit **www.parameds.com** to view completed
and order new **cases...**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We appreciate **your business.**

| | |
|---|---|
| **Date:** | Fri, 24 Jan 2020 6:17:50 PM (UTC) |
| **Sent:** | Fri, 24 Jan 2020 6:17:38 PM (UTC) |
| **Subject:** | [EXT] Waiting for Your Action! (Case #22861231 [Mr. Jason Seneca, Policy #701808216570])... |
| **From:** | parameds.com Status Email Server <APS.bridget.williams@parameds.com> |
| **To:** | Thomas, Latonya <lthomas12@metlife.com>; |

parameds.com

Update on the Case # 22861231 (01/24/20 01:17:38 PM).

Client Name: **Mr. Jason Seneca**

Insurance Company: Metropolitan Life Ins Co
Policy #: 701808216570
Policy Type: Long Term Disability Insurance
Amount: $0.00
Producer:
Service Requested: Restrictions & Limitations Form

Submitted on: **01/13/20**
Scheduled for: 01/14/20 12:00PM
Done on:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Dates:     Actions (Last 7):
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file. Please advise.
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file.
01/20/20  The facility received the form via fax/email and will work on getting it filled out ASAP, as per Robin. She saw the form and it was sent to the copy service for processing. We explained that we are not requesting records. We asked to speak with the doctor's Medical Assistant but we reached the voicemail of the clinical team and we left a detailed message. We requested for a callback to confirm the receipt of the request and we stressed the urgency of the case. We will continue to follow up.
01/17/20  We faxed the request and form to the document source (12257655538 Attn: Dr. Bobby Dupre/Stat Forms)
01/17/20  We spoke to the facility, verified client is a resident as per Colicia. We confirmed that we reached the correct facility of the provider on file. The doctor can fill out the forms. Meantime, we will fax the forms and we will follow up.
01/16/20  Please note: We reached a live representative from Scheduling but she was unable to stay long on the phone. We waited patiently on the line but we did not reach anyone who can assist us over the phone. We will callback.
01/15/20  We were not able to obtain status because the facility is closed for the day as per the recorded message. We will follow up.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2313

**Date:**     Tue, 21 Jan 2020 2:47:32 PM (UTC)
**Sent:**     Tue, 21 Jan 2020 2:47:01 PM (UTC)
**Subject:**  [EXT] PARAMEDS.COM  Update (Case #22861231 [Mr. Jason Seneca, Policy #701808216570])
**From:**     parameds.com Status Email Server <APS.bridget.williams@parameds.com>
**To:**       Thomas, Latonya <lthomas12@metlife.com>;

parameds.com

Update on the Case # 22861231 (01/21/20 09:47:01 AM).

Client Name: **Mr. Jason Seneca**

Insurance Company: Metropolitan Life Ins Co
Policy #: 701808216570
Policy Type: Long Term Disability Insurance
Amount: $0.00
Producer:
Service Requested: Restrictions & Limitations Form

Submitted on: 01/13/20
Scheduled for: 01/14/20 12:00PM
Done on:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Dates:     Actions (Last 7):
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file. Please advise.
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file.
01/20/20  The facility received the form via fax/email and will work on getting it filled out ASAP, as per Robin. She saw the form and it was sent to the copy service for processing. We explained that we are not requesting records. We asked to speak with the doctor's Medical Assistant but we reached the voicemail of the clinical team and we left a detailed message. We requested for a callback to confirm the receipt of the request and we stressed the urgency of the case.  We will continue to follow up.
01/17/20  We faxed the request and form to the document source (12257655538 Attn: Dr. Bobby Dupre/Stat Forms)
01/17/20  We spoke to the facility, verified client is a resident as per Colicia. We confirmed that we reached the correct facility of the provider on file. The doctor can fill out the forms. Meantime, we will fax the forms and we will follow up.
01/16/20  Please note: We reached a live representative from Scheduling but she was unable to stay long on the phone. We waited patiently on the line but we did not reach anyone who can assist us over the phone. We will callback.
01/15/20  We were not able to obtain status because the facility is closed for the day as per the recorded message. We will follow up.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2314

**Date:**      Wed, 22 Jan 2020 6:18:31 PM (UTC)

**Sent:**      Wed, 22 Jan 2020 6:18:06 PM (UTC)

**Subject:**   [EXT] Waiting for Your Action! (Case #22861231 [Mr. Jason Seneca, Policy #701808216570])...

**From:**      parameds.com Status Email Server <APS.bridget.williams@parameds.com>

**To:**        Thomas, Latonya <lthomas12@metlife.com>;

---

parameds.com

Update on the Case # 22861231 (01/22/20 01:18:06 PM).

Client Name: **Mr. Jason Seneca**

Insurance Company: Metropolitan Life Ins Co
Policy #: 701808216570
Policy Type: Long Term Disability Insurance
Amount: $0.00
Producer:
Service Requested: Restrictions & Limitations Form

Submitted on: **01/13/20**
Scheduled for: **01/14/20 12:00PM**
Done on:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Dates:     Actions (Last 7):
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file. Please advise.
01/21/20  Provider will not complete - The provider refuses to complete the form because the form must be sent to the patient's physical therapist as per Lisa; we received a message from her. They referred the patient to a physical therapist and the patient's therapist must complete the paperwork. We verified that we reached the correct office of the provider on file.
01/20/20  The facility received the form via fax/email and will work on getting it filled out ASAP, as per Robin. She saw the form and it was sent to the copy service for processing. We explained that we are not requesting records. We asked to speak with the doctor's Medical Assistant but we reached the voicemail of the clinical team and we left a detailed message. We requested for a callback to confirm the receipt of the request and we stressed the urgency of the case. We will continue to follow up.
01/17/20  We faxed the request and form to the document source (12257655538 Attn: Dr. Bobby Dupre/Stat Forms)
01/17/20  We spoke to the facility, verified client is a resident as per Colicia. We confirmed that we reached the correct facility of the provider on file. The doctor can fill out the forms. Meantime, we will fax the forms and we will follow up.
01/16/20  Please note: We reached a live representative from Scheduling but she was unable to stay long on the phone. We waited patiently on the line but we did not reach anyone who can assist us over the phone. We will callback.
01/15/20  We were not able to obtain status because the facility is closed for the day as per the recorded message. We will follow up.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date:** Fri, 17 Jan 2020 11:26:27 PM (UTC)

**Sent:** Fri, 17 Jan 2020 11:26:18 PM (UTC)

**Subject:** [EXT] Image Posted - Case #22861210: Mr. Jason Seneca - Records from Dr. Bobby Dupre

**From:** parameds.com Status Email Server <APS.status@parameds.com>

**To:** Thomas, Latonya <lthomas12@metlife.com>;

---

parameds.com
1(718)575-2000, Toll-free: 1(888)766-3999

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
A completed paperwork image file
for the case #22861210
has been posted for viewing on-line!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Client: Mr. Jason Seneca
Policy Number: 701808216570
Service: APS - Regular
Special Request: All medical records including but not limited to hospital or emergency room records, doctor's office visit reports, physical therapy records, diagnostic test results/reports (MRI, CT Scan, X-ray etc.), from September 25, 2019 and continuing forward.
Records Source: Dr. Bobby Dupre

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Please visit www.parameds.com to view completed
and order new cases...
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We appreciate your business.

**Date:**     Thu, 5 Dec 2019 8:08:36 PM (UTC)
**Sent:**     Thu, 5 Dec 2019 8:08:30 PM (UTC)
**Subject:**  [EXT] Order Confirmation - Case #22616313 (Policy Num.: 701808216570)
**From:**     parameds.com Confirmation Email Server <status@parameds.com>
**To:**       Thomas, Latonya <lthomas12@metlife.com>;

---

parameds.com

Order Confirmation - Case # 22616313. (12/05/19 03:08PM)

Please don't forget to fax an APS authorization to us at 1(877)516-1480!..
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: Long Term Disability Insurance
Policy Amount:
Service Requested: APS - Regular

Special Service Request: All medical records including but not limited to hospital or emergency room records, doctor's office visit reports, physical therapy records, diagnostic test results/reports (MRI, CT Scan, X-ray etc.), from September of 2019 and continuing forward.

Medical Records Source: Callerame, Kevin
Medical Records Source Details:
   = Addresses =
Business: 5247 Didesse Dr, Baton Rouge, LA, 70808

   = Telephones =
Business: 1(225) 215-2193

   = Fax =
Business Fax:: 1(225) 215-2194

   = Email =
Email: PDCRetrieval@cioxhealth.com

Submitted on: 12/05/19 03:08PM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2317

**Date:**   Tue, 28 Aug 2018 1:31:03 PM (UTC)
**Sent:**   Tue, 28 Aug 2018 1:31:02 PM (UTC)
**Subject:**  RE: LTD C# 701808216570 Jason Seneca
**From:**   Widup, Elizabeth (Betsy)
**To:**    Noigebauer, John <jnoigebauer@metlife.com>;

Sure, I will get to this later today.

**Elizabeth (Betsy) Widup** | Long Term Disability Claims Specialist | Global Operations | MetLife
177 South Commons Drive Aurora, Illinois 60504 | T. 1-866-729-9200 x4982 | F. 1-800-230-9531 | wct@metlife.com

**From:** Noigebauer, John
**Sent:** Tuesday, August 28, 2018 7:39 AM
**To:** Widup, Elizabeth (Betsy)
**Subject:** LTD C# 701808216570 Jason Seneca

Greetings,
      Because you're so nice and obviously have nothing better to do, would you be able to see if there is medical in the HP STD claim and merge it over for me if there is? I still don't have access and went to our leader who said, "you don't? You should". It would be most appreciated if you could assist. If not, fully understandable.

Thanks,
John

*John R Noigebauer* |  Senior LTD Claims Specialist  |  Global Operations  |  Western Region | MetLife
177 South Commons Drive  Aurora, IL 60504   T. 847-321 6554  |  jnoigebauer@metlife.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.

2318

**Date:**     Wed, 11 Sep 2019 1:29:16 PM (UTC)

**Sent:**     Wed, 11 Sep 2019 1:29:08 PM (UTC)

**Subject:**  [EXT] Image Posted - Case #21802040: Mr. Jason Seneca - Records from Baton Rouge General Physicians

**From:**     parameds.com Status Email Server <APS.status@parameds.com>

**To:**       Noigebauer, John <jnoigebauer@metlife.com>;

---

parameds.com
1(718)575-2000,  Toll-free: 1(888)766-3999

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A completed **paperwork image file**
for the case **#21802040**
has been posted **for viewing on-line!**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Client: Mr. Jason Seneca
Policy Number: 701808216570
Service: APS - Regular
Special Request: office visit notes, any associated testing results and current restrictions preventing your patient from returning
to work, from January 2019 and continuing forward.
Records Source: Baton Rouge General Physicians

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit www.parameds.com to view completed
and order new cases...
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We appreciate your business.

**Date:**      Fri, 30 Aug 2019 7:29:23 AM (UTC)

**Sent:**      Fri, 30 Aug 2019 7:28:41 AM (UTC)

**Subject:**   [EXT] Image Posted - Case #21802060: Mr. Jason Seneca - Records from Our Lady Of Lake Rheumatology

**From:**      parameds.com Status Email Server <APS.status@parameds.com>

**To:**        Noigebauer, John <jnoigebauer@metlife.com>;

---

parameds.com
1(718)575-2000,  Toll-free: 1(888)766-3999


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
A completed **paperwork image file**
for the case #21802060
has been posted **for viewing on-line!**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Client: Mr. Jason Seneca
Policy Number: 701808216570
Service: APS - Regular
Special Request: office visit notes, any associated testing results, current restrictions preventing your patient from returning to work, from January 2019 and continuing forward.
Records Source: Our Lady Of Lake Rheumatology


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Please visit www.parameds.com  to view completed
and order new cases...
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We appreciate your business.

Date:     Tue, 28 Aug 2018 8:07:11 PM (UTC)
Sent:     Tue, 28 Aug 2018 8:07:08 PM (UTC)
Subject:  [EXT] FW: LTD C# 701808216570 Jason Seneca
From:     Fax2Mail Powered by EasyLink Services <reports@reply.fax2mail.com>
To:       Noigebauer, John <jnoigebauer@metlife.com>;

| MAIL2FAX DELIVERY REPORT | |
|---|---|
| Attention | DLA Admin |
| Job Number | 1659368433 |
| Sent By User | F2M/25212474081 |
| Entered DocuManager System | 08/28 14:28 |
| Report Generated | 08/28 16:07 |
| Subject | FW: LTD C# 701808216570 Jason Seneca |
| Page Count | 103 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| Sent: 1 | Errors: 0 | Cancelled: 0 |
| Total: 1 | | |



| Destination | To | Status | Date | Time | Num. Retries |
|---|---|---|---|---|---|
| 8002309531 | john n oigebauer | SENT | 08/28 | 16:06 | 1 |



**Date:** Tue, 30 Jul 2019 2:11:46 PM (UTC)
**Sent:** Tue, 30 Jul 2019 2:10:33 PM (UTC)
**Subject:** [EXT] Order Confirmation - Case #21802040 (Policy Num.: 701808216570)
**From:** parameds.com Confirmation Email Server <status@parameds.com>
**To:** Noigebauer, John <jnoigebauer@metlife.com>;

---

parameds.com

Order Confirmation - Case # 21802040. (07/30/2019 10:10AM)

Please don't forget to fax an APS authorization to us at 1(877)516-1480!..
************************************
Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: Long Term Disability Insurance
Policy Amount:
Service Requested: APS - Regular

Special Service Request: office visit notes, any associated testing results and current restrictions preventing your patient from returning to work, from January 2019 and continuing forward.

Medical Records Source: Baton Rouge General Physicians, Medical Records
Medical Records Source Details:
  = Addresses =
Business: 610 N Jefferson Ave, Port Allen, LA, 70767

  = Telephones =
Business: 001(225) 267-6626

  = Fax =
Business Fax:: 001(225) 267-5993

Submitted on: 07/30/2019 10:10AM

******************************************************

2322

2323

Date:    Wed, 19 Sep 2018 3:56:31 PM (UTC)
Sent:    Wed, 19 Sep 2018 3:56:21 PM (UTC)
Subject: [EXT] FW: LTD C# 701808216570 Jason Seneca
From:    Fax2Mail Powered by EasyLink Services <reports@reply.fax2mail.com>
To:      Noigebauer, John <jnoigebauer@metlife.com>;

| MAIL2FAX DELIVERY REPORT | |
|---|---|
| Attention | DLA Admin |
| Job Number | 1566838280 |
| Sent By User | F2M/25212474081 |
| Entered DocuManager System | 09/19 10:16 |
| Report Generated | 09/19 11:56 |
| Subject | FW: LTD C# 701808216570 Jason Seneca |
| Page Count | 103 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| Sent: 1 | Errors: 0 | Cancelled: 0 |
| Total: 1 | | |

| Destination | To | Status | Date | Time | Num. Retries |
|---|---|---|---|---|---|
| 8002309531 | john noigebauer | SENT | 09/19 | 11:55 | 1 |



**Date:**     Tue, 30 Jul 2019 2:14:16 PM (UTC)

**Sent:**     Tue, 30 Jul 2019 2:13:17 PM (UTC)

**Subject:**  [EXT] Order Confirmation - Case #21802060 (Policy Num.: 701808216570)

**From:**     parameds.com Confirmation Email Server <status@parameds.com>

**To:**       Noigebauer, John <jnoigebauer@metlife.com>;

parameds.com

Order Confirmation - Case # 21802060. (07/30/2019 10:13AM)

Please don't forget to fax an APS authorization to us at 1(877)516-1480!..
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Insurance Company: Metropolitan Life Ins Co

Client: Mr. Jason Seneca
Policy Number: 701808216570

Agent:

Policy Type: Long Term Disability Insurance
Policy Amount:
Service Requested: APS - Regular

Special Service Request: office visit notes, any associated testing results, current restrictions preventing your patient from returning to work, from January 2019 and continuing forward.

Medical Records Source: Our Lady Of Lake Rheumatology
Medical Records Source Details:
   = Addresses =
Business: Our Lady Of Lake Rheumatology, 7777 Hennessy Blvd, Baton Rouge, LA, 70808

   = Telephones =
Business: 1(225) 765-6505

   = Fax =
Business Fax:: 1(225) 765-5538
Business Fax:: 1(225) 765-1223

Submitted on: 07/30/2019 10:13AM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2324

**Date:** Tue, 28 Aug 2018 12:39:00 PM (UTC)
**Sent:** Tue, 28 Aug 2018 12:39:27 PM (UTC)
**Subject:** LTD C# 701808216570 Jason Seneca
**From:** Noigebauer, John
**To:** Widup, Elizabeth (Betsy) <ewidup@metlife.com>;

Greetings,

Because you're so nice and obviously have nothing better to do, would you be able to see if there is medical in the HP STD claim and merge it over for me if there is? I still don't have access and went to our leader who said, "you don't? You should". It would be most appreciated if you could assist. If not, fully understandable.

Thanks,
John

*John R Noigebauer* I  Senior LTD Claims Specialist  I  Global Operations  I Western Region I MetLife
177 South Commons Drive  Aurora, IL 60504  T. 847-321 6554  I  jnoigebauer@metlife.com

Date:     Tue, 19 Apr 2022 12:36:00 PM (UTC)

Subject:  19977fd95d-300c-43d9-b971-e809bc3f5114f82c240c-b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From:     "Jordan,Mary" <mwjordan@metlife.com>.

To:       "Jones,Sara" <sejones@metlife.com> <=?UTF-8?B?IkpvbmVzLFNhcmEiIDxzZWpvbmVzQG1ldGxpZmUuY29tPg==?= >;



| "Jordan,Mary" | 4/19/2022 12:36 PM |
|---|---|

can you confirm period in review for 701808216570 - you noted time period in review of 9/13/20 and beyond but in question you stated

time period as of 9/30/2020 to present?

2326

Date:     Tue, 19 Apr 2022 12:36:00 PM (UTC)

Subject:  19977fd95d- 300c-43d9-b971-e809bc3f5114f82c240c- b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From:     "Jones,Sara" <sejones@metlife.com>

To:       "Jordan,Mary" <mwjordan@metlife.com> <=?UTF-8?B?IkpvcmRhbixNYXJ5IiA8bXdqb3JkYW5AbWV0bGlmZS5jb20+ ?=>;

| "Jones,Sara" | 4/19/2022 12:36 PM |
|---|---|
| LOL | |

2328

Date:     Tue, 19 Apr 2022 12:36:00 PM (UTC)

Subject:  19977fd95d- 300c- 43d9- b971- e809bc3f5114f82c240c- b6a2- 4ad2- be04- 8e68d4f0c17cunqgblspaces

From:    "Jones,Sara" <sejones@metlife.com>

To:       "Jordan,Mary" <mwjordan@metlife.com > <=?UTF-8?B?IkpvcmRhbixNYXJ5IiA8bXdqb3JkYW5AbWV0bGlmZS5jb20+ ?=>;

| "Jones,Sara" | 4/19/2022 12:36 PM |
|---|---|
| let me take a peek | |

Date:      Tue, 19 Apr 2022 12:37:00 PM (UTC)

Subject:   19977fd95d-300c-43d9-b971-e809bc3f5114f82c240c-b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From:      "Jones,Sara" <sejones@metlife.com>

To:        "Jordan,Mary" <mwjordan@metlife.com> <=?UTF-8?B?IkpvcmRhbixNYXJ5IiA8bXdqb3JkYW5AbWV0bGlmZS5jb20+ ?=>;

| "Jones,Sara" | 4/19/2022 12:37 PM |
|---|---|
| 09/13/2020 and beyond | |

2329

2330

Date: Tue, 19 Apr 2022 12:37:00 PM (UTC)

Subject: 19977fd95d-300c-43d9-b971-e809bc3f5114f82c240c- b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From: "Jones,Sara" <sejones@metlife.com>

To: "Jordan,Mary" <mwjordan@metlife.com> <=?UTF-8?B?IkpvcmRhbixNYXJ5IiA8bXdqb3JkYW5AbWV0bGlmZS5jb20+ ?=>;

| "Jones,Sara" | 4/19/2022 12:37 PM |
|---|---|
| must have typed to fast 🖻 | |

Date:      Tue, 19 Apr 2022 12:37:00 PM (UTC)

Subject:   19977fd95d-300c-43d9-b971-e809bc3f5114f82c240c-b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From:      "Jordan,Mary" <mwjordan@metlife.com >

To:        "Jones,Sara" <sejones@metlife.com > <=?UTF-
           8?B?IkpvbmVzLFNhcmEiIDxzZWpvbmVzQG1ldGxpZmUuY29tPg==?=  >;

| "Jordan,Mary" | 4/19/2022 12:37 PM |
|---|---|
| ok | |

Date:     Tue, 19 Apr 2022 12:37:00 PM (UTC)

Subject:  19977fd95d-300c-43d9-b971-e809bc3f5114f82c240c- b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From:     "Jones,Sara" <sejones@metlife.com>

To:       "Jordan,Mary" <mwjordan@metlife.com> <=?UTF-8?B?IkpvcmRhbixNYXJ5IiA8bXdqb3JkYW5AbWV0bGlmZS5jb20+ ?=>;

| "Jones,Sara" | 4/19/2022 12:37 PM |
|---|---|
| thank you | |

Date:     Tue, 19 Apr 2022 12:37:00 PM (UTC)

Subject:  19977fd95d-300c-43d9-b971-e809bc3f5114f82c240c-b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From:     "Jordan,Mary" <mwjordan@metlife.com>

To:       "Jones,Sara" <sejones@metlife.com> <=?UTF-
          8?B?IkpvbmVzLFNhcmEiIDxzZWpvbmVzQG1ldGxpZmUuY29tPg==?= >;

| "Jordan,Mary" | 4/19/2022 12:37 PM |
|---|---|
| right haha | |

2333

2334

Date: Tue, 19 Apr 2022 12:37:00 PM (UTC)

Subject: 19977fd95d-300c-43d9-b971-e809bc3f5114f82c240c- b6a2-4ad2-be04-8e68d4f0c17cunqgblspaces

From: "Jordan,Mary" <mwjordan@metlife.com >

To: "Jones,Sara" <sejones@metlife.com > <=?UTF-8?B?IkpvbmVzLFNhcmEiIDxzZWpvbmVzQG1ldGxpZmUuY29tPg==?= >;

| "Jordan,Mary" | 4/19/2022 12:37 PM |
|---|---|
| np | |

**Claim Number**: 701808216570 Jason Seneca CA Variation

**Previous Appeal Reviews**: YES

**Previous Reviewer if Answered YES Above**:   Sara Jones Upheld on appeal 5/17/22 plan doesn't allow 2nd appeal

**Enter names or email addresses:** sejones@metlife.com

**Attorney Representation**: NO

**Attorney Contact Information**: NA

**Associated Claims**:   NONE

**AGE**: 40

**Job Title**:   IT SERVICE DELIVERY REPRESENTATIVE

**Job Description:**

TEE: dcn# 200214F10022  DCN 181003001380 page 5

**Definition of Disability**: A/O

**LDW**:   03/16/2018

**DDC**:   03/17/2018

**BSD**:   09/13/2018

**CED**:   11/13/2020

**Trans Date**:   09/13/020

**SSDI Status**: approved

**SSDI Details**: approved

SSDIB FILE: not submitted

**Dx(s):  Psoriatic arthritis mutilans**

**2ND Dx(s)**:   Rheumatoid arthritis, Idiopathic progressive neuropathy, CPS, morbid obesity, fatigue and loss of balance, back pain, chronic amino suppressive therapy, diabetic neuropathy, medication side affects,

**Claim Approved**: No

**Claim terminated reason**:   Medical did not support RLs

**Time Period in Question**: 11/14/2020 fwd

**LDB Investigation**: NO

**LDB Details**:  NO

2335

**Pre-ex Investigation**: NO

**Pre-Ex Investigation Dates**:   NO

**Date of Hire**:   11/17/2008

**Insurance Effective Date**: 01/1/2016

**Med Auth**: Med auth: dcn # 190729F10643

**Treating Physician(s) name, phone, fax and address**:

Baton Rouge General Physicians Philip Padgett, MD P: 225-267-6626, F: 225-267-5993

Our Lady of the Lake

-

Dr. Bobby J. Dupre Rheumatology  P: 225-765-6505, F: 225-765-5538

-

Dr. Kevin Callerame/NP Sharon Jackson neuro  Our Lady of the Lake Regional Medical Center

P: 225-215-2193, P:225-215-2194

**Information Received on Appeal:** Atty letter, affidavits·and letter from Dr Callerame, medication list. DCN 221103A00223 Attny Appeal letter, EE and family statements, RL's recommendations, medical records- Our Lady of the Lake 2017- 9/2022; Bobby Dupre, MD Rheum; Kevin Joseph

letter referred to ARMP

**Was 180 Day Letter Sent**? no

Did the claim team review the info received for appeal?

**Plan Location**:   DPA

Plan Wording:  Disability or Disabled means that as a result of Sickness or injury You are either Totally Disabled or Partially Disabled. Totally Disabled or Total Disability means: During the Elimination Period and the next 24 months, You are unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue Your Usual Occupation in the usual and customary way. After such period, You are not able to engage with reasonable continuity in any occupation in which You could reasonably be expected to perform satisfactorily in light of Your: age; education; training; experience;  station in life; and physical and mental capacity that exists within any of the following locations:  a reasonable distance or travel time from Your residence in light of the commuting practices of Your community; a distance of travel time equivalent to the distance or travel time You traveled to work before becoming disabled; or the regional labor market, if You reside or resided prior to becoming disabled in a metropolitan area. Partially Disabled or Partial Disability means while actually working in an occupation, You are unable to earn 80% or more of Your Predisability Earnings. If You are Partially Disabled and have received a Monthly Benefit for 12 months, We will adjust Your Predisability Earnings only for the purposes of determining whether You continue to be Partially Disabled and for calculating

the Return to Work Incentive, if any. We will make the initial adjustment as follows: We will add to Your Predisability Earnings an amount equal to the product of: Your Predisability Earnings times the annual rate of increase in the Consumer Price Index for the prior calendar year. Annually thereafter, We will add an amount to Your adjusted Predisability Earnings calculated by the method set forth above but substituting Your adjusted Predisability Earnings from the prior year for Your Predisability Earnings. This adjustment is not a cost of living benefit. For purposes of determining whether a Disability is the direct result of an injury, the Disability must have occurred within 90 days of the injury and not as a result of Sickness. If Your occupation requires a license, the fact that You lose Your license for any reason will not, in itself, constitute Disability. Substantial and Material Acts means the important tasks, functions and operations generally required by employers from those engaged in Your Usual Occupation that cannot be reasonably omitted or modified. In determining what substantial and material acts are necessary to pursue Your Usual Occupation, We will first look at the specific duties required by Your job. If You are unable to perform one or more of these duties with reasonable continuity, We will then determine whether those duties are customarily required of other employees engaged in Your Usual Occupation. If any specific, material duties required of You by Your job differ from the material duties customarily required of other employees engaged in Your Usual Occupation, then We will not consider those duties in determining what substantial and material acts are necessary to pursue Your Usual Occupation. Usual Occupation means any employment, business, trade or profession and the Substantial and Material Acts of the occupation You were regularly performing for the employer when the Disability began. Usual Occupation is not necessarily limited to the specific job that You performed for the employer.

**How Many Levels of Appeal? one**

**ERISA:**  yes

**Next Steps**: claim was upheld on appeal seek direction

**Claim End Closure Reason**: Not totally disabled any occupation

**SIU**: NO

**Rehab or RTW Agreement on File**:  NO

**Nurse Consultant**: Cheryl Cato, Terri Dakarian

**Medical Director**: NO

**PCS**:  NO

**Vocational**: Michael Murray DPA 1/1/19 file review

**Employability Assessment**: NA

**IPC**: DCN 220426M00113 Occ Med PFR

**FCE**: NO

**IME**: NO

**Home Visit: NO**

**Social Media Search**: NO

**RTW**: NO

**DUAL WAIVER**: NO

**Appeal Received Date**: 11/03/2022 referred date 11/07/2022

180th Day

45th day

90th day

2338

MetLife Disability
PO Box 14590
Lexington, KY 40512-4590



NOT **FOR** SERVICE OF LEGAL PROCESS

November 23, 2022

Disability Claims
Metropolitan Life Insurance
Company
Claim Number: 701808216570
ID Number: 021378023
Plan: HP

J. Price McNamara
10455 Jefferson Highway
Ste 130
Baton Rouge, LA 70809

## Important information – Please review

### Why we are contacting you
This letter is in response to your October 31, 2022 letter requesting we review the additional evidence and reconsider our May 18, 2022 appeal decision.

### What you need to know
According to the HP LTD Plan, your client was entitled to one full and fair review.

MetLife notified Mr. Seneca by letter dated November 13, 2020 his LTD benefits were terminated beyond November 13, 2020 as the clinical evidence failed to support ongoing functional impairments that would have prevented him from returning to work.

Your client submitted an appeal letter on April 15, 2022. He explained the COVID pandemic prevented him from filing his appeal timely as he was unable to obtain his medical documentation. Included in his appeal letter was a questionnaire completed by Dr. Kevin Callerame dated December 23, 2020.

After a full and fair review of your client's LTD claim file, we completed our appeal decision on May 18, 2022 and determined to uphold the termination decision as the Independent Physician Consultant (IPC) Board Certified in Occupational Medicine opined the clinical evidence did not suggest your client's medical conditions were of such severity to warrant restrictions or limitations on his activities as of September 13, 2020 and continuing thereafter. On October 31, 2022, we received your appeal letter along with the affidavits from your client, your client's family members and friends, the restriction and limitations form completed by Dr. Callerame, as well as office visit notes from Dr. Michael Green, Dr. Bobby Dupre, Dr. Kevin Callerame and Dr. Phillip Padgett dating back to December 2017 through September 2022.

With this new information received, we referred the file back to the IPC Board Certified in Occupational Medicine, we asked the IPC to review the new information and to advise if the new information changed the prior decision.

The IPC opined; the new information does change their prior opinion. The IPC acknowledged the lumbar spine MRI from November 5, 2021 which showed degenerative disc changes most evident L4-5, however, the IPC noted, your client's clinical deficits were not evident until July 18, 2022, at which time the physical examination revealed that all modalities below the ankle had lost sensation, and the left was slightly higher than the right, and there were absent Achilles reflexes bilaterally. The IPC further noted, the Romberg test and tandem walk both were abnormal. The IPC also acknowledged your client continued to have highly active synovitis on examination on September 16, 2022, therefore, the IPC opined restrictions are indicated however only from July 18, 2022 and continuing thereafter. The IPC opined, the additional information did not support restrictions or limitations from September 13, 2020 through July 17, 2022.

The IPC noted the June 16, 2022 office note in which your client reported to Dr. Dupre he went to the dentist for tooth root scraping to help treat an underlying infection and he had stopped taking his prescriptions for the last two weeks. He further reported, that since having the treatment and being off of his medications, he feels better than he

did before the procedure. He reported he was still experiencing joint pain and swelling, but that his pain is only a 5 out of 10 and is primarily in his lower back. He also reported he had been on clindamycin for about a month. The IPC also noted, according to a consultation with Dr. Callerame on July 18, 2022, your client was taking gabapentin 900mg three times a day which was then on hold due to side effects. Additionally, it was noted that your client had a history of diabetic neuropathy and low back pain while taking gabapentin and baclofen. The IPC further acknowledged the records which noted your client to be on chronic immunosuppressive therapy with methotrexate during a consultation with Dr. Dupre on September 6, 2022. On examination, your client still had highly active synovitis, and his condition worsened with each dose of Enbrel. Instead of biologic therapy, your client preferred to take pills. The IPC acknowledged your client's medical history significant for morbid obesity, rheumatoid arthritis, chronic pain, fatigue, psoriatic arthritis, peripheral neuropathy, fibromyalgia, mild lumbar mild lumbar degenerative disc disease L4-S1, bilateral periarticular osteopenia joints; erosive changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia, leukocytosis. The IPC opined, for the rheumatoid and psoriatic arthritis, your client thus far failed immunosuppressive therapy such as methotrexate secondary to inadequate response, Humira secondary to waning of effect, and Enbrel secondary to adverse reaction with worsening of inflammatory response. In a consult with Dr. Dupre on September 16, 2022, the claimant continued to have highly active synovitis on examination. He also complained of lower back pain which is evidenced on the November 5, 2021 MRI of the lumbar spine revealed degenerative disc changes, most notably at L4-5. On physical examination dated July 18, 2022 all modalities below the ankle had lost sensation, and the left was slightly higher than the right, and there were absent Achilles reflexes bilaterally. The Romberg test and tandem walk both were abnormal. The IPC further opined, for the diagnosis of morbid obesity, peripheral neuropathy, fibromyalgia, bilateral periarticular osteopenia joints; eros changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia, leukocytosis, there is limited data in the medical records or supportive imaging that could support functional or physical limitations, as such non-impairing. Taken this into consideration, the IPC opined, your client has a primary impairing condition of mild lumbar degenerative disc disease L4-S1, impairing as of July 18, 2022 and rheumatoid and psoriatic arthritis that warrants restrictions as of July 18, 2022 going forward. However, the IPC opined the clinical evidence does not support restrictions or limitations from September 13, 2020 through July 17, 2022.

We acknowledged and considered your appeal letter, the additional medical records as well as the affidavits from client and his family and friends. After a full review, the IPC opined the clinical evidence does not suggest your client's medical conditions warranted restrictions or limitations as of September 14, 2020 through July 17, 2022. The IPC opined the clinical evidence supports restrictions as of July 18, 2022 and beyond, however LTD benefits must be administered based on clinical evidence in which supports a continuous impairment. Therefore, in totality we have determined there is no supporting clinical evidence your client's medical conditions were of such severity to impact his activities from September 13, 2020 through July 17, 2022. As such, the previous appeal decision dated May 18, 2022 remains, and no LTD benefits will be issued.

## What you need to do
There is nothing you need to do at this time. Please keep this information for your records.

## We're here to help
You can reach Sara Jones, Appeal Specialist, by:

- Phone: 1-800-300-4296, ext. 2757
- Fax: 1-800-230-9531
- Email: DisabilityAppeals@metlife.com

You may speak with a representative Monday through Friday at 1-800-300-4296 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

because as of September 13, 2020 and continuing thereafter the clinical evidence provided does not demonstrate your medical conditions are of such severity to warrant the placement of restrictions or limitations on your activities. Therefore, the definition of disability was no longer satisfied, and no further LTD benefits will be payable beyond November 13, 2020.

Our review found your last day worked as an IT Service Delivery Representative was March 16, 2018. During a September 24, 2018 interview, you advised you were assigned to office buildings servicing 200 printers for HP. You were responsible for maintaining the printers and conducting onsite repairs. You reported at times needing to move the printers, and your job required you to bend, stoop and crawl in addition to walking and standing for extended periods of time.

You were unable to work on March 17, 2018 due to joint pain, fatigue, difficulty walking and grasping. After satisfying the 180-day elimination period, your LTD benefits were approved on September 18, 2018. You were notified by letter dated November 13, 2020, your claim for LTD benefits was terminated effective November 14, 2020 as the clinical evidence failed to support ongoing functional impairments that would prevent you from performing the duties of your usual occupation, as of September 13, 2020 and continuing thereafter, therefore you no longer met the definition of disability.

MetLife received your appeal request on April 15, 2022. You explained the covid pandemic delayed you from filing the appeal timely as it has created extreme delays in acquiring documentation. You also advised your medical condition also creates difficulty with executive function. You expressed concerns with communications between MetLife and your treating providers, as well as the findings from the Independent Physician Consultant (IPC) report. You advised you were under constant care by your treating providers from September 13, 2020 and beyond for multiple medical conditions including fibromyalgia. You advised you were taking gabapentin, flexeril and baclofen. You advised your condition had not stabilized by pain medications and the IPC's opinions have no basis. You claimed that MetLife did not request specific records and you were not examined by the IPC or any other medical professional at MetLife's request. You explained rheumatoid and psoriatic arthritis are chronic conditions with no known cure, and you felt the decision to deny your benefits due to temporary improvement seemed contrived. You also stated that MetLife did not provide any examples of occupations or explained how your physical capacity could full fill occupations. In addition to your letter, you included a questionnaire completed by Neurologist, Dr. Kevin Callerame dated December 23, 2020. You stated, his opinion proves your condition would prevent you from working efficiently for more than 25% of a typical workday. You stated any occupation that could accommodate the restrictions and still qualify as gainful employment was difficult to imagine, especially for an immunocompromised person at the height of the covid pandemic. You stated that MetLife's decision has negatively impacted your life in numerous ways and has caused financial, emotional and personal losses. You stated the downstream of effects on your health are substantial and irreversible. You advised you were forced to withdraw from long term investments in order to pay your monthly expenses which resulted in lost financial opportunities and stock growth. You also stated the decision to terminate your benefits resulted in your termination from your employment, which included your enrollment in health and life insurance benefits. You asked we evaluate your appeal with a genuine sense of fairness and compassion. You advised you felt the decision was unfair perfunctory, specious and remiss, and you were saddened by the careless manner in which MetLife handled your decision.

On April 18, 2022, we sent the appeal acknowledgement letter and left you a voice mail requesting a return call to discuss your LTD appeal; however we did not receive a return call.

To assist in our review, your file was referred to an IPC Board Certified in Occupational Medicine. We asked the IPC to review your file and provide an opinion of your functionality as of September 13, 2020 and continuing there after based on the clinical evidence available.

On April 22, 2022, the IPC called out to Dr. Padgett, Dr. Dupre, and Dr. Callerame's offices and left messages for return calls to discuss your file. To date, we have not received a return call from the providers. The IPC opined, considering both the subjective and clinical information the evidence does not suggest you suffered from a medical condition or combination of conditions of such severity to warrant restrictions or limitations for the time period as of September 13, 2020 and beyond. The IPC acknowledged your medical history significant of morbid obesity, rheumatoid arthritis, chronic pain, fatigue, psoriatic arthritis, peripheral neuropathy, fibromyalgia, mild lumbar DDD L4-S1, bilateral periarticular osteopenia joints; erosive changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia and leukocytosis. The IPC also acknowledged the December 23, 2020 questionnaire which stated you were experiencing pain caused from spine degeneration and peripheral neuropathy. According to Dr. Callerame, the pain was significant enough to limit your function but could be improved through chronic medications. The IPC opined, the overall clinical picture shows that you had several self-reported complaints about rheumatoid arthritis, chronic pain, psoriatic arthritis, peripheral neuropathy, and fibromyalgia. Per the IPC, the symptoms of these conditions can be alleviated or improved by medication compliance, physical therapy, home exercises, and constant follow-up. Therefore, based on the clinical information available for review, the IPC opined you did not have significant impairments in your function to warrant restrictions or limitations for the time period in review.

In an effort to ensure we had considered all available clinical evidence, on April 29, 2022, we sent a copy of the IPC report to Dr. Padgett, Dr. Dupre, and Dr. Callerame. We asked your providers if they are not in agreement with the report, to submit additional clinical evidence in support of their conclusions. We asked they respond no later than May 10, 2022. We also sent you a letter on April 29, 2022 to advise of this process. To date we have not received a response from your providers.

We acknowledged and considered your conditions of rheumatoid arthritis, psoriatic arthritis, peripheral neuropathy, fibromyalgia, as well as lumbar degenerative disc disease. We also acknowledge you feel your medical conditions render you disabled however, LTD benefits must be administered in accordance with your employer's Plan, and this requires that your disability is medically substantiated with clinical evidence. In your appeal letter you stated the covid pandemic caused your delay in obtaining medical documentation. You also reported you were in constant treatment with your providers, however you failed to present any clinical evidence other than a questionnaire that was completed by Dr. Callerame on December 23, 2020. The last office visit note we have on file for review is dated July 22, 2020 from Dr. Callerame which indicated you were doing well, and your pain had improved with medications. Furthermore, on October 6, 2020, Dr. Pagett responded to the previous IPC report and noted they did not have you on restrictions or limitations. You state the covid emergency has extended the response time for SSDI, however, the records show you were awarded SSDI on August 20, 2020. On August 26, 2020 and again October 26, 2020, you were notified that MetLife was aware you were awarded SSDI benefits and encouraged you to submit the SSDI claim file that may contain

additional medical records, vocational information or independent medical exams. To date, you failed to provide a copy of your SSDI claim file. Furthermore, on September 11, 2020 you were reminded in order to remain eligible for benefits proof of disability must be submitted at your expense. You were advised your LTD benefits would continue on good faith while the review continued, however no additional medical documentation was submitted. Based on our appeal review, which included the opinion of the IPC as noted above, the clinical evidence does not demonstrate as of September 13, 2020 and continuing thereafter your medical conditions require restrictions or limitations on your activities including your ability to perform with reasonable continuity, the substantial and material acts of your usual occupation. Therefore, on appeal we find the previous decision to terminate your LTD benefits was appropriate, and as such, your benefits will remain terminated beyond November 13, 2020 and no further benefits are payable.

Proof means Written evidence satisfactory to Us that a person has satisfied the conditions and requirements for any benefit described in this certificate. When a claim is made for any benefit described in this certificate, Proof must establish: • the nature and extent of the loss or condition; • Our obligation to pay the claim; and • the claimant's right to receive payment. Proof must be provided at the claimant's expense.

MetLife Disability
PO Box 14592
Lexington, KY 40512-4592

 **MetLife**

**NOT FOR SERVICE OF LEGAL PROCESS**

May 17, 2022

Jason Seneca
549 Georgia Ave
Port Allen, LA 70767-2409

Disability Claims
Metropolitan Life Insurance Company
Claim number: 701808216570
ID number: 021378023
Plan: HP

## Important information about your appeal – Please review

### Why we're contacting you
We have completed our review of your appeal of the termination of your Long Term Disability claim.

### What you need to know
For the reasons detailed below, we are upholding the termination of your claim based on our conclusion that you do not satisfy the requirements of the plan referenced above (the Plan).

We have determined that we are unable to approve benefits on your claim beyond November 13, 2020 because because as of September 13, 2020 and continuing thereafter the clinical evidence provided does not demonstrate your medical conditions are of such severity to warrant the placement of restrictions or limitations on your activities. Therefore, the definition of disability was no longer satisfied, and no further LTD benefits will be payable beyond November 13, 2020.

Our review found your last day worked as an IT Service Delivery Representative was March 16, 2018. During a September 24, 2018 interview, you advised you were assigned to office buildings servicing 200 printers for HP. You were responsible for maintaining the printers and conducting onsite repairs. You reported at times needing to move the printers, and your job required you to bend, stoop and crawl in addition to walking and standing for extended periods of time.

You were unable to work on March 17, 2018 due to joint pain, fatigue, difficulty walking and grasping. After satisfying the 180-day elimination period, your LTD benefits were approved on September 18, 2018. You were notified by letter dated November 13, 2020, your claim for LTD benefits was terminated effective November 14, 2020 as the clinical evidence failed to support ongoing functional impairments that would prevent you from performing the duties of your usual occupation, as of September 13, 2020 and continuing thereafter, therefore you no longer met the definition of disability.

MetLife received your appeal request on April 15, 2022. You explained the covid pandemic delayed you from filing the appeal timely as it has created extreme delays in acquiring documentation. You also advised your medical condition also creates difficulty with executive function. You expressed concerns with communications between MetLife and your treating providers, as well as the findings from the Independent Physician Consultant (IPC) report. You advised you were under constant care by your treating providers from September 13, 2020 and beyond for multiple medical conditions including fibromyalgia. You advised you were taking gabapentin, flexeril and baclofen. You advised your condition had not stabilized by pain medications and the IPC's opinions have no basis. You claimed that MetLife did not request specific records and you were not examined by the IPC or any other medical professional at MetLife's request. You explained rheumatoid and psoriatic arthritis are chronic conditions with no known cure, and you felt the decision to deny your benefits due to temporary improvement seemed contrived. You also stated that MetLife did not provide any examples of occupations or explained how your physical capacity could full fill occupations. In addition to your letter, you included a questionnaire completed by Neurologist, Dr. Kevin Callerame dated December 23, 2020. You stated, his opinion proves your condition would prevent you from working efficiently for more than 25% of a typical workday. You stated any occupation that could accommodate the restrictions and still qualify as gainful employment was difficult to imagine, especially for an immunocompromised person at the height of the covid pandemic. You stated that MetLife's decision has negatively impacted your life in numerous ways and has caused financial, emotional and personal losses. You stated the downstream of effects on your health are substantial and irreversible. You advised you were forced to withdraw from long term investments in

order to pay your monthly expenses which resulted in lost financial opportunities and stock growth. You also stated the decision to terminate your benefits resulted in your termination from your employment, which included your enrollment in health and life insurance benefits. You asked we evaluate your appeal with a genuine sense of fairness and compassion. You advised you felt the decision was unfair perfunctory, specious and remiss, and you were saddened by the careless manner in which MetLife handled your decision. You also included copies of MetLife Auto and Home advertisements that were addressed to you. These documents are irrelevant to your LTD benefits and were not considered for this appeal review.

On April 18, 2022, we sent the appeal acknowledgement letter and left you a voice mail requesting a return call to discuss your LTD appeal; however we did not receive a return call.

To assist in our review, your file was referred to an IPC Board Certified in Occupational Medicine. We asked the IPC to review your file and provide an opinion of your functionality as of September 13, 2020 and continuing there after based on the clinical evidence available.

On April 22, 2022, the IPC called out to Dr. Padgett, Dr. Dupre, and Dr. Callerame's offices and left messages for return calls to discuss your file. To date, we have not received a return call from the providers. The IPC opined, considering both the subjective and clinical information the evidence does not suggest you suffered from a medical condition or combination of conditions of such severity to warrant restrictions or limitations for the time period as of September 13, 2020 and beyond. The IPC acknowledged your medical history significant of morbid obesity, rheumatoid arthritis, chronic pain, fatigue, psoriatic arthritis, peripheral neuropathy, fibromyalgia, mild lumbar DDD L4-S1, bilateral periarticular osteopenia joints; erosive changes of hands, B12 deficiency, hypertension, impaired glucose, hypothyroidism, hyperlipidemia and leukocytosis. The IPC also acknowledged the December 23, 2020 questionnaire which stated you were experiencing pain caused from spine degeneration and peripheral neuropathy. According to Dr. Callerame, the pain was significant enough to limit your function but could be improved through chronic medications. The IPC opined, the overall clinical picture shows that you had several self-reported complaints about rheumatoid arthritis, chronic pain, psoriatic arthritis, peripheral neuropathy, and fibromyalgia. Per the IPC, the symptoms of these conditions can be alleviated or improved by medication compliance, physical therapy, home exercises, and constant follow-up. Therefore, based on the clinical information available for review, the IPC opined you did not have significant impairments in your function to warrant restrictions or limitations for the time period in review.

In an effort to ensure we had considered all available clinical evidence, on April 29, 2022, we sent a copy of the IPC report to Dr. Padgett, Dr. Dupre, and Dr. Callerame. We asked your providers if they are not in agreement with the report, to submit additional clinical evidence in support of their conclusions. We asked they respond no later than May 10, 2022. We also sent you a letter on April 29, 2022 to advise of this process. To date we have not received a response from your providers.

We have received notice that your application for Social Security Disability Insurance (SSDI) benefits has been approved. We previously notified you that you may submit your SSDI claim file to us however, we have not received it. Please note that the award of SSDI benefits does not guarantee the approval or continuation of disability benefits under a private plan. The Social Security Administration's (SSA) decision is based on different standards than the Plan. In addition,

you were approved for LTD benefits through November 13, 2020 on good faith while the review determined you continued to meet the definition of disability. However you failed to provide clinical evidence to serve as proof of your continuing disability. While SSDI may not require updated medical documentation, the LTD Plan requires continuous proof.

The Plan states,

"Proof means Written evidence satisfactory to Us that a person has satisfied the conditions and requirements for any benefit described in this certificate. When a claim is made for any benefit described in this certificate,

Proof must establish:

- the nature and extent of the loss or condition;

- Our obligation to pay the claim; and

- the claimant's right to receive payment.

Proof must be provided at the claimant's expense."

We acknowledged and considered your conditions of rheumatoid arthritis, psoriatic arthritis, peripheral neuropathy, fibromyalgia, as well as lumbar degenerative disc disease. We also acknowledge you feel your medical conditions render you disabled however, LTD benefits must be administered in accordance with your employer's Plan, and this requires that your disability is medically substantiated with clinical evidence. In your appeal letter you stated the covid pandemic caused your delay in obtaining medical documentation. You also reported you were in constant treatment with your providers, however you failed to present any clinical evidence other than a questionnaire that was completed by Dr. Callerame on December 23, 2020. The last office visit note we have on file for appeal review is dated July 22, 2020 from Dr. Callerame which indicated you were doing well, and your pain had improved with medications. Furthermore, on October 6, 2020, Dr. Pagett responded to the previous IPC report and noted they did not have you on restrictions or limitations. You stated the covid emergency has extended the response time for SSDI, however, the records show you were awarded SSDI on August 20, 2020. On August 26, 2020 and again October 26, 2020, you were notified that MetLife was aware you were awarded SSDI benefits and encouraged you to submit the SSDI claim file that may contain additional medical records, vocational information or independent medical exams. To date, you failed to provide a copy of your SSDI claim file. Furthermore, on September 11, 2020 you were reminded in order to remain eligible for benefits proof of disability must be submitted at your expense. You were advised your LTD benefits would continue on good faith while the review continued, however no additional medical documentation was submitted. Based on our appeal review, which included the opinion of the IPC as noted above, the clinical evidence does not demonstrate as of September 13, 2020 and continuing thereafter your medical conditions require restrictions or limitations on your activities including your ability to perform with reasonable continuity, the substantial and material acts of your usual occupation. Therefore, on appeal we find the previous decision to terminate your LTD benefits was appropriate, and as such, your benefits will remain terminated beyond November 13, 2020 and no further benefits are payable.

We relied upon the Plan documents in making this benefit decision. Other guidelines, protocols, standards, or similar criteria of the Plan do not exist.

## What you need to do
This review constitutes MetLife's final determination on Appeal in accordance with the Plan and federal law. There is nothing you need to do. Please keep this information for your records.

## We're here to help
You can reach your Appeals Specialist, Sara Jones, by:

- Phone: 1-800-300-4296, ext. 2757
- Fax: 1-844-380-0569
- Email: DisabilityAppeals@metlife.com

If Sara Jones is not available, you may speak with a representative Monday through Friday at 1-800-300-4296 from 8 a.m. to 11 p.m. Eastern Time. Please have the claim number available to receive faster service.

## Additional information
The Plan's definition of Disability states,

"Disability or Disabled means that as a result of Sickness or injury You are either Totally Disabled or Partially Disabled.

Totally Disabled or Total Disability means:

During the Elimination Period and the next 24 months, You are unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue Your Usual Occupation in the usual and customary way.

After such period, You are not able to engage with reasonable continuity in any occupation in which You could reasonably be expected to perform satisfactorily in light of Your:

- age;
- education;
- training;
- experience;

2346

- *station in life; and*

physical and mental capacity

that exists within any of the following locations:

a reasonable distance or travel time from Your residence in light of the commuting practices of Your community;

a distance of travel time equivalent to the distance or travel time You traveled to work before becoming disabled; or

the regional labor market, if You reside or resided prior to becoming disabled in a metropolitan area. Partially Disabled or Partial Disability means while actually working in an occupation, You are unable to earn 80% or more of Your Predisability Earnings.

If You are Partially Disabled and have received a Monthly Benefit for 12 months, We will adjust Your Predisability Earnings only for the purposes of determining whether You continue to be Partially Disabled and for calculating the Return to Work Incentive, if any. We will make the initial adjustment as follows:

We will add to Your Predisability Earnings an amount equal to the product of:

- Your Predisability Earnings times

- the annual rate of increase in the Consumer Price Index for the prior calendar year.

Annually thereafter, We will add an amount to Your adjusted Predisability Earnings calculated by the method set forth above but substituting Your adjusted Predisability Earnings from the prior year for Your Predisability Earnings. This adjustment is not a cost of living benefit.

For purposes of determining whether a Disability is the direct result of an injury, the Disability must have occurred within 90 days of the injury and not as a result of Sickness.

If Your occupation requires a license, the fact that You lose Your license for any reason will not, in itself, constitute Disability."

- We will give you free copies of any documents or records we have related to your claim if you requests them in writing.

If we deny your appeal (in whole or in part), you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. Section 1132(a). The plan limits the amount of time you have to file this civil action. The last date to file this action is May 18, 2025

Some services in connection with your coverage may be performed by our affiliate, MetLife Services and Solutions, LLC. These service arrangements in no way alter Metropolitan Life Insurance Company's obligation to you. Your coverage will continue to be administered in accordance with Metropolitan Life Insurance Company's policies and procedures.

# SPECIAL HANDLING REQUEST FORM
# THESE ARE REQUIRED FIELDS

| Date: | 10/04/2022 | Your name: | Noah Acosta |
|---|---|---|---|
| Cost Center Code: | 10025162 | Claim #: 701808216570 | |
| Unit Leader: | | Lynne Rosati | |

| You are shipping the package to: | | | |
|---|---|---|---|
| Name | J. Price McNamara, Esq | | |
| Company Name | Law Office of J. Price McNamara | | |
| Address Line 1 | 10455 Jefferson Highway, Ste. 2B | | |
| Address Line 2 | | | |
| City | Baton Rouge | State: LA | Zip: 70809 |
| Telephone | | | |

| What type of service do you need: | |
|---|---|
| | Delivery by 10:30 AM the next business day |
| X | Delivery the next business day afternoon |
| | Delivery the second business day afternoon |
| | Delivery the third business day afternoon |

# OPTIONAL FEATURES
# ShipAlert® - Express

| | Email address | Shipment Notification | Delivery Notification |
|---|---|---|---|
| Sender | | | |
| Recipient | | | |
| Other 1 | | | |
| Add personal message (not to exceed 75 characters) | | | |



Metropolitan Life Insurance Company
**MetLife Disability** PO Box 14590, Lexington KY 40512-4590
**Phone:** 1-800-638-2242    **Fax:** 1-800-230-9531
**E-mail:** mtpmetlife@metlife.com

October 4, 2022

J. Price McNamara, Esq.
Law Offices of J. Price McNamara
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809

Re:    Jason Seneca
       Claim #:  701808216570
       Employer:  HP
       Report #:  161950

Dear Mr. McNamara:

This letter is in response to your September 9, 2022 correspondence.

Jason Seneca was a participant in the Hewlett Packard Company Comprehensive Welfare Benefit Plan (the "Plan"), an employee welfare benefit plan governed by the provisions of the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. §§ 1001, et seq. ("ERISA").  Requests for Plan documents, including copies of insurance contracts, summary plan descriptions and annual reports, should be directed to the Plan Administrator, HP, Inc., at:

HP Inc.
1501 Page Mill Road
Palo Alto, CA 94304

Under ERISA and its implementing regulations, a plan participant whose claim has been denied, or their duly authorized representative, is entitled to review relevant documents. 29 C.F.R. § 2560.503-1(h)(2)(iii).  Enclosed are documents relevant to your client's claim.

In response to your request for documents regarding surveillance, please be advised that no surveillance was conducted during our review of Mr. Seneca's claim.

Terri Dakarian, RN, as well as Roger Belcourt, MD, and Mahdy Flores, DO, independent medical consultants, were involved in the review of your client's claim Enclosed please find a copy of Dr. Belcourt's curriculum vitae and Dr. Flores' curriculum vitae.

With respect to call recordings, there are no recordings relevant to your client's claim.

Concerning the information you are seeking regarding internal rules and guidelines, as stated in our May 18, 2022 correspondence, MetLife relied upon the Plan documents in making the claim decision.  Other guidelines, protocols, standards, or similar criteria of the Plan do not exist.

Regarding your request for training materials, the information you are seeking is outside the scope of what is appropriate or required to be produced under applicable Department of Labor Regulations during the administrative review process and therefore, is not submit to disclosure. Furthermore, to the extent that any such documents and/or information exists, it is confidential and proprietary. Lastly, they are not relevant to the issue of whether your client is disabled under the Plan.

I trust this responds to your request for information. Should you have any questions, please submit a request to me in writing at the address above.

Sincerely,


Noah Acosta
LTD Claims Specialist
MetLife Disability
(P): 800-638-2242
(F): 800-230-9531

Enclosures

2350

2351

Jason Seneca  701808216570

Definition of Disability and Gainful: CA VAR - Usual Occ, Any occ
LDB provisions: Yes, Alcohol, Drug or Sustance Abuse or Addiction; MN d/o or disease
Does LDB apply: No.  y/n what dates
Indexing: none
Coverage Verification:diary dated 8/28/18
Rehab provision: yes
SSDI: not awarded
Any other offsets: none noted
BO:7/30/2019
AFI: yes, received 2/14/20 DCN#200214F10022
Date of last EE interview: 11/6/19
Physical JD DCN: none on file
Narrative JD DCN:none on file
Per EE: EE works w/HP since 2008 as an IT service rep. EE is assigned to an office
building that has 200 printers from HP. EE is responsible for maintaining the printers,
conducting onsite repairs when necessary and providing updates to same.
EEs usual occ is med/heavy in nature and very physical. EE needs to move printers when
necessary, bend, stoop, crawl, etc. and must walk, stand for extended periods of time as
he checks the printers on a daily basis.
TEE: yes, DCN#200214F10022
Computer skills: yes, DCN#200214F10022
15 years of work history: yes, DCN#200214F10022
Discrepancies in reported skills when compared to JD? no
Date of last NC/PCS review? none
What are the supported RLS from this review? n/a
Current supported functional impairment? EE could RTW w/R&Ls of; work from home,
limitation on travelling distances, no lift, carry, push/pull more then 20 lbs.
Secondary functional impairment: n/a
Prior HLR, if applicable: none
Prior VRC, OO review? none
Prior VRC, AO review? none
Next Steps: Call ee for trans interview, requested most current medical from
Rheumatologist, Dr. Dupre, and pcp, Dr. Padgett.


EE is a 38 yo male, employed w/ER since 2008 as an IT service delivery rep-medium. EE
earns $4,297.25 monthly salary.
EEs usual occ job duties, include, but are not limited to: working in an office setting as
the set-up, repair and maintenance for 200 HP printers. EE is responsible for updating
software, general maintenance and relocation of printers throughout the building. EE
spends extensive time standing, walking and must fix the machines while kneeling and
occasionally laying down. EE must be on site and there is little R&L accommodation for EEs
usual occ, very physical in nature.
EE was taken OOW by Rheumatology as EE has difficulty walking long distances, complaints
of joint pain, fatigue and trouble grasping small items (screwdrivers, plyers, etc),
necessary to perform his job duties.
EEs meds include: Neurontin, synthroid, Lipitor, melformin
EE has been treating for RA (disabling dx)since 2014. There have been no surgical
procedures or inptt hospitalizations since EEs DDC.
Per Rheum, EE could RTW w/R&Ls of; work from home, limitation on travelling distances, no
lift, carry, push/pull more then 20 lbs.


Baton Rouge General Physicians
c/o Philip Padgett, MD
225-267-6626/225-267-5993
Copies of all office visit notes and diagnostic test results from December 1, 2019 through
present • Copies of all operative or procedural reports from December 1, 2019 through
present • Copies of all physical therapy or rehabilitation notes from December

1, 2019 through present • Current restrictions and limitations
APS - Regular - Case #23822855


Our Lady of the Lake
Dr. Bobby J. Dupre - Rheumatology LOV 11/22/19 NOV 1/22/20
225-765-6505/225- 765-1200-HIM Dept,
• Copies of all office visit notes and diagnostic test results from March 1, 2020 through
present
• Copies of all operative or procedural reports from March 1, 2020 through present
• Copies of all physical therapy. or rehabilitation notes from March 1, 2020 through
present
Case#23117090



Dr. Kevin Callerame/NP Sharon Jackson Neurology LOV 10/21/19 NOV 2/20
Our Lady of the Lake Regional Medical Center
225-215-2193

2/27/20 ovn with Dr. Dupre - rheumatology
A:
psoriatic arthritis - in low disease activity/remission w/humira and methotrexate therapy.
continue current dose.  discussed that his current arthralgias are secondary to OA and
neuropathy, OA more liley to have worsened secondary to his prior inflammatory arthritis.

Psoriathris - has some more dryness on the plantar surfaces of his fingers. reports
currently well controlled.
medication monitoring encounter - is on chronic immunosuppressent therapy with
methotraxate, humira.  will continue to monitor baseline labs to evaluate for toxicity due
to the meds.

Peripheral neuropathy - has chronic peripheral neuropathy causing some arthralgias
associated with his LE that he reports is much better with the neurontin.  he reports it
was much worse off prior to staring the medication.  continue with neurontin at this time
and f/u wtih neurologist.

BMI 45.0-49.9, adult - this chronic comorbid condition contributed to medical decision
making today.   discussed wt loss and muscle strengthening fo prevention of worsening of
OA.  he is currently in PT and already performing quadricep strengthening exercises.

Lumbar spondylosis - currently PT and using baclofen intermittently as needed.  reports
doing much better than his previous visit.

Plan:
Psoriatic arthritis (HCC)
- Humira 40 mg
- methotrexate 2.5 mg
- rheumate 1-2-500 mg
- CBC and DIff; future
- CMP; future
- C-reactive protien; future
- Rheumatoid factor; future
- Sedimentation rate, automated; future.

Psoriasis
BMI 45.0-49.9
Rash and other nonspecific skin eruption
medication monitoring encounter
idiopathic progressive neuropathy - theumate 1-1-500 mg 2 times daily

2353

Lumbar spondylolysis

Return in about 3 months.

Objective: f/u of psoriatic arthritis with hx of peripheral nueropathy.  reports feeling about the same since previous visit. reports intermittent arthralgia predominatnly with in the LE with morning stiffness, worsens with change in weather.   otherwise doing well. tolerating his methotraxate and Humira w/u any adverse effects.  no other changes in conditions.

Objective:
vitals - BP 140/93, Ht 70". Wt 398 lbs.  BMI 57.11
PE: WNL

2/27/20 lab reports
CMP, C-reaction, rheumatoid factor, SED RATE,

Jason Seneca  701808216570

Definition of Disability and Gainful: CA VAR - Usual Occ, Any occ
LDB provisions: Yes, Alcohol, Drug or Sustance Abuse or Addiction; MN d/o or disease
Does LDB apply: No. y/n what dates
Indexing: none
Coverage Verification:diary dated 8/28/18
Rehab provision: yes
SSDI: not awarded
Any other offsets: none noted
BO 7/30/2019
AFI: yes, received 2/14/20 DCN#200214F10022
Date of last EE interview: 11/6/19
Physical JD DCN: none on file
Narrative JD DCN:none on file
Per EE: EE works w/HP since 2008 as an IT service rep. EE is assigned to an office building
that has 200 printers from HP. EE is responsible for maintaining the printers, conducting onsite
repairs when necessary and providing updates to same.
EEs usual occ is med/heavy in nature and very physical. EE needs to move printers when
necessary, bend, stoop, crawl, etc. and must walk, stand for extended periods of time as he
checks the printers on a daily basis.
TEE: yes, DCN#200214F10022
Computer skills: yes, DCN#200214F10022
15 years of work history: yes, DCN#200214F10022
Discrepancies in reported skills when compared to JD? no
Date of last NC/PCS review? none
What are the supported RLS from this review? n/a
Current supported functional impairment? EE could RTW w/R&Ls of: work from home, limitation
on travelling distances, no lift, carry, push/pull more then 20 lbs.
Secondary functional impairment: n/a
Prior HLR, if applicable: none
Prior VRC, OO review? none
Prior VRC, AO review? none
Next Steps: Call ee for trans interview, requested most current medical from Rheumatologist, Dr
Dupre, and pcp, Dr. Padgett.

EE is a 38 yo male, employed w/ER since 2008 as an IT service delivery rep-medium. EE earns
$4,297.25 monthly salary.
EEs usual occ job duties, include, but are not limited to: working in an office setting as the
set-up, repair and maintenance for 200 HP printers. EE is responsible for updating software,
general maintenance and relocation of printers throughout the building. EE spends extensive
time standing, walking and must fix the machines while kneeling and occasionally laying down.
EE must be on site and there is little R&L accommodation for EEs usual occ, very physical in
nature.
EE was taken OOW by Rheumatology as EE has difficulty walking long distances, complaints of
joint pain, fatigue and trouble grasping small items (screwdrivers, plyers, etc), necessary to
perform his job duties.
EEs meds include: Neurontin, synthroid, Lipitor, melformin

2354

EE has been treating for RA (disabling dx)since 2014. There have been no surgical procedures or inptt hospitalizations since EEs DDC.
Per Rheum, EE could RTW w/R&Ls of; work from home, limitation on travelling distances, no lift, carry, push/pull more then 20 lbs.


Baton Rouge General Physicians
c/o Philip Padgett, MD
P: 225-267-6626, F: 225-267-5993
Copies of all office visit notes and diagnostic test results from December 1, 2019 through present • Copies of all operative or procedural reports from December 1, 2019 through present • Copies of all physical therapy or rehabilitation notes from December 1, 2019 through present • Current restrictions and limitations
APS - Regular - Case #23822855


Our Lady of the Lake
Dr. Bobby J. Dupre - Rheumatology LOV 11/22/19 NOV 1/22/20
P: 225-765-6505, F: 225-765-5538
• Copies of all office visit notes and diagnostic test results from March 1, 2020 through present
• Copies of all operative or procedural reports from March 1, 2020 through present
• Copies of all physical therapy or rehabilitation notes from March 1, 2020 through present
Case#23117090


Dr. Kevin Callerame/NP Sharon Jackson Neurology LOV 10/21/19 NOV 2/20
Our Lady of the Lake Regional Medical Center
P: 225-215-2193, P:225-215-2194

2/27/20 ovn with Dr. Dupre - rheumatology
A:
psoriatic arthritis - in low disease activity/remission w/humira and methotrexate therapy. continue current dose. discussed that his current arthralgias are secondary to OA and neuropathy, OA more liley to have worsened secondary to his prior inflammatory arthritis.

Psoriathris - has some more dryness on the plantar surfaces of his fingers. reports currently well controlled.
medication monitoring encounter - is on chronic immunosuppressent therapy with methotraxate, humira. will continue to monitor baseline labs to evaluate for toxicity due to the meds.

Peripheral neuropathy - has chronic peripheral neuropathy causing some arthralgias associated with his LE that he reports is much better with the neurontin. he reports it was much worse off prior to staring the medication. continue with neurontin at this time and f/u wtih neurologist.

BMI 45.0-49.9, adult - this chronic comorbid condition contributed to medical decision making today. discussed wt loss and muscle strengthening fo prevention of worsening of OA. he is currently in PT and already performing quadricep strengthening exercises.

Lumbar spondylosis - currently PT and using baclofen intermittently as needed. reports doing much better than his previous visit.