Plan:
Psoriatic arthritis (HCC)
- Humira 40 mg
- methotrexate 2.5 mg
- rheumate 1-2-500 mg
- CBC and DIff; future
- CMP; future
- C-reactive protien; future
- Rheumatoid factor; future
- Sedimentation rate, automated; future.

Psoriasis
BMI 45.0-49.9
Rash and other nonspecific skin eruption
medication monitoring encounter
idiopathic progressive neuropathy - theumate 1-1-500 mg 2 times daily
Lumbar spondylolysis

Return in about 3 months.

Objective: f/u of psoriatic arthritis with hx of peripheral nueropathy.  reports feeling about the same since previous visit. reports intermittent arthralgia predominatnly with in the LE with morning stiffness, worsens with change in weather.   otherwise doing well. tolerating his   . methotraxate and Humira w/u any adverse effects.  no other changes in conditions.

Objective:
vitals - BP 140/93, Ht 70". Wt 398 lbs.  BMI 57.11
PE: WNL

2/27/20 lab reports
CMP, C-reaction, rheumatoid factor, SED RATE,

EE was taken OOW by Rheumatology as EE has difficulty walking long distances, complaints of joint pain, fatigue and trouble grasping small items (screwdrivers, plyers, etc), necessary to perform his job duties.
EEs meds include: Neurontin, synthroid, Lipitor, melformin
EE has been treating for RA (disabling dx)since 2014. There have been no surgical procedures or inptt hospitalizations since EEs DDC.
Per Rheum, EE could RTW w/R&Ls of; work from home, limitation on travelling distances, no lift, carry, push/pull more then 20 lbs.
ER cannot accommodate work from home as EE is assigned to an office building.

EE is 5'10", 406 lbs, which Rheum states exacerbates EEs joint pain and fatigue. EE has continued complaints of point pain, swelling, tenderness in multiple joints of hands, wrists, elbows and feet, with intermittent flare-ups of joint swelling & pain. EEs mobility & fine motor movement have also been affected.

Per Rheum 5/1/18 OVN-EE has debilitating polyarthritis for several years, progressed to multiple joints...swelling, tenderness, decreased grip strength, worsening to the point EE cannot do his usual occ job duties.

EE is also noted to have decreased ability to walk, difficulty dressing, standing more than 15 minutes, doing housework.

EE states since switching to Methotrexate he is feeling better, pain decreased significantly and EE is less fatigued.

EE is also considered a fall risk, has fallen several times in the last year.

Neurologist –
Arthritis caused nerve damage.
Dr. Kevin
Dr. Kevin Callerame/NP Sharon Jackson Neurology LOV 10/21/19 NOV 2/20
Our Lady of the Lake Regional Medical Center
P: 225-215-2193
Lov: couple weeks ago.
Frequent;u: 6 months
Treating: presc Neurontin, and NP prescribes baclofphen (muscle relax) and PT under her recommendation.

Dermatologist
Psoriathic arthtitis
Has not seen in over a year.  Not actively. Only to dx the condition.

Hearing SS and they haven't issued official ruling.  The judge ruling him disabled.  Cant maintan normal schedule.

Is therapy helping? Yes, better than he was from day to day.  currently in remission which means arthtiris isnt doing any more damage.  skeletal and nerve damage is permanent, but not getting worse.

Sitting with heating pad in back.
ADLS: does on his own, but takes longer.  Cant do everything everyday.  Don't cook anymore. Still celan and do laudnrey(if doing laundrey, he does it in one day).  shopping? Gets it delivered.  Walking:  cane or walker? If has to walk long distance, uses cane.  Don't use it daily.

Pain level: varies day to day.  most days a 3-4/10, when flaires up gets a 9-10/10.  Flares when active and weather is bad, two biggest factors.

Sit: an hour
Stand/walk 10 minutes.
No surgeries.

Rheum
Lov: June 2020.  Telehealth
Frequent;u" every 3 months.

Pcp: every 3 months.

Diet and exercise
Lsat time in ovn lost about 25 pounds.  Approx. 3/75.

Exercise? Body wt exercises learned in pt.

Takes metformin and chole med and BP med. Borderline HTN, thyroid med, all related to the wt.

Being able to meet a schedule.  With pain and fatigue.


Baton Rouge General Physicians
c/o Philip Padgett, MD
225-267-6626/225-267-5993
Copies of all office visit notes and diagnostic test results from December 1, 2019 through present ? Copies of all operative or procedural reports from December 1, 2019 through present ? Copies of all physical therapy or rehabilitation notes from December 1, 2019 through present ? Current restrictions and limitations
APS - Regular - Case #23822855

Our Lady of the Lake
Dr. Bobby J. Dupre - Rheumatology LOV 11/22/19 NOV 1/22/20
225-765-6505/225- 765-1200-HIM Dept, Fax: 225-765-1223
- Copies of all office visit notes and diagnostic test results from March 1, 2020 through present
- Copies of all operative or procedural reports from March 1, 2020 through present
- Copies of all physical therapy or rehabilitation notes from March 1, 2020 through present
- Current restrictions and limitations

**APS - Regular - Case #24130962**
Case#23117090

Dr. Kevin Callerame/NP Sharon Jackson Neurology LOV 10/21/19 NOV 2/20
Our Lady of the Lake Regional Medical Center
P: 225-215-2193, F: 225-765-1205

- Copies of all office visit notes and diagnostic test results from January 1, 2020 through present
- Copies of all operative or procedural reports from January 1, 2020 through present
- Copies of all physical therapy or rehabilitation notes from January 1, 2020 through present
- Current restrictions and limitations

**APS - Regular - Case #24131056**

5/21/20 ovn with Dr. Padgett, MD
Reason for visit: 3 month f/u
Consult: hypothyroidism - present for years, onset of symptoms was gradual, severity of symptoms is mild.  Meds: thyroid hormone replacement. Thyroid test was normal. condition is stable.

2358

Diabetes – Onset years ago.  Severity, chronic A1c 6.1, 6.2, 5.6.  taking meds.
Hyperlipidemia – severity chronic, onset years ago.  Taking meds.
Hypertension – onset years ago.  Severity, chronic controlled.
HPI: pt presents for 3 mo surv. Hx htn igt dys leukocytosis ho following thyroid all stable psoriatic arthtis on methotrexate/Humira. Dr. Dupre utd card Dr. Maclachlan gi crc screening no cos ep sob nvd no fever chills no gu gi, no cos today.
ROS: fatigue
Exam: WNL
A: impaired glucose tolerance – R73.02 (primary)
Essential hypertension – I10
Hypothyroidism – E03.9
Nicotine dependence – F17.290
Hyperlipidemia – E78.5
Morbid(severe) obese – E66.01
Psoriatic arthritis – L40.50
Elevated WBC – D72.829
Fatigue – R55.83

Treatment
- Impaired glucose tolerance oral – refill bystoloc, Synthroid, metformin, atorvastatin, Neurontin, start Trazodone.
- Essential hypertension – labs
- Hypothyroidism – labs
- Hyperlipidemia – labs

Labs:
Hem A1C – 6.1 H
WBC - 11.92 H
MCV – 97 H
MCHC – 31.7 L
Abs Lymphs – 5370 H
HDL  Chole – 36 L
Triglycerides – 176 H
eGFR – African American – 127 H
F/u in 3 months

2/4/20 ovn with Dr. Padgett
Seen for 3 month surveillance maintenance.  Reports had a fever and feels tired.

REVIEW VACATION PAY

DCN#200806S0080A
1/22/20 ov with NP, Sharon Jackson
Seen for f/u. HPI: patient w/hx of neuropathy, states neuropathy is unchanged and controlled. c/o back pain. says he has had back pain on and off for years. Last year it worsened for several months. Pain in mid lower back and radiates down left leg and hip, worst at night. stretching helps and takes ibuprofen and flexiril which helps some.   Pain flair with weather. Denies any problmes with bower or bladder. Says that his rheumatologist changed his dx from RA to psoriatic arthritis.

2359

Referred to PT and added baclofphen and tramadol. Reports feeling a lot better and and the baclofen helped.  PT triggered a fliar up of his RA but he continues to go slowly.

Vitals: BP 137/80; Wt 374 lbs; Ht: 70".  BMI: 53.74

O: neurologic exam: nothing noted

Mental Status: WNL

Motor exam: right arm drift – absent; left arm drigt – absent.

Sensory:

Right leg light touch – decreased from ankle

Left leg light touch – decreased from ankle

Right leg vibration – decreased from ankle

Left leg vibration – decreased from ankle

Right leg pinprick – decreased from ankle

Left leg pinprick – decreased from ankle

Loss sensation all modalities below the ankle, left was a little higher than the right.

Gait – wide base

Coordination

Romberg: positive

Tremor

Resting tremor: absent

Intention tremor: absent

Action tremor: absent

Reflexes: 2+

PE:

Neurological: Romberg test abnormal, tandem walk abnormal.

Reflexes – tricep reflexes are 2+ on rt and lt

Bicep reflexes are 2+ on rt and lt

Patellar reflexes are 2+ on rt and lt

Achilles reflexes are 0 on rt and lt

A/P: neuropathy is stable, he will continue gabapentin.  Back pain has improved with baclofen, tramadol, and PT.  refills given.

Lumbar spondylosis

Other polyneuropathy

Other Orders  - baclofen 10mg 3 times a day.

Problem list items addressed this visit:

Peripheral neuropathy and lumbar spondylolysis – primary.

RTC in about 6 months for Dr. Callerame.

4/24/20 VIDEO visit with Dr. Callerame

HPI: neck pain.  states needs disability paperwork filled out. has been unable to work for the last year because of the pain but also numbness weakness in the LE.

EMG from 11/30/17 did demonstrate distal symmetric sensorimotor polyneuropathy with features of axonal loss.

A: Chronic pain syndrome

Plan: needs clinic appointment so I can complete his disability paperwork, continue current medicines.

Dx and all orders for this visit:

Other polyneuropathy

Lumbar spondylolysis

Psoriatic arthritis

B12 def

7/22/20 ov with Dr. Callerame

6 month f/u of LBP, diabetic neuropathy. Doing well, also sees his rheumatologist for RA and psoriatic arthritis. is on gabapentin and baclofen, definitely helps. Therapy helped. Overall much better still has pain, in the back, especially with weather changes but able to walk stretch and that is helping. Needs meds refill.

MRI of lumbar:

Impression – mild degenerative disc disease and facet arthropathy L4-5 and L5-S1, detailed above. No central canal or lateral stenosis identified.

Vitals: Wt-397 lbs. Ht-70". BMI: 56.96

PE: appearance – he is obese.

Coordination: Romberg test abnormal. Gait: tandem walk abnormal.

Reflexes – tricep reflexes are 2+ on rt and lt

Bicep reflexes are 2+ on rt and lt

Patellar reflexes are 2+ on rt and lt

Achilles reflexes are 0 on rt and lt

A: Neuropathy is stable, he will continue gabapentin. Back pain has improved with baclofen, tramadol, and PT. refills given.

RTC in about 1 year.

**Question for Clinician:** What is EE's functionality? Does the medical support less than sedentary?

**Rationale for Referral:** 40 yr. old male oow due to joint pain, fatigue and trouble grasping small items (screwdrivers, plyers, etc), which made it difficult to perform his medium PDL job duties. EEs Usual Occ job duties include but are not limited to: working in an office setting as the set-up, repair and maintenance for 200 HP printers; responsible for updating software, general maintenance and relocation of printers throughout the building. EE spends extensive time standing, walking and must fix the machines while kneeling and occasionally laying down. EE must be on site and there is little R&L accommodation for EEs usual occ, very physical in nature. He has not been able to work since 3/17/2018. His job duties are considered medium as a IT Service Delivery Rep.

EE has been treating with rheumatologist, Dr. Dupre (disabling provider) for dx of RA (disabling dx) since 2014. There have been no surgical procedures or hospitalizations since EEs DDC. EE's Rheumatologist, released him to rtw in 2018 with R/Ls of; work from home, limitation on travelling distances, no lift, carry, push/pull more then 20 lbs. ER cannot accommodate work from home as EE is assigned to an office building.

EE is 5'10", 406 lbs, which Rheum states exacerbates EEs joint pain and fatigue. EE has continued complaints of point pain, swelling, tenderness in multiple joints of hands, wrists,

elbows and feet, with intermittent flare-ups of joint swelling & pain. EEs mobility & fine motor movement have also been affected.

Medical was requested from EE's rheumatologist, Dr. Dupre, Neurologist, Dr. Callerame/NP Sharon Jackson, and pcp, Dr. Padgett.

RECENT MEDICAL:

The 5/21/20 ov from Dr. Padgett notes that ee seen for 3 month f/u for thyroid, diabetes, hyperlipidemia, HTN. PE indicates WNL. EE c/o fatigue. Rtc in 3 months. EE seen on 1/22/20 by NP, Sharon Jackson. This note indicates ee seen for f/u, has hx of neuropathy, states neuropathy is unchanged and controlled. c/o back pain on and off for years, pain in lower back radiates down left leg and hip, worst at night. PT, Stretching and meds helps some. Pain flares with weather. Also indicated that rheumatologist changed dx from RA to psoriatic arthritis. The 7/22/20 note from Dr. Callerame reveals that ee was seen for his 6 month f/u. overall better, still has pain in the back, especially with weather changes, but able to walk, stretch and that helps. MRI of lumbar indicates mild DDD and facet arthropathy L4-5 and L5-S1. Wt is 397, Ht is 70 ", BMI is 56.96. PE, Obese appearance, Romberg test abnormal. Gait: tandem walk abnormal. Plan: neuropathy stable, continue gabapentin. Back pain improved with baclofen, tramadol and PT. refills given. RTC in 1 year. The most recent ovn from rheumatologist is dated 2/27/20. Per this note, EE seen for f/u of psoriatic arthritis with hx of peripheral nueropathy. reports feeling about the same since previous visit. reports intermittent arthralgia predominatnly with in the LE with morning stiffness, worsens with change in weather. otherwise doing well. tolerating his methotraxate and Humira w/u any adverse effects. no other changes in conditions. Vitals - BP 140/93, Ht 70". Wt 398 lbs. BMI 57.11. PE: WNL.

No medical received beyond the 2/27/20 ovn from Rheumatologist yet, however EE did submit encounter visit from 4/24/20 in DCN# 200817K00892(also tagged in SIR).

Request sent for APS to Dr. Dupre and Dr. Callerame, however there has been no response.

**Other Relevant Information:**  In the 7/30/20 interview, EE indicates he has no RTW plans, EE reports he continues to experience pain and fatigue and it varies day to day. Most days pain is a 3-4/10 and when it flares it is a 9-10/10. Asked what makes it flare. ee reports that activity and weather are the two biggest factors. EE is able to do his ADLs with limitations. EE states that his doctor said he is currently in remission which means arthritis isn't doing any more damage to his skeletal and nerves. The skeletal and nerve damage is permanent, but not getting worse. EE states he uses heating pad on his back. Any surgeries? None. ee reports he uses cane only when he needs to walk long distances and does not use it daily. he pretty much stays home. Asked ee about working a less physically demanding job. EE states that he would like too, but is afraid of not being able to meet a schedule due to his pain and fatigue. ee reports he can sit for about an hour. stand and walk for about 10 minutes. Asked ee if he has lost wt. ee reported that he has not seen a HPC in person and its been done by telehealth. last time he wt himself he had lost about 25 pounds. CS anticipates EE would have some level of function, i.e. sedentary to light.

See 6/14/2020, 7/30/20, 8/23/20 summary of medical in DPA diary.

*As the assigned LTD Claim Specialist, I am solely responsible for the decision on this claim. I am requesting review of the available medical information from an enabling support clinical or vocational resource to determine the claimant's limitations and restrictions to use as one factor in my over-arching responsibility to determine the claimant's eligibility for LTD benefits under the LTD contract.*

ROR Deferred until further work up complete

2362

Based on most recent medical provided by claimant which contains updated medical from all providers listed. Documentation states that Claimants Diagnosis was changed from RA to Psoriatic Arthritis. Primary Dx Code should be updated and an NC consult should be conducted prior to ROR going out. Can assessment be made based on medical provided through JUIY202 or is PFR needed. CS to update action plan with most current info and Diagnosis prior to consult. Once consult is complete proceed with next steps and discuss ROR with UL if needed at that time.

Claimant is a 40 yr. old male that has been unable to work since 3/17/2018 due to joint pain, fatigue and trouble grasping small items (screwdrivers, plyers, etc), which made it difficult to perform his usual occupation which is considered to be medium as a IT Service Delivery Rep. The claimant has been treating with rheumatologist, Dr. Dupre (disabling provider) for dx of RA (disabling dx) since 2014. There have been no surgical procedures or hospitalizations since EEs date of disability.  EE's Rheumatologist, released him to rtw in 2018 with R/Ls of; work from home, limitation on travelling distances, no lift, carry, push/pull more then 20 lbs.  His employer was not able to accommodate work from home as EE is assigned to an office building.  The claimant is 5'10", 406 lbs, which Rheum states exacerbates EEs joint pain and fatigue. EE has continued complaints of point pain, swelling, tenderness in multiple joints of hands, wrists, elbows and feet, with intermittent flare-ups of joint swelling & pain. His mobility & fine motor movement have also been affected.   Recent medical received from his pcp, Dr. Padget and Neurologist, Dr. Callerame indicates that he has a medical hx of thyroid, diabetes, hyperlipidemia, HTN, peripheral neuropathy and psoriatic arthritis.  The claimant reports he continues to experience pain and fatigue and it varies day to day. Most days pain is a 3-4/10 and when it flares it is a 9-10/10.  He reports that activity and weather are the two biggest factors that makes it flare.  EE is able to do his ADLs with limitations.  EE states that his doctor said he is currently in remission which means arthritis isn't doing any more damage to his skeletal and nerves. The skeletal and nerve damage is permanent, but not getting worse. EE states he uses heating pad on his back.

⊕  If additional information regarding job duties are needed, CS sends job description request to the manager on the eligibility file Response requested within 7 calendar days. Escalation path: david.sakraida@hp.com

1/22/20, 4/24/20 and 7/22/20 progress notes from Dr. Joseph Callerame
2/27/20 and 6/4/20 progress notes and 2/27/20 lab work from Dr. Bobby Dupre
2/4/20, 5/21/20 progress notes from Dr. Philip Padgett

Baton Rouge General Physicians
Philip Padgett, MD
P: 225-267-6626, F: 225-267-5993

Our Lady of the Lake
Dr. Bobby J. Dupre - Rheumatology LOV 11/22/19 NOV 1/22/20
P: 225-765-6505, F: 225-765-5538

2363

Dr. Kevin Callerame/NP Sharon Jackson Neurology LOV 10/21/19 NOV 2/20
Our Lady of the Lake Regional Medical Center
P: 225-215-2193, P:225-215-2194

Definition:
Disability or Disabled means that as a result of Sickness or injury You are either Totally Disabled
or Partially Disabled.

Totally Disabled or Total Disability means:
During the Elimination Period and the next 24 months, You are unable to perform with
reasonable continuity the Substantial and Material Acts necessary to pursue Your Usual
Occupation in the usual and customary way.

After such period, You are not able to engage with reasonable continuity in any occupation in
which You
could reasonably be expected to perform satisfactorily in light of Your:
- age;
- education;
- training;
- experience;
- station in life; and
- physical and mental capacity

that exists within any of the following locations:
- a reasonable distance or travel time from Your residence in light of the commuting practices
  of Your community;
- a distance of travel time equivalent to the distance or travel time You traveled to work before
  becoming disabled; or
- the regional labor market, if You reside or resided prior to becoming disabled in a
  metropolitan area.

Partially Disabled or Partial Disability means while actually working in an occupation, You are
unable to
earn 80% or more of Your Predisability Earnings.

If You are Partially Disabled and have received a Monthly Benefit for 12 months, We will adjust
Your
Predisability Earnings only for the purposes of determining whether You continue to be Partially
Disabled and for calculating the Return to Work Incentive, if any. We will make the initial
adjustment as follows:
We will add to Your Predisability Earnings an amount equal to the product of:
- Your Predisability Earnings times
- the annual rate of increase in the Consumer Price Index for the prior calendar year.

Annually thereafter, We will add an amount to Your adjusted Predisability Earnings calculated by
the method set forth above but substituting Your adjusted Predisability Earnings from the prior
year for Your Predisability Earnings. This adjustment is not a cost of living benefit.

2364

For purposes of determining whether a Disability is the direct result of an injury, the Disability must have
occurred within 90 days of the injury and not as a result of Sickness.

If Your occupation requires a license, the fact that You lose Your license for any reason will not, in itself,
constitute Disability.

Substantial and Material Acts means the important tasks, functions and operations generally required by
employers from those engaged in Your Usual Occupation that cannot be reasonably omitted or modified. In determining what substantial and material acts are necessary to pursue Your Usual Occupation, We will first look at the specific duties required by Your job. If You are unable to perform one or more of these duties with reasonable continuity, We will then determine whether those duties are customarily required of other employees engaged in Your Usual Occupation. If any specific, material duties required of You by Your job differ from the material duties customarily required of other employees engaged in Your Usual Occupation, then We will not consider those duties in determining what substantial and material acts are necessary to pursue Your Usual Occupation.

Usual Occupation means any employment, business, trade or profession and the Substantial and Material Acts of the occupation You were regularly performing for the employer when the Disability began. Usual Occupation is not necessarily limited to the specific job that You performed for the employer.

Overview:
Claimant is a 40 yom who has been OOW d/t experiencing significant symptoms of joint pain, fatigue, difficulty walking and trouble grasping small items, i.e. screwdrivers, plyers, etc., making it difficult to perform his medium work duties as an IT Service Delivery Representative. The medical shows that the claimant has been under the care of rheumatologist, Dr. Bobby Dupre since 2014 for diagnoses of rheumatoid arthritis of multiple sites with negative rheumatoid factor; peripheral neuropathy, and chronic pain syndrome. As of 3/7/18, Dr. Dupre recommended work restrictions of working from home; limited traveling; no lifting/carrying and push/pulling more than 20 pounds. However, the claimant's ER was not able to accommodate as majority of the duties are needed to be performed on site.

The claimant continued to f/u w/Dr. Dupree for care and treatment from 3/2018 through June of 2020. Per the June 4, 2020 Telehealth visit with Dr. Dupre, it noted that the claimant continue to be in remission with Humira and Methotrexate therapy, but continued to experience pain most likely secondary to fibromyalgia syndrome or osteoarthritis associated with the disease. The plan was to continue with current medication and to re-evaluate the joints at the next visit to ensure he is still on low disease activity/remission. The claimant also followed up with neurologist, Dr. Callerame for back pain and neuropathy. The most recent visit note from 7/22/20, Dr. Callerame noted on this visit that the claimant followed up for low back pain and diabetic neuropathy; he is doing well. He will see rheumatologist for rheumatoid arthritis and psoriatic arthritis which is controlled, and claimant is on Gabapentin, Baclofen, and PT. Overall, he still has pain, but it has improved with meds, PT and low back stretches. The claimant also followed up with family medicine, Dr. Padgett for diagnoses of hypothyroidism, diabetes mellitus, hyperlipidemia, and hypertension. Per the recent notes dated February 4, 2020 and May 21,

2020, Dr. Padgett noted that all conditions are stable. During the CS/claimant interview on 7/30/20, the claimant reported that he continues to experience
pain and fatigue and it vary day by day and also depending on the weather. The claimant reported that
his arthritis is in remission, but continues to have pain levels of 3-4 out of 10 on a daily basis and 9-10
out of 10 when it flares. He reported that flare ups happen with activity and weather changes. The file was referred to the NC for assistance in clarifying the claimant's function.

Clinical review: on 9/8/20, the NC recommended PFR/IPC referral to clarify restrictions and limitations. The file was then referred to an IPC Board Certified In Occupational Medicine and Family Medicine. The IPC opined that the evidence does not suggest that the claimant suffers from a medical condition of such severity to warrant the placement of restrictions or limitations on activities for the current period through 9/12/20 onward. The IPC notes that the claimant's conditions are stable and well controlled with medication and is not functionally limiting; On the examination reports from pcp, Dr. Padgett, his OS is 97% and he does not complain of SOB at rest or on exertion. The PE reveals that he is in no acute distress, pulses are normal, and he has stable polyneuropathy. He is able to ambulate w/o assistance, therefore morbid obesity and fatigue are not functionally limiting. The IPC further notes that the claimant's diabetes is well controlled, his recent A1C is 6.1, 6.2, and 5.6. His chronic hypertension is currently controlled on BP medications; lab work reveals normal except for a high WBC due to a fever, but was not impairing. In regard to his chronic pain syndrome, the neurologist indicated that the claimant has hx of chronic pain syndrome with lumbar spondylosis, psoriatic arthritis, peripheral neuropathy, and B12 deficiency. The EMG from 11/30/17 demonstrated distal symmetric sensorimotor polyneuropathy with features of axonal loss. The assessment of chronic pain syndrome was multifactorial. Per record from 1/22/20, NP Sharon Jackson, indicates that the claimant has a hx of neuropathy that is controlled and unchanged. He has LBP that radiates to the left leg and hip. His dx was changed from rheumatoid arthritis to psoriatic arthritis by his rheumatologist. He was referred to PT with baclofen and tramadol being added that has improved his back pain. the 9/24/19 lumbar MRI showed mild DDD and facet arthropathy L4-S1, with no central canal or lateral stenosis identified. His PE is unremarkable except for loss of sensation in all modalities below the ankle, left side was higher than the rt. his gait is wide based with a positive Romberg and abnormal tandem walk, the achilles reflex is absent bilaterally. The plan is to continue gabapentin because the neuropathy is stable. Back pain, lumbar sponduylsis, and other polyneuropathy are treated with baclofen. The 11/3/17 hand xray indicated arthritis of the hand, showed bilateral periarticular osteopenia, which is suspicious for eaerly inflammatory arthropathy/synovitis. Joint spaces are preserved. No suspicious osseous lesions. The most recent B12 level was 11/8/17 and determined to be 223, which is WNL. Off note, the EMG and hand xray to fully assess his level of functional impairment area not recent. Although the claimant walks with a wide based gait and has a positive Romberg, there is no mention that he uses any assistive devices and is able to ambulate on his own. Therefore,

Vocational review: Not applicable. No r/Ls are supported.
Rationale:

**MetLife**

Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40512
Fax: 1-800-230-9531

HIPAA: This Authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

NOTE TO ALL HEALTH CARE PROVIDERS: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Instructions for completing the form:
1. Complete all applicable areas of the form.
2. If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's behalf.
3. Sign this form.
4. Fax or return this form as soon as possible to expedite processing of your claim – retain original for your records.

Your refusal to complete and sign this form may affect your eligibility for benefits under your employer's disability plan.

Jason Seneca
Name of Employee (Please Print)                    Date of Birth

Claim Number: 70180821 6570                    ID Number: ▮

## Authorization to Disclose Information About Me

For purposes of determining my eligibility for disability benefits, the administration of my employer's disability benefit plan (which may include assisting me in returning to work, or applying for Social Security Disability Insurance benefits), and the administration of other benefit plans in which I participate that may be affected by my eligibility for disability benefits, including but not limited to any workers compensation, employee assistance or disease management program, I permit the following disclosures of information about me to be made in the format requested, including by telephone, fax or mail:

1. I permit: any physician or other medical/care provider, hospital, clinic, other medical related facility or service, pharmacy benefit administrator, insurer, employer, government agency, group policyholder, contractholder or benefit plan administrator, to disclose to Metropolitan Life Insurance Company ("MetLife"), and any consumer reporting agencies, investigative agencies, attorneys, and independent claim administrators acting on MetLife's behalf, any and all information about my health, medical care, employment, and disability claim.

2. I permit: MetLife to disclose to my employer or its agents acting in the capacity of administrator of its benefit plans or programs, including but not limited to, workers compensation, employee assistance, or disease management programs, any and all information about my health, medical care, employment, and disability claim.

This Authorization to Disclose Information About Me specifically includes my permission to disclose my entire medical record, including medical information, records, test results, and data on: medical care or surgery; psychiatric or psychological medical records, but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. Information concerning mental illness, HIV, AIDS, HIV related illnesses and sexually transmitted diseases or other serious communicable illnesses may be controlled by various laws and regulations. I consent to disclosure of such information, but only in accordance with laws and regulations as they apply to me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law and may no longer be covered by those rules. Your health care provider may not condition your treatment on whether you sign this authorization.

I understand that I may revoke this authorization at anytime by writing to MetLife Disability at P.O. Box 14590, Lexington, KY 40512-4590, except to the extent that action has been taken in reliance on it. If I do not, it will be valid for 24 months from the date I sign this form or the duration of my claim for benefits, whichever period is shorter. A photocopy of this authorization is as valid as the original form and I have a right to receive a copy upon request.

Signature of Employee                    Date 7/29/19

2367