UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON SENECA** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | DOCKET NO. |
| | * | |
| **METROPOLITAN LIFE** | * | **3:23-cv-00109-BAJ-SDJ** |
| **INSURANCE COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **JASON SENECA**, who respectfully amends his original Complaint as follows:

Plaintiff replaces paragraph 9 of his original Complaint with the following:

9.     Plaintiff has been since prior to March 1, 2018, remains to date and is expected to remain indefinitely disabled from any occupation and entitled to disability benefits under the terms of the Plan and Policy due to psoriatic arthritis, neuropathy, fibromyalgia.

Plaintiff adopts by reference and re-alleges here the remainder of his original Complaint in its entirety.

Respectfully Submitted,

s/J. Price McNamara

_____
**J. PRICE McNAMARA (20291)**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com
Attorney for Complainant