UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON SENECA

CIVIL ACTION

VERSUS

METROPOLITAN LIFE INSURANCE
COMPANY

NO. 23-00109-BAJ-SDJ

## ORDER

On June 13, 2023, the Magistrate Judge issued an Order (Doc. 9) setting forth a schedule and deadlines for discovery and dispositive motions in this case. In that Order, a briefing schedule was established for "motions for judgment based on administrative record." (*Id.* at 2). After Plaintiff had filed his Motion for Judgment Under F.R.C.P. Rule 52 on Erisa Administrative Record (Doc. 16) pursuant to the Magistrate Judge's briefing schedule, but before Defendant's Response was docketed, Plaintiff filed an Unopposed Motion for Leave to File First Amended Complaint (Doc. 18), which the Court granted on December 29, 2023, (Doc. 19).[1] In the same Order, the Court also terminated Plaintiff's Motion for Judgment Under F.R.C.P. Rule 52 on Erisa Administrative Record without prejudice to Plaintiff's right to resubmit the motion. (*Id.*). To provide clarity to the parties with respect to their new briefing obligations in light of the recent resolution of the issues regarding the pleadings, the

---

[1] Defendant's Response had not been docketed because pursuant to this Court's Local Rules, Defendant had first moved to file her Response in excess of the Court's page limit. (*See* Doc. 17). Before the Court could grant Defendant's Motion for Leave, and thereby permit Defendant's Response to be docketed, Plaintiff moved to amend his Complaint.

Court will refer this matter to the Magistrate Judge for the issuance of a revised scheduling order.

Accordingly,

**IT IS ORDERED** that this Matter be and is hereby **REFERRED** to the Magistrate Judge for the issuance of a revised scheduling order.

Baton Rouge, Louisiana, this 9th day of January, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**