UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON SENECA | CIVIL ACTION |
| VERSUS | |
| METROPOLITAN LIFE INSURANCE COMPANY | NO. 23-00109-BAJ-SDJ |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 30th day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA